# Exhibit 1

US006061660A

# United States Patent [19]

[11] **Patent Number: 6,061,660**

[45] **Date of Patent: May 9, 2000**

**Eggleston et al.**

[54] **SYSTEM AND METHOD FOR INCENTIVE PROGRAMS AND AWARD FULFILLMENT**

[75] Inventors: **York Eggleston**, Baltimore, Md.; **Andrey Ukhov**, Washington, D.C.

[73] Assignee: **York Eggleston**, Baltimore, Md.

[21] Appl. No.: **09/040,490**

[22] Filed: **Mar. 18, 1998**

**Related U.S. Application Data**

[60] Provisional application No. 60/063,180, Oct. 20, 1997, and provisional application No. 60/067,776, Dec. 10, 1997.

[51] **Int. Cl.**[7] .................................................. **G06F 157/00**

[52] **U.S. Cl.** .................................................. **705/14**; 705/7

[58] **Field of Search** .................................. 705/7, 10, 14, 705/17, 26, 27, 501, 513; 395/200.47–200.49; 707/100–104, 200

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,697,729 | 10/1972 | Edwards et al. . |
| 3,698,718 | 10/1972 | Kuhn . |
| 3,790,070 | 2/1974 | Schnitzer et al. . |
| 3,941,388 | 3/1976 | Isaac et al. . |
| 4,140,319 | 2/1979 | Aycock et al. . |
| 4,194,242 | 3/1980 | Robbins . |
| 4,321,672 | 3/1982 | Braun et al. . |
| 4,346,442 | 8/1982 | Musmanno . |
| 4,378,941 | 4/1983 | Derby . |
| 4,385,285 | 5/1983 | Horst et al. . |
| 4,554,446 | 11/1985 | Murphy et al. . |
| 4,561,658 | 12/1985 | Peterson . |
| 4,566,066 | 1/1986 | Towers . |
| 4,585,160 | 4/1986 | Fiske, II . |
| 4,597,046 | 6/1986 | Musmanno et al. . |
| 4,601,490 | 7/1986 | Brandon . |
| 4,619,457 | 10/1986 | Small . |
| 4,634,147 | 1/1987 | McClure . |
| 4,694,397 | 9/1987 | Grant et al. . |
| 4,711,454 | 12/1987 | Small . |
| 4,722,554 | 2/1988 | Petit . |
| 4,723,212 | 2/1988 | Mindrum et al. . |
| 4,725,719 | 2/1988 | Oncken et al. . |
| 4,739,478 | 4/1988 | Roberts et al. . |
| 4,742,457 | 5/1988 | Leon et al. . |
| 4,775,154 | 10/1988 | Clinnin et al. . |
| 4,781,378 | 11/1988 | Clinnin et al. . |
| 4,902,020 | 2/1990 | Auxier . |
| 4,908,761 | 3/1990 | Tai . |
| 4,982,346 | 1/1991 | Girouard et al. ........................ 364/550 |
| 5,009,429 | 4/1991 | Auxier . |
| 5,018,975 | 5/1991 | Todd . |
| 5,025,372 | 6/1991 | Burton et al. . |
| 5,053,955 | 10/1991 | Peach et al. . |
| 5,056,019 | 10/1991 | Schultz et al. . |
| 5,074,566 | 12/1991 | Desbiens . |
| 5,085,470 | 2/1992 | Peach et al. . |
| 5,197,884 | 3/1993 | Roemer, Jr. et al. . |
| 5,207,792 | 5/1993 | Anderson . |
| 5,249,807 | 10/1993 | Peterson . |
| 5,255,456 | 10/1993 | Franklin . |
| 5,292,133 | 3/1994 | Alexander . |
| 5,321,604 | 6/1994 | Peach et al. . |



(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO 97 22058 | 6/1997 | WIPO . |
| WO 97 23838 | 7/1997 | WIPO . |

OTHER PUBLICATIONS

Carl G. Kline, MBA, “Virtual Store—Using Contests for Promotions . . . Exclusive to Smart Business Supersite”, http://www.smartbiz.com/sbs/columns/kline15.html, 1997.

“Cybercash Sweepstakes”, Interactive PR & Marketing News, http:/prizelink.com/cc–press.html, 1997.

*Primary Examiner*—Frantzy Poinvil
*Attorney, Agent, or Firm*—Foley, Hoag & Eliot LLP

[57] **ABSTRACT**

A method and system for providing incentive programs over a computer network is provided in which a host may provide sponsoring companies with the capability to buy prepackaged or self-built incentive programs, offer such incentive programs to consumers, provide sponsoring companies and retailers with the capability to associate prizes with incentive programs, provide sponsoring companies, retailers and consumers with convenient fulfillment of prizes, and store and manipulate databases regarding all of the foregoing.

**15 Claims, 23 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,342,056 | 8/1994 | Ajaji . | |
| 5,393,964 | 2/1995 | Hamilton et al. . | |
| 5,435,565 | 7/1995 | Benaderet . | |
| 5,482,139 | 1/1996 | Rivalto . | |
| 5,572,005 | 11/1996 | Hamilton et al. . | |
| 5,576,951 | 11/1996 | Lockwood . | |
| 5,636,346 | 6/1997 | Saxe . | |
| 5,664,115 | 9/1997 | Fraser . | |
| 5,699,310 | 12/1997 | Garloff et al. | 395/701 |
| 5,774,870 | 6/1998 | Storey | 705/14 |
| 5,794,210 | 8/1998 | Goldhaber et al. | 705/14 |


32
32
32
COMPUTER
HTTP SERVER
SERVER
SERVER
SERVER
32
HTTP FOR TRANSPORT
34
CLIENT
INTERNET
34
CLIENT
34
CLIENT

Fig. 1


38
18
19
10
HOST COMPUTER
HOST GATEWAY
TELECOMMUNICATIONS CONNECTIONS
12
CONSUMER COMPUTER
212
16
14
126
RETAILER INVENTORY SYSTEM
EDI
MEMBER RETAILER COMPUTER
SPONSOR COMPUTER

Fig. 2


20
22
28
24
CPU
ROM
BUS
I/O INTERFACE
I/O DEVICES
54
23
MODEM
45
STORAGE DEVICE
40
RAM

Fig. 3


58
60
CPU
ROM
BUS
64
I/O INTERFACE
62
I/O DEVICES
90
MODEM
63
75
STORAGE DEVICE
68
RAM

Fig. 4


16
92
94
CPU
ROM
BUS
100
I/O INTERFACE
98
I/O DEVICES
124
MODEM
93
109
STORAGE DEVICE
102
RAM

Fig. 5


OPERATING SYSTEM
42
52
44
50
48
COMMUNICATIONS
DATA MANAGEMENT STORAGE AND RETRIEVAL
BROWSER
OTHER APPLICATION
70
126
GRAPHICAL USER INTERFACE
EDI EXCHANGE APPLICATION

Fig. 6


HOST GATEWAY
19
170
172
182
184
CPU
ROM
BUS
I/O INTERFACE
I/O DEVICES
174
181
MODEM
178
STORAGE DEVICE
180
RAM

Fig. 7


300
301
LOG IN
302
BROWSE TO CONSUMER HOME PAGE
308
ENTER NAME
309
REGISTERED ?
306
COMPLETE REGISTRATION FORM
321
UPDATE CONSUMER DATABASE
311
ENTER PASSWORD
LOG OUT MESSAGE
320
304
VIEW MENU
311
SEARCH
310
SEARCH ?
313
PLAY
312
PLAY ?
315
QUERY
314
QUERY DATABASE ?
317
LINK
316
VIEW INFO?
319
LINK
318
LINK TO PROMOTER HOME PAGE

Fig. 8


330
LOG IN
332
BROWSE
334
NAME
336
SEARCH NAME ?
338
REGISTER
341
UPDATE DATABASE
ENTER PASSWORD
337
MESSAGE
343
LOG OUT
356
339
VIEW MENU
K
342
LAUNCH ?
YES
343
VIEW SAMPLES
345
LINK
344
BUY ?
YES
I
348
BUILD ?
J
352
SELECT PRIZE ?
NO
340
VIEW INFO ?
YES
341
LINK
NO
350
QUERY ?
YES
353
QUERY
NO
354
QUERY ?
YES
357
QUERY
NO
355
LINK ?
YES
359
LINK

Fig. 9


358
I
360
VIEW MENU
362
SELECT TYPE OF PROMOTION
364
ENTER PROMOTION PARAMETERS (duration, # of wins, etc.)
368
TRANSMIT PROMOTION
370
UPDATE PROMOTER DATABASE
372
UPDATE CONSUMER HOME PAGE
I

Fig. 10


374
J
378
VIEW MENU
380
SELECT TYPE OF TYPES
382
DEFINE PARAMETERS
384
ALGORITHMS BUILT BY CODE
388
TRANSMIT PROMOTION
390
UPDATE PROMOTER DATABASE
392
UPDATE CONSUMER HOME PAGE
J

Fig. 11


K
403
402
SELECT PRIZES
VIEW MENU
404
408
406
SEARCH ?
QUERY RETAILER DATABASE
YES
410
SELECT PRIZE
412
PAY FOR PRIZE
414
ASSOCIATE WITH PROMOTION
416
UPDATE PROMOTER DATABASE
UPDATE RETAILER DATABASE
418
K

Fig. 12


450
451
LOG IN
452
BROWSE TO RETAILER HOME PAGE
454
ENTER NAME
456
NAME IN DATABASE ?
462
COMPLETE REGISTRATION FORM
465
BUILD DATABASE
468
CONNECT EDI LINK
MESSAGE
LOG OUT
472
ENTER PASSWORD
460
464
DISPLAY MENU
473
LINK
466
VIEW INFO ?
475
LINK
467
LINK TO CONSUMER SITE ?
477
LINK
469
LINK TO PROMOTER SITE ?
479
QUERY
471
QUERY RETAILER DATABASE ?
481
UPDATE
472
UPDATE DATABASE ?

Fig. 13


419
422
WIN MESSAGE ?
424
ASSOCIATE PRIZE WITH WINNER
426
UPDATE CONSUMER DATABASE
428
UPDATE PROMOTER DATABASE
430
UPDATE RETAILER DATABASE
432
QUERY RETAILER DATABASE
434
SELECT FULFILLMENT OPTION
436
TRANSMIT INFO TO CONSUMER RE: FULFILLMENT

Fig. 14


NEW SPONSOR
MEMBERSHIP PACKET
REGISTRATION INTERFACE
NETWORKED SPONSOR
VALIDATION INTERFACE
PROMOTION GENERATOR
WINNING CONDITIONS
PROMOTION PARAMETERS / OBJECTS
ELECTRONIC SHOPPING CART
QUERIES
NEW RETAILER
MEMBERSHIP PACKET
REGISTRATION INTERFACE
NETWORKED RETAILER
RETAILERS' INVENTORY
ELECTRONIC DATA INTERCHANGE
SPONSOR DATABASE 202
AWARD POOLS
CONSUMER DATABASE 200
SEARCH FOR RETAILER
AWARD DATABASE 204
NEW USER
REGISTRATION INTERFACE
CARD
MEMBERSHIP PACKET
NETWORKED CONSUMER
VALIDATION INTERFACE
QUERIES
YES
WINNING CONDITION MET
OBJECT
USER/WINNER
VERIFICATION, NOTIFICATION, INSTRUCTIONS
CREDIT USER ACCOUNT: ITEM/RETAILER INFORMATION
FULFILLMENT: WINNER (USER), RETAILER
USER PRESENTS HIS CARD TO RETAILER
RETAILER/PROCESSOR VERIFIES/AUTHORIZES WINNER'S AWARD
RETAILER RELEASES THE PRIZE

Fig. 15



822
FIRST NAME
LAST NAME
MIDDLE NAME
824
STREET ADDRESS
CITY
STATE
ZIP
826
E-MAIL
828
PHONE
830
SERVER ADDRESS
832
PASSWORD
834
ACCOUNT #
836
PARTICIPATION
838
INCENTIVE PROGRAM 1
838
INCENTIVE PROGRAM N
840
WINNING ACTIVITY
842
INCENTIVE PROGRAM 1
842
INCENTIVE PROGRAM N
844
POINTS AND AWARDS
846
INCENTIVE PROGRAM 1
846
INCENTIVE PROGRAM N
848
PSYCHOGRAPHIC AND DEMOGRAPHIC INFO
850
INCENTIVE PROGRAM 1
850
INCENTIVE PROGRAM N
852
BILLING RECORD
854
INCENTIVE PROGRAM 1
854
INCENTIVE PROGRAM N


Fig. 16



FIRST NAME
LAST NAME
MIDDLE NAME
800
STREET ADDRESS
CITY
STATE
ZIP
802
804
E-MAIL
806
PHONE
808
ID#
810
PASSWORD
812
ACCOUNT #
814
816
PARTICIPATION
818
WINNING ACTIVITY
820
POINTS AND AWARDS
822
PSYCHOGRAPHIC AND DEMOGRAPHIC INFO
INCENTIVE PROGRAM 1
INCENTIVE PROGRAM N


Fig. 17



FIRST NAME
LAST NAME
MIDDLE NAME
STREET ADDRESS
CITY
STATE
ZIP
E-MAIL
PHONE
SERVER ADDRESS
PASSWORD
ACCOUNT #
AWARD DATA
BILLING
PRIZE 1
PRICE
LOCATION
FULFILLMENT
PRIZE N
862
864
866
868
870
872
874
876
884
877
878
880
882


Fig. 18


900
910
MENU
DISPLAY
904
SCRATCH
AND
WIN
904
GAME PIECES
902
906
WIN
WIN SYMBOLS
TEXT....
908
$

Fig. 19

| GENERAL TYPE | TARGET OF INCENTIVE EFFORT | COMMON DESCRIPTIVE LANGUAGE | DESCRIPTIVE TYPE | SHORT-TERM | LONG-TERM | IMPLEMENTATION VISUAL MECHANISMS (USED TO DISPLAY RESULT) | PRIZE TYPES |
|---|---|---|---|---|---|---|---|
| WITHIN FIRM | EMPLOYEES | *INCENTIVE PROGRAMS<br>*EMPLOYEE MORALE PROGRAMS | *ONLINE TESTING<br>*ATTENDANCE MONITORING<br>*GAMES OF SKILL (TRIVIA)<br>*GAMES OF CHANCE (PRESS TO WIN) | INSTANT-WIN | *SWEEPSTAKES<br>*PERFORMANCE REWARDS<br>*EMPLOYEE LOYALTY | BUTTONS<br>BANNERS<br>SCRATCH & WIN<br>PUZZLES<br>PIN-BALL<br>OTHER TEXTS<br>GRAPHICS | MERCHANDISE<br>SERVICES<br>DISCOUNTS<br>COUPONS<br>POINTS |
| | SUPPLIERS (EX. VIA EXTRANETS, OR PRIVATE INTERNETS) | | | | | | |
| OUTSIDE FIRM | CUSTOMERS | PROMOTIONS<br>SWEEPSTAKES<br>GIVEAWAY EFFORTS<br>COUPONS | *GAMES OF SKILL (TRIVIA, "SURVEY MATCH"), PUZZLES, SCRATCH & WIN)<br>*GAMES OF CHANCE (PRESS TO WIN)<br>*CUSTOMER SERVICE (SURVEY, QUESTIONNAIRE COMPLETION) | INSTANT WIN | *SWEEPSTAKES<br>*CUSTOMER LOYALTY | BUTTONS<br>BANNER<br>SCRATCH & WIN<br>PUZZLES<br>PIN-BALL | MERCHANDISE<br>SERVICES<br>DISCOUNTS<br>COUPONS<br>POINTS |
| | | | | | *CUSTOMER LOYALTY | SCRATCH & WIN<br>PUZZLES<br>PIN-BALL | POINTS |

Fig. 20


INCENTIVE COMPANY
660
CONSUMER DB
200
662
664
668
QUERY FOR WINNING CONSUMERS
WINNERS' FILE
PRIZE WINNERS' BY FULFILLMENT METHOD
TRANSFER TO THIRD PARTY FOR FULFILLMENT
MAIL/THIRD PARTY FILE
RETAIL FILE
SPONSOR FILE
TRANSFER FILE TO SPONSORING FIRM FOR FULFILLMENT
676
674
670
672
678
680
PRIZE RETAIL FILE BY RETAILER
682
TRANSFER FILES TO RETAILER
686
CONSUMER COLLECTS UNIQUE PRIZE ON OUR PAYMENT
684
RETAILERS VERIFY UNIQUE CARDHOLDER IS WINNER OF UNIQUE PRIZE
AWARDS FILLED REPORT CREATED BY RETAILER
688
704
CONSUMER PRESENTS CARD & PRIZE AT RETAIL CHECK-OUT
FULFILLMENT FILE
690
700
692
CONSUMER INSTRUCTED TO RETRIEVE PRIZE AT RETAILER X
CONSUMER COLLECTS UNIQUE PRIZE AT RETAILER X
FILE UPLOADED FOR PAYMENT BY INCENTIVE FIRM VIA ISSUER
702
698
CONSUMER WIN'S PROMOTION ACROSS NETWORK
696
INCENTIVE FIRM CONFIRMS & PAYS RETAILER VIA ISSUER
694
CARD ISSUED TO CONSUMER REGISTERED IN PROMO OFFERING

Fig. 21


650
652
654
656
658
INPUT OF RETAILER AWARD DATA IN AWARD DB
INCENTIVE PROGRAM ESTABLISHED
CONSUMER EXAMS/ WINS AWARD OUTLINE
AWARD REDEMPTION AT RETAILER WITH CARD

Fig. 22


710
FIRM DECIDES TO SPONSOR A PROMOTION INCENTIVE PROGRAM
712
FIRM ACCOUNT ESTABLISHED ?
NO
YES
714
FIRM REGISTERS WITH INCENTIVE FIRM
716
FIRM ACCOUNT ESTABLISHED WITH INCENTIVE FIRM (SPONSOR DATABASE)
716
FIRM SELECTS/ BUILDS INCENTIVE PROGRAM ONLINE
718
SPONSOR ACCOUNT UPDATED
708
720
FIRM QUERIES AWARD DATABASE
722
FIRM SELECTS AND/OR INPUTS AWARD UNIT FROM AWARD DB
724
SPONSOR ACCOUNT UPDATED
726
FIRM PAYS FOR INCENTIVE PROGRAM AND AWARD UNIT
728
SPONSOR ACCOUNT ACTIVATED

Fig. 23


502
CONSUMER JOINS THE PROMOTIONS CLUB ON TIME
504
CONSUMER FILE CREATED IN INCENTIVE CLUB DB
508
CONSUMER UNIQUE ID GENERATED &ASSIGNED
510
CONSUMER IDENTIFICATION FILE CREATED
CONSUMER ID FILE TRANSFERRED TO CARD ISSUER
512
CARD ISSUER ENCODES & EMBOSSES CARD
514
500
CARD MAILED TO INCENTIVE CLUB MEMBER
518
CONSUMER PARTICIPATES IN NETWORK PROMOTIONS
520
CONSUMER WINS PRIZE X
522
CONSUMER INSTRUCTED TO PICK-UP PRIZE X AT STORE Y
524
CONSUMER VISITS STORE
528
CONSUMER SELECTS ITEM X AT STORE
530
CONSUMER PRESENTS CARD AT POINT OF SALE TERMINAL
532
CARD SCANNED
534
538
PRIZE INVENTORY ID MATCHED WITH CONSUMER CARD ID AND AWARD UNIT
540
CONSUMER EXITS

Fig. 24



544
REGISTERED CONSUMER WINS
RECEIVES INSTRUCTION TO VISIT STORE Y FOR AWARD X
552
PRESENTS FULFILLMENT CARD AT POINT OF SALE -POS
554
QUERY UPLOADED WINNER'S FILE (IN CONSUMER DATABASE)
558
546
DATA ENTRY IN WINNERS' TABLE
564
REFER TO ISSUER
562
CORRECT INPUT ?
NO
560
FULFILLMENT CARD WINNER ?
548
WINNER'S FILE
PRESENTS FROM ITEM Y FOR AWARD Y AT (POINT OF SALE) POS
568
548
INCENTIVE FIRM TRANSFERRED WINNER'S FILE TO RETAILER
550
RETAILER CONFIRMS AWARD UNITS
ITEMS IDENTIFIED VIA RETAIL INVENTORY SYSTEM
570
578
NOTIFY CONSUMER
QUERY UPLOADED WINNER'S FILE
572
542
YES
582
REFER TO ISSUER
NO
580
SUBSTITUTE ?
NO
576
IS AWARD AVAILABLE ?
NO
574
IS WINNERS AWARD AT POINT OF SALE ?
584
PROVIDE SUBSTITUTE PRODUCT AND NOTE
CREDIT BILL FOR PAYMENT DISCOUNT OF ITEMS
586
RECEIVES AUTHORIZATION CODE ON A RECEIPT
588
598
FUNDS FULFILLMENT TRANSFERRED TO RETAILER
CONSUMER SIGNS RECEIPT AND EXITS
590
594
596
INCENTIVE FIRM CONFIRMS AWARD UNIT AND ID OF CONSUMER
TRANSACTION FILE TRANSMITTED TO INCENTIVE FIRM VIA ISSUER
FULFILLMENT TRANSACTIONS COLLECTED
592


Fig. 25


602
REGISTERED CONSUMER WINS
608
RECEIVES INSTRUCTION TO VISIT STORE Y FOR AWARD X
PRESENTS PROMO ITEM Y FOR AWARD Y OR (POINT OF SALE) POS
610
PRESENTS FULFILLMENT CARD
612
STORE DIAL-UP TO CARD ISSUER ONLINE WINNERS, DATABASE
INPUT CARD ID
614
604
DATA ENTRY IN WINNERS' TABLE
606
DATA ENTRY IN WINNERS' TABLE
620
REFER TO ISSUER
618
CORRECT INPUT ?
616
MATCH ?
622
INPUT ITEM SKU
628
REFER TO ISSUER
626
CORRECT INPUT ?
624
MATCH ?
630
RECEIVES AUTHORIZATION CODE #
600
632
CONSUMER SIGNS RECEIPT AND EXITS
634
FULFILLMENT TRANSACTION COLLECTED
636
TRANSACTION FILE SUBMITTED TO INCENTIVE FIRM VIA ISSUER
638
INCENTIVE FIRM CONFIRMS AWARD UNIT & ID OF CONSUMER
640
FOCUS FULFILLMENT TRANSACTION TO STORE X

Fig. 26

# SYSTEM AND METHOD FOR INCENTIVE PROGRAMS AND AWARD FULFILLMENT

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is based upon U.S. Provisional Patent Application No. 60/063,180, entitled SYSTEM AND METHOD FOR INCENTIVE PROGRAMS AND AWARD FULFILLMENT, filed Oct. 20, 1997, naming Eggleston and Ukhov as inventors, and U.S. Provisional Patent Application No. 60/067776, entitled METHOD AND SYSTEM FOR INCENTIVE PROGRAMS AND AWARD FULFILLMENT, filed Dec. 10, 1997, naming Eggleston as inventor. The entirety of both such provisional patent applications is incorporated by reference herein.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to systems and methods for conducting incentive programs and systems and methods for fulfilling awards and prizes won in incentive programs.

The present invention relates more particularly to systems and methods for conducting incentive programs over computer networks, such as the Internet.

2. Description of Related Art

Incentive award programs, in which incentive companies contract with sponsoring companies for programs to promote sales of the sponsoring companies' products or services, are well-known. Incentive programs include discount coupon programs; customer loyalty programs, such as frequent flyer programs, and promotional games, such as sweepstakes prizes, scratch-and-win games, and the like, in which a sponsoring company's products or services are won by successful participation in the incentive program.

Incentive programs offer awards and incentives to modify behavior of individual consumers and to direct the consumers to some pre-determined action, such as purchase of products or services upon visiting a retail site, viewing advertising, testing a product, or the like. Companies use awards and incentives to increase awareness of product offerings, to launch new products, to attract the attention of a newly identified audience, to differentiate products to encourage certain behavior, to obtain information, and for other purposes.

Traditional incentive programs systems suffer drawbacks in terms of convenience of tracking data, changing promotions, and the like. For example, for a consumer who participates in multiple incentive programs it may take time and effort to track his or her participation in each program. For example, time is required to keep track of loyalty points earned in each separate incentive program. Therefore, when a consumer receives an offer to participate in an incentive program, the consumer may decide against participating in it, not because the incentive program is not attractive, but because the cost to the consumer, in terms of the time and effort to tracking another incentive program, exceeds the expected benefit of the incentive program. Accordingly, a consumer need has arisen for a streamlined system and method for tracking consumer participation in a variety of incentive programs from different sponsors.

A similar problem exists for sponsoring companies who wish to offer promotions. The collective costs of generating incentive programs, administering the incentive programs, tracking the participation of consumers in the incentive programs and fulfilling the awards or prizes won in such



incentive programs may exceed the benefits of offering the incentive program. These costs may be particularly high in instances where the activities associated with an incentive program must be carried out by different companies, or by different organizations within the same company. Accordingly, a need has arisen for a unified system that provides for program generation and administration, data tracking and award fulfillment.

Existing incentive programs do not meet all of the consumer and sponsor needs associated with incentive programs. One form of incentive program that is used extensively is that of promotional mailings. The processing of promotions, i.e., providing the appropriate check or discount coupon to the customer as a reward for the initial purchase, involves high volume and labor intensive activity, including collection, verification and organization of initial proofs of purchase and related information, preparation of the checks, coupons or other items using preprinted stock provided by the sponsor in connection with the particular promotion, and finally the sorting of individual items based on their mailing destinations.

At any given time, a typical provider of promotion services is involved with many different promotions of various sponsoring manufacturers. Preprinted forms, when provided by different sponsors, can vary in size and shape, thus creating the need to handle individual promotions separately. This increases handling expense, not only in added labor, but also in the mailing cost, as it is difficult with a single promotion to accumulate a volume of items sufficient to qualify for certain reduced postage rates, e.g. the reduced rate available for mail presorted by zip code of the destination. Manual recombination and sorting of items for multiple promotions would be prohibitively expensive.

Another form of promotional program is coupon distribution and redemption. Many problems exist with the coupon distribution and redemption system. For example, few consumers will go through all the steps necessary to redeem their coupons. More commonly, many consumers forget to bring coupons that they have clipped and saved to the store. Thus, consumer reluctance to take all necessary steps partially defeats the manufacturer's purpose for offering the purchase incentive. A manufacturer distributes coupons with the expectation that the coupons will induce sales of its product by offering a discount. However, when the coupon is forgotten or disregarded, the consumer is usually not aware of the incentive when he is selecting a product among different brands at the retail store.

Another problem with coupon redemption systems is verification. Because the verification of redemption conditions is performed by a check-out clerk, a consumer can in some instances present so many coupons that it is impractical to verify the required purchases for all of them. As a result, some coupons are redeemed without the required purchase.

The introduction of the digital computer and the computer network eliminates some of the inconveniences of conventional incentive programs, particularly those that relate to data tracking and manipulation. The digital computer is a powerful data processing tool that allows a user to organize, store and analyze data at volumes and rates that would be impossible by any prior known techniques.

Computers have been used in connection with incentive programs and other programs that have characteristics in common with incentive programs, but known computer incentive programs address some, but not all of the drawbacks of traditional promotions. For example, U.S. Pat. No.

5,053,955 to Peach et al. discloses an improved process of printing and assembling coupons. Peach et al. discloses a computer-based system for merging certain information for various promotions, so that a single stream of data can be used as a source for printing and mailing coupons for multiple promotions. Thus, the system of Peach et al. reduces some of the paperwork associated with a single-promotion systems, but it merely mitigates, rather than solves, the problems inherent in paper-based promotions.

Computer-based promotional games are also known. Such games include scratch-and-win games, treasure hunts, video pinball and the like. Such incentive programs have advantages over paper promotions, in that data regarding participation is easily stored and manipulated. However, existing incentive programs do not solve all consumer and sponsor needs. In particular, such promotional games do not assist consumers in tracking participation in multiple promotions and do not assist sponsors in generating incentive programs, tracking participation in incentive programs and fulfilling awards and prizes.

Computer-based systems exist for tracking some aspects of consumer participation in incentive programs. For example, U.S. Pat. No. 5,056,019 to Schultz et al. discloses an automated purchase reward accounting system and method. In particular, Schultz et al. discloses a marketing method for providing manufacturer purchase reward offers by automatically tracking the purchases of member consumers through the use of bar-coded membership cards and using the purchase records in a data processing system to determine if the required purchases have been made to earn a reward. Each member consumer receives a reward booklet disclosing the available reward offers, a periodic status report indicating the member consumer's progress toward earning rewards, and a reward certificate for those rewards earned. The card-based system of Schultz takes advantage of certain data processing capabilities of computer systems and certain data storage capabilities of electronic card technologies; however, among other drawbacks, the system of Schultz does not address the need for a system that assists sponsor companies in generating incentive programs, in tracking participation of consumers in multiple incentive programs, or in fulfilling awards.

The computer network offers the possibility of improved systems for offering incentive programs and for tracking participation in an incentive program. By linking together several computers and by providing shared resources and cross-platform communications, the computer network provides improved access to sophisticated applications by users at remote locations.

One of the most widely accepted and heavily used networks is the Internet. The Internet is a global system of interconnected computer networks formed into a single world wide network. A user, through the Internet, can interactively transmit messages with users in different countries. Similarly, a user in the U.S. connected to files and libraries and other jurisdictions such as Europe and Asia, can download files for personal use. Accordingly, the Internet computer network provides strong communications functions similar to the communications functions provided by ham radio operators. Moreover, the Internet computer network acts like a universal library, providing electronic access to resources and information available from Internet sites throughout the world.

Various systems and methods are known which permit a sponsor to track data of multiple parties in databases and to update information in the databases based on transactions



entered into by the parties to the transactions. For example, U.S. Pat. No. 5,664,115 to Fraser discloses an interactive computer system to match buyers and sellers of real estate using the Internet. Similarly, banks, credit card companies, and other financial institutions have developed computer-based systems that track client account information and update the information upon entry of various transactions. Some such systems involve use of electronic cards and operate over computer networks. Such systems have requirements peculiar to their respective industries, and none of the existing systems address all of the problems inherent in known incentive programs, particularly the problem of the need for an incentive program system that conveniently tracks participation while offering automated generation of incentive programs and automated fulfillment of awards won in incentive programs.

Computer incentive programs are offered on the Internet; however, such systems are generally offered by a single sponsor and are generally limited to offering consumers the ability to participate in incentive programs. Known systems do not offer sponsors the ability to conveniently generate incentive programs, to track participation of consumers in multiple incentive programs, or to provide for automated fulfillment of awards.

Another important drawback of known computer incentive program systems is that the obligation to fulfill the awards promised in a promotional campaign is often a logistically difficult and expensive task. The coordination of delivering or arranging for the retrieval of the awards for the specified winner, in volumes that permit successful incentive programs, requires coordination of prize inventory, systems and information.

One system that addresses award fulfillment is disclosed in U.S. Pat. No. 5,025,372 to Burton, et al. Burton et al. discloses a system and method for administration of incentive award programs through letters of credit. In the Burton et al. system, a computer system for an incentive award program allocates monetary amounts available for expenditure through credit instruments issued to program participants when the participants perform to a designated level of achievement. Participants' identifying information and credit instrument account numbers are stored in memory. Levels of performance are calculated and assigned for each participant in order for a monetary amount to be available for expenditure through the participant's credit instrument. Calculations, adjustment and reporting concerning amounts allocated for instrument use, withheld amounts, instrument transactions and account balances are made. Calculations and printed invoices for payment by a financial institution to an incentive company based on the credit instruments issued under the incentive program are made and are dependent upon the monetary volume of expenditures through the credit instruments, the total interest income on the credit instruments, and the number of instruments issued.

The system of Burton et al. takes some advantage of a computer system for tracking data, but it has a number of drawbacks. Among other things, Burton et al. offers no advantage to a company sponsoring an incentive program in terms of the investment of skill and labor in developing an incentive program. Further, the complex letter of credit scheme of Burton et al. is likely to require participation of other entities, such as banks and attorneys in order for it to operate properly. Also, Burton et al. does not provide for tracking of data for participation of a given consumer in incentive programs of multiple program providers. Finally, Burton et al. does not provide a system for automated generation of incentive programs.

Many existing promotional systems are also subject to the drawback that they require specific computer software or computer hardware to be purchased in order to participate in the incentive program. Historically, computer promotional games were of limited utility, because in order to participate the user was required to purchase specific software to participate in the incentive program, and no convenient mechanism existed to convey the information that the customer had won a prize to the party who was required to fulfill the prize.

Computer networks, such as the Internet, offer a convenient solution to some of these problems, permitting easy transmission of such computer software for promotional games and easy transmission of information about the success of the consumer to the sponsoring company. However, current incentive program and award systems available over the Internet are quite limited. First, most such systems are limited to a specific type of incentive program or to products and services of a single sponsoring company. Also, most such systems require a sponsoring company to use an independent contractor to code the computer software necessary for running the incentive program. Further, most such systems rely on conventional mechanisms for award fulfillment, such as issuing a paper certificate to the customer by mail that is redeemable at a retail location of the sponsoring company.

Computer systems and methods for generation of computer software programs based on underlying data are also known. For example, U.S. Pat. No. 5,576,951 to Lockwood discloses an automated sales and services system that composes individualized sales presentations from various textual and graphical information data sources to match customer profiles entered into the system. However, known computer systems do not provide for automatic generation of incentive programs based on parameters entered by a sponsor company.

Accordingly, a need has arisen for an incentive program and award fulfillment system that provides easy access to consumers who have standard computer hardware and software, that permits sponsors to build or purchase incentive programs easily and efficiently, and that provides for convenient tracking of participation and convenient, automated award fulfillment.

## SUMMARY OF THE INVENTION

The present invention provides a new incentive program and award system for using a computer network, preferably the Internet, to provide consumer access to expanded incentive programs using a conventional computer, to permit sponsors to build, buy, store, modify, offer, track and administer incentive programs and to permit sponsors and retailers to offer improved award fulfillment for participants in incentive programs.

The increased processing power and ability to access remote users of the Internet and other computer networks offer substantial opportunities for improved award fulfillment systems and incentive program systems. In particular, the Internet offers access to consumers who have standard equipment such as a personal computer, without requiring specific hardware or software. The Internet also offers free communications, in contrast to traditional communications channels, such as mail, in which Promotional materials are sent. The Internet also offers dynamic opportunities to transmit, store and retrieve data, so that new or different incentive programs may be conducted on a much more frequent basis than is the case with traditional paper systems.

Systems and methods according to the present invention allow a consumer who has access to a computer, the computer typically referred to as a "client," to connect to a web site located on a server of a host system for participating in incentive programs. The consumer may, through the graphical user interface of the consumer's computer, participate in incentive programs by logging-in to a site, spending a certain amount of time on the site, entering data, clicking on pre-determined icons in a pre-determined order, or other activities involving use of the computer. If the consumer satisfies certain pre-determine a criteria, the consumer can win promotional prizes.

Systems and methods of the present invention also permit sponsors to list incentive programs on an Internet site, to obtain pre-packaged incentive programs from a host, to build incentive programs using computer software provided by the host, to associated prizes with incentive programs offered through the site, and to fulfill awards won by consumers.

Systems and methods of the present invention further permit retailers to make retail items in their inventory available to sponsors for association with incentive programs as prizes.

Systems and methods of the present invention further provide for the creation of databases of retail, catalog, sponsor and other items that permit automated fulfillment of specific items. The systems and methods of the present invention are accomplished by use of a computer network, which may be the Internet.

In particular, without limitation, systems and methods of the present invention comprise a host computer connected to a network, a client computer of a consumer connected to the network, a sponsor computer of a sponsor connected to the network, an incentive participation application program for participation by the consumer in an incentive program, wherein the participation may be in incentive programs of a plurality of sponsors, a server of the host computer, a web site, located on the server of the host computer, wherein the consumer may participate in an incentive program via the web site, a database of the host computer of awards associated with the incentive participation application programs, an award association application program for associating an award with an incentive program and a fulfillment automation application program for associating a fulfillment method with an award.

Systems and methods of the present invention further comprise an electronic card for fulfillment of an award, having memory for storing information associated with the consumer, wherein the information may be a personal identification number or information associated with the consumer's participation in an incentive program.

Systems and methods of the present invention further comprise an incentive builder application program, running on the server of the host computer, wherein the sponsor may build an incentive program by interacting with the incentive builder application program, wherein the incentive builder application program comprises a database of objects associated with incentive programs, wherein each object is associated with an action that is associated with the incentive program, an interface for permitting a sponsor to enter parameters associated with an incentive program, an object association application for associating objects with the parameters entered by a sponsor and building a file comprising the objects associated with all of the parameters entered by a sponsor, an editor for generating an electronic file containing code for the incentive program, a classifying

application program for classifying the code in numbers that represent the elements of the code, a generator application program for generating tables of the numbers that represent the code for the incentive program, and an executor application that is capable of interpreting the tables and executing the code.

Systems and methods of the present invention further comprise a graphical image file that is displayed in connection with an object, wherein the graphical image file is a branded image, wherein the object is a game piece in an incentive program, wherein the object is displayed upon winning an incentive program, wherein the graphical image file may change, and wherein the graphical image file that is displayed depends on characteristics of the user.

The present invention may be better understood by reference to a number of commonly used terms, definitions of which are as follows:

The term "client," as used herein, encompasses any data processing systems suitable for operating a processor according to the invention and for establishing a communication link to an Internet site. An Internet site can be any program running on a data processing platform that connects to the Internet and that receives access requests, whether under HTTP, FTP or any other conventional or proprietary transfer protocol.

The term "application program," as used herein, encompasses any computer file that contains data in a format for being accessed and processed by the processing unit of a computer.

The term "disk," as used herein, encompasses any memory device that can store computer data and that provides an interface for accessing the stored data.

The term "network," as used herein, encompasses any system comprising a series of computers linked by telecommunications networks and may include the Internet, intranets, or other computer networks.

The term "Internet" means the largest global computer communications network.

The phrase "incentive program" should be understood to include any program for creating incentives, including programs within a sponsoring firm, such as employee incentive programs, and outside the firm, such as customer promotions. The term "promotion," as used herein should be understood to encompass all types of incentive programs.

The term "prize" and the term "award" should be understood to be synonymous and to encompass all types of incentives, including merchandise, coupons, points, cash, services and other forms of incentives.

The term "World Wide Web" means a large global computer communications network that comprises a significant part of the Internet.

The term "sponsor," as used herein, encompasses any individual or company that wishes to offer an incentive program or promotion.

The term "retailer," as used herein, encompasses any individual or company that wishes to provide awards and prizes to be associated with incentive programs. The term "retailer database" should be understood to encompass a database of awards and prizes for fulfillment to consumers who have successfully won or completed incentive programs. Thus, the retailer database should be understood to include awards and prizes provided by sponsors, by the host, or by other parties, not only retailers. The terms "retailer database" and "award database" should be understood to be synonymous.

The term "consumer," as used herein, encompasses any individual or user who wishes to participate in awards or incentive programs offered by sponsors. Consumers may be third parties, such as partners or suppliers, may be employees of sponsors, or may be customers of the sponsor's merchandise or the merchandise of third parties; thus, the present invention is intended to encompass systems and methods by which a company offers incentive programs to individuals within its organization, such as via a computer intranet, as well as systems and methods for providing incentive programs to third parties via external computer networks.

The term "host," as used herein, encompasses any individual or company who wishes to provide a system for permitting sponsoring companies to offer incentive programs to consumers, employees, suppliers, partners and the like of the individual or company, and for creation of databases of retail, catalog, sponsor and other items that permit automated fulfillment of specific items listed in computer inventory systems of retailers at a retail location.

The term "server," as used herein, encompasses any data processing system on which application programs and Internet sites may be stored for access and processing by client computers.

The term "web browser," as used herein, encompasses any application program which allows for multimedia presentation of information, including text, images, sound and video clips. A web browser **50** allows the user to connect by the Internet to different sites on the Internet.

The term "hypertext link" as used herein, encompasses any graphical icon, button, highlighted text or other symbol that permits a client computer to direct a server to display a page of an Internet site which is associated with the hypertext link.

The term "URL" means "uniform resource locator" and means the address of an Internet site that is accessed by clicking or initiating a hypertext link that is associated with the URL.

The term "HTML" means hypertext markup language, which refers to a language for the creation of pages of Internet sites on the World Wide Web.

The term "HTTP" as used herein, shall encompass the "HyperText Transfer Protocol", which shall mean a protocol under which messages are sent over the Internet from client computers to server computers in the client server model of distributed computing.

The term "CGI" shall mean "Common Gateway Interface," which shall refer to a specification for communication between a server computer and an application program.

The term "EDI", or "electronic data interchange" shall mean a protocol for the transfer of data between an application program and a proprietary computer system, such as an inventory system.

## BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is a schematic diagram illustrating the basic components of the World Wide Web.

FIG. **2** is a schematic diagram of the primary hardware components of the host system of the present invention.

FIG. **3** is a schematic diagram of a consumer computer **12** in accordance with an embodiment of the present invention.

FIG. **4** is a schematic diagram of a sponsor computer in accordance with the present invention.

FIG. **5** is a schematic diagram of a retailer computer in accordance with an embodiment of the present invention.

FIG. **6** is a schematic diagram of an operating system and related applications of a consumer computer **12**, a sponsor computer, or a retailer computer in accordance with an embodiment of the present invention.

FIG. **7** is a schematic diagram of a host computer **18** of the present invention.

FIG. **8** is a flow chart depicting the steps by which a consumer may participate in incentive programs and win awards in accordance with an embodiment of the present invention.

FIG. **9** is a flow chart depicting the steps by which a sponsor may offer incentive programs, select prizes, and participate in related incentive program activities in accordance with an embodiment of the present invention.

FIG. **10** is a flow chart depicting steps by which a sponsor may purchase a pre-packaged incentive program from the host of the system of the present invention.

FIG. **11** is a flow chart depicting steps by which a sponsor may build an incentive program in accordance with an embodiment of the present invention.

FIG. **12** is a flow chart depicting steps by which a sponsor may select and purchase prizes in accordance with an embodiment of the present invention.

FIG. **13** is a flow chart depicting the steps by which a database of awards is established and maintained in accordance with an embodiment of the present invention.

FIG. **14** is a flow chart depicting steps by which an award or prize is fulfilled in accordance with an embodiment of the present invention.

FIG. **15** is a schematic diagram depicting the logical connections of the consumer database, the sponsor database and the award database of the present invention with the consumer site, the sponsor site and the award site of the present invention.

FIG. **16** is a schematic diagram of the data structures of the sponsor database of the present invention.

FIG. **17** is a schematic diagram depicting the data structures of the consumer database **200**.

FIG. **18** is a schematic diagram depicting the data structures of the award database.

FIG. **19** is a diagram depicting a page displayed by the graphical user interface of the incentive program builder of the present invention.

FIG. **20** is a table depicting classifications of incentive programs that can be used to establish parameters for building an incentive program.

FIG. **21** is a flow chart that depicts the flow of information among the components of the present invention.

FIG. **22** is a flow chart depicting the steps of the present invention leading to award fulfillment.

FIG. **23** is a flow chart depicting the participation of a sponsor in the present invention.

FIG. **24** is a flow chart disclosing the overall steps of a consumer participation in the present system and method.

FIG. **25** is a flow chart disclosing the steps of award fulfillment for a retailer using an electronic inventory tracking and consumer database.

FIG. **26** is a flow chart disclosing steps of award fulfillment for a retailer implementing manual inventory tracking procedures.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT(S)

The present invention is a system for building and conducting incentive programs over computer networks, such as the Internet, for tracking and administering participation in such incentive programs and for fulfilling awards won in such incentive programs. The present system includes participation of a host, who manages the system, one or more consumers, who participate in incentive programs and in certain instances win awards, one or more sponsors, who offer incentive programs through the host system, and one or more retailers who provide awards for the incentive programs and who fulfill delivery of awards to customers.

FIG. **1** is a schematic diagram illustrating the basic components of the World Wide Web. FIG. **1** depicts client computers **34** which are connected by telecommunications links **38** to one or more server computers **32**. The client computers **34** are equipped with web browsers **50** that permit the client computers **34** to view HTML pages. The HTML pages are preferably displayed in graphical format. Well-known web browsers **50** such as NetScape navigator and Microsoft Explorer automatically format data that is programmed in the HTML language according to well-known protocols. Information is transported back and forth between the client computer **34** and one or more servers **32** according to a well-known protocol known as the HyperText Transport Protocol. The messages sent according to the HTTP are addressed according to Uniform Resource Locators, or "URLs", which determine where the Internet resource is and which protocol to use to access the resource. Other protocols, such as FTP, are also available.

In the so-called "client-server" model of distributed computing, messages are sent from client computers to one or more servers. Servers that use the World Wide Web are typically called "HTTP servers" or "web servers." "A web server may have installed on it files that include HTML documents that can be displayed on a client's computer screen when accessed from a client computer. Also, web servers may include or provide access to other servers that include Common Gateway Interface ("CGI") programs that permit access to other resources on the web server, such as application programs and databases. Thus, without the need for any hardware or software, other than a standard personal computer and a common web browser **50**, a consumer can access dynamic applications and content that are stored on the web server.

Referring to FIG. **2**, the particular systems necessary for operation of the present invention are depicted. Thus, a consumer computer **12**, a sponsor computer **14**, and a retailer computer **16** are connected by a telecommunications connection **38** over the Internet to a host computer **18**. The host computer **18** may include a gateway computer **19**, or may be configured to provide a direct connection to the telecommunications connection **38**. The system may further include an electronic data interchange **126** from the retailer computer **16** to a retailer inventory system **212**, which permits access between the retailer components and the host computer **18** over the Internet.

Referring to FIG. **3**, a client computer may include various standard components, including a central processing unit (CPU) **20** and associated read-only memory ("ROM") **22**, both of which are connection along data and address bus lines **23** to a random access memory **40**. The consumer computer **12** may be such a "client" computer. Also connected to the RAM **40**, the CPU **20** and the ROM **22** via the bus **23** are an input/output interface ("I/O") **28** and I/O device **24**. The CPU **20** is operatively connected to the I/O interface **28** to control any corresponding I/O devices **24**. Typical I/O devices may include a video display, a keyboard, a scanner, a mouse or joystick or other input or output devices. The consumer computer **12** may also include a

storage device **45**, which may be any conventional device for storing data, such an external hard disk. The consumer computer **12** may further include a system for connection to telecommunications links, which may be a modem **54**. The consumer computer **12** is thus equipped similarly to any typical personal computer that is capable of playing graphical computer games.

Referring to FIG. **6**, installed on the consumer computer **12** is an operating system **42** that controls various applications of the consumer computer **12**. Applications include applications for data management, storage and retrieval **44**, a web browser application **50** that is capable of formatting HTML documents, a communications application **52** capable of controlling communications between the consumer computer **12** and other computers over the Internet, and other applications **48**. The operating system **42** may be any standard operating system, but is preferably an operating system capable of providing a graphical user interface, such as the Windows95 operating system or the MacIntosh operating system.

Referring to FIG. **4**, the sponsor computer may also be client computer comparable to the consumer computer **12**. The sponsor computer **14** may also include a CPU **58**, ROM **60**, I/O device **62**, I/O interface **64**, RAM **68**, bus **63**, and modem **90**. Thus, the configuration of the sponsor computer **14** is similar to the consumer computer **12**. The sponsor computer **14** may also include an operating system **42** for control of various applications, including applications for data management, storage and retrieval **44**, a web browser **50**, a communications application **52** and other applications **48**. The operating system **42** is preferably capable of providing a graphical user interface **70** with graphical icons. Thus, the operating system may be in a system such as Windows95. The sponsor computer **14** may also include a storage disk **75** for storing data, such as an external hard disk.

Referring to FIG. **5**, a retailer computer **16** is provided. The retailer computer **16** may also be a client computer of configuration similar to the consumer computer **12** and the sponsor computer **14**. The retailer computer **16** may thus include a CPU **92**, ROM **94**, I/O device **98**, I/O interface **100**, RAM **102**, BUS **93**, modem **124** and storage device **109**. The retailer computer **16** is also controlled by an operating system **42** which governs various applications, including an application program for data management, storage and retrieval **44**, a web browser **50**, a communications application **52** and other applications **48**. The retailer computer **16** also preferably includes a graphical user interface **70** capable of viewing HTML documents that include graphical icons. The retailer computer **16** further includes an application for controlling an electronic data interchange connection ("EDI") **126**. The EDI connection **126** is to a proprietary retailer inventory system **212**. Thus the retailer computer **16** is configured to query and retrieve information from the retailer inventory system **212** regarding the exact products in the retailer inventory system **212**.

It should be noted that although the Internet is the preferred embodiment of the present invention, the invention may be operated over an intranet within a corporation or may include an ATM, or KIOSK, which could include a dedicated terminal that is capable of an online connection to a host computer and capable of executing commands through an input/output device. Also, in an embodiment of the invention, certain aspects of the invention may be completed through stand-alone software, which may be downloaded by the user to a disk.

Referring to FIG. **2**, the host system **10** may further include a host computer **18**. Referring to FIG. **7**, the host



computer **18** may include a CPU **170**, ROM **172**, modem **174**, a host gateway **19**, a data storage device **178**, RAM **180**, I/O interface **182** and I/O device **184**. The host system **10**, in particular, may include an HTTP server **188**, or web server, and may optionally also include a separate application server capable of communication to the HTTP server **188**. The host computer **18** may be any conventional server, such as a DEC server, with a conventional operating system, such as UNIX. The host computer **18** must be capable of receiving messages according to standard Internet protocols, such as HTTP.

Referring to FIG. **15**, the data storage device **178** of the host computer **18** stores files containing code for implementing a consumer site **192**, a sponsor site **194** and an award site **198**. In addition, the data storage device **178** stores a consumer database **200**, a sponsor database **202**, and an award database **204**. The databases may be of common database types, such as Oracle databases.

An overview of the functions accomplished by the system and method of the present invention is as follows.

A consumer operating on a consumer computer **12** uses the web browser **50** to locate the consumer site **192** of the host computer **18**. Once the consumer has located the consumer site **192**, the consumer is given various options. The consumer may register to become a member of the host incentive program system by entering various information in a predetermined format. If the consumer registers, the consumer is then issued an identification number and an associated password. Registration may also be completed through stand-alone computer software, in which case the consumer is issued a disk on which a program is stored that, when installed, prompts the consumer to complete the information necessary for registration. In the case of the software version of registration, the consumer downloads the software to a disk and can send it to the host system by electronic mail.

In addition to registration, the consumer site **192** includes hypertext links or other connections to various other sites, applications, and information. Thus, the consumer can link to information pages that describe the host incentive program system, that describe particular incentive programs, or that provide other information related to the system. Also, the consumer may link to incentive programs that are provided in a directory of incentive programs. The incentive programs may be incentive programs provided by the operator of the host system, or third party incentive programs that have been identified by the host for listing on a directory.

The consumer web site **192** also permits the consumer to search for information or for particular incentive programs by topic or keyword; for example, the consumer may search for incentive programs by company, by type of incentive program, by type of prize, or the like. The consumer site **192** also includes a link to the sponsor site **194**, so that a consumer may also consider whether the consumer wishes to provide incentive programs for the consumer's own products or services.

The consumer site also permits the consumer to query a database that provides status information for the consumer regarding participation in host incentive programs. Thus, the consumer can determine the number of points awarded for participation in past incentive programs, the prizes won in past incentive programs, and similar information regarding incentive program activities using the host system. Among other things, the consumer may download rules and directions for participation in the incentive programs that have been registered by the sponsors as incentive programs of the

host system. Included in the rules may be information on the specific prizes to be awarded, the odds of winning, and the like. Consumer participation in incentive programs results in the automatic updating of the consumer database **200** and the sponsor database **202**, which contain such information in records associated with the consumer.

When the consumer registers, a record is created in the consumer database **200** reflecting the registration of the consumer and including the personal associated identification number, password, or the like. Referring to FIG. **17**, the consumer database **202** includes records that may include the name **800**, address **802**, e-mail address **804**, phone number **806**, identification number **808**, password **810**, and account number **812**. Other database records of the consumer database **200** may include sub-records **814** recording various data. A set of participation sub-records **816** may record historical participation in each of the incentive programs by the consumer. A winning sub-record **818** may record information regarding winning activities by the consumer. An award or points sub-record **820** may record loyalty points or prizes won by the consumer. A psychographic or demographic sub-record **822** may include information obtained through consumer responses to inquiries answered by the consumer during participation in incentive programs. Any number of other sub-record containing information about the consumer or about the consumer's participation in incentive programs should be understood to be encompassed within the present system.

Once the consumer registers, the registration may be transmitted to any third party provider of electronic cards. The electronic card provider then may issue a card to the consumer that reflects the consumer's identification number and password, so that the consumer can be verified to be the particular consumer who has won a particular incentive program for the fulfillment stage of the present method and system. The card may be any type of electronic payment card, such as a card with a magnetic stripe, similar to an ATM card or credit card, or a microchip-embedded smart card. In the smart card embodiment of the present invention, the smart card may store additional information from the consumer database **200**, such as prizes won, points awarded through loyalty programs, or the like.

Thus, a typical consumer may log on to the web site, register as with the host system, and participate in one or more incentive programs. The incentive programs could include, for example, scratch-and-win games, sweepstakes games, treasure hunt games, or computer games. Participation in the incentive programs could include entering data, completing surveys, clicking on one or more icons in a predetermined manner, or other "win eligible" activities, such as answering questions. When the consumer wins an incentive program, the incentive program software algorithm indicates that a "win" has been accomplished and informs the consumer of the appropriate prize. The databases are then updated to reflect that the consumer has won the prize. The prize could include not only retail merchandise, but loyalty points, discounts, coupons, and the like. Thus, for example, a consumer participating in a scratch-and-win game for a rental car company might receive, upon winning the scratch-and-win game, a number of loyalty points in the rental car loyalty program. Incentive program award techniques for all types of incentive programs can be embodied in the present invention. Thus, loyalty points can be awarded for participation with respect to multiple retailers, and merchandise can be awarded by the sponsor offering the incentive program or by third party retailers. Further, incentive programs can include additional benefits to the retailer, such as including advertising or product logos as part of the graphical object viewed by the consumer when playing an incentive program; thus, a scratch-and-win game could, for example, include a branded product logo that appears when the product is won.



Further functions of the present invention may be accomplished by participation of a sponsor. A sponsor initiates participation through the sponsor computer **14** by accessing a web browser **50** and entering the URL of the sponsor site **194**. The sponsor site **194** then displays a sponsor home page **195**, which provides various options for the sponsor. The sponsor, for example, may register as a sponsor in the host system. The registration process includes identification of the sponsor and various information about the sponsor, including the sponsor's mailing address, web address, contact information, types of incentive programs, and other information relevant to the sponsor. The information is then stored in a sponsor database **202** that includes records associated with the particular sponsor.

Once a sponsor is registered, and a verification of the information submitted by the sponsor is conducted, the sponsor site **194** is updated to reflect any incentive programs that the sponsor wishes to include on the sponsor site **194**. Thus, the sponsor database **202** is updated, as is the sponsor site **194**, upon registration of a sponsor.

A sponsor, in addition to providing a link to a pre-existing incentive program site, may purchase an incentive program from the host. Incentive programs available from the host may be pre-packaged incentive programs that are computer software applications of pre-determined incentive program types, such as scratch-and-win games, treasure hunts, sweepstakes games, or the like. The host may include third party incentive programs, such as computer games, for purchase by sponsors. The sponsor can view samples of different incentive programs and select incentive programs based on review of the samples. Selection of the incentive program prompts the sponsor to define certain parameters relative to the incentive program, such as the starting date and duration of the incentive program. The sponsor may also choose to build an incentive program. A sponsor may build an incentive program through interaction with the host system's computer automated incentive program building capability. A sponsor who wishes to build an incentive program is asked to select among various types of incentive programs or combinations of incentive programs and to enter parameters that are associated with those types of incentive programs, so that an application program of the host computer **18** can generate an incentive program that has the characteristics selected by the sponsor.

Whether the sponsor purchases a pre-packaged incentive program or chooses to build an incentive program, the completed incentive program is downloaded to the sponsor for installation on a web site of the sponsor. The sponsor database is updated to reflect the presence of the new incentive program, and the sponsor site **194** is updated to include a link to the new incentive program. There several ways in which the online code can be embedded into the website of the sponsoring firm, as follows. The sponsoring firm may receive instructions on how to the place of HTML tags in desired locations throughout the site. The tags would serve as addresses for the code to be embedded. The sponsor or the sponsor's webmaster could leave a port open through which the incentive firm could embed the code in designated areas. A set of files could be mailed to the sponsoring firm for their placement and incorporation into their site.

Once a new incentive program is installed, the sponsor is prompted to select prizes for the incentive programs. The

prizes may be fulfilled by the sponsor, in which case the sponsor simply enters the prizes into the sponsor database as being associated with the incentive program. The sponsor may also select prizes from the award database **204** of retailer merchandise, catalog company merchandise, sponsor merchandise, and other prizes and awards provided by the host system, described more particularly below, for prize fulfillment. The sponsor may pay for the selected prizes, if the sponsor does not wish to self-fulfill, and the sponsor may pay for the incentive program, through electronic payment channels, such as entering a credit card number over the Internet. Once the payment has been verified, the code for the incentive program is generated and transmitted to the sponsor. The code includes registration information, including an identification number for the sponsor.

The sponsor may also link from the sponsor site **194** to pages that contain various information about the host incentive program method and system, about the host, and about opportunities to participate in incentive programs. The sponsor site **194** also permits the sponsor to link directly to the consumer site **192** and to query the consumer database **200** to obtain information regarding consumer participation in that sponsor's incentive programs. Thus, the sponsor can obtain psychographic, demographic, or other information relevant to the participation of consumers in the sponsor's incentive programs.

The participation of retailers in the present method and system is also by an Internet connection of a personal computer or similar computer to an award site **198**. The retailer initiates the connection by entering the URL for the award site **198** in the web browser **50**. The award site which is a collection of files on the host system, displays information and links that permit the retailer to accomplish various functions. The retailer may, among other things, register as a retailer, in which case a retailer data base **204** is updated to reflect the presence of the retailer and to include records that reflect the name of the retailer, the mailing address of the retailer, the web address of the retailer and other related information. After registration the retailer may participate in various activities; however, the primary function of the award site **198** is to permit the retailer to list information regarding prizes the retailer wishes to include in a menu of various prizes offered by the retailer. Thus, the retailer can list prizes for selection by sponsors. The award database **204** that is created by participation by the retailer is also connected via an electronic data interchange **126** to the retailer's proprietary inventory system **212**. Thus, the award database **204** can be automatically updated to reflect the retailer's current inventory according to inventory numbers, such as SKUs, type of inventory, or the like. Thus, the system automatically permits sponsors to enter the award site **198** to search the site via topic or keyword to obtain particular prizes, to select the prizes and to update the sponsor database to reflect the association of a particular prize with a particular incentive program. The award site **198** also includes links to the consumer site **192** and the sponsor site **194**.

The function of the present method and system may be further understood by reference to the flow charts depicted in the figures.

Referring to FIG. **8**, a flow chart **300** is depicted describing the steps by which a consumer participates in incentive programs via the consumer web site **192**. First, at a step **301** the consumer logs into the consumer computer **12**. The consumer then uses the web browser **50** in a step **302** to browse to the consumer site **192**, at which point the consumer views a consumer home page **193**. The consumer home page **193** includes a directory of links to other pages



within the consumer site **192**, as well as links to incentive programs offered by third parties. Further, the consumer home page **193** offers various options to the consumer. At a step **308** the consumer is prompted to enter the consumer's name. Next, at a step **309** the host computer **18** searches the consumer database **200** to determine whether the consumer is listed in the consumer database **200**. If the consumer is found in the consumer database **200** at the step **309**, the consumer is prompted to enter the consumer's password at a step **311**, and, upon confirmation of the password with a conventional password utility, the consumer is sent to a step **304** which the consumer can view the various options available at the consumer home page **193**.

If the consumer is not found in the consumer database **200** at the step **309**, then the consumer is prompted to respond whether the consumer wishes to register as a member of the host system at a step **306**. If the consumer wishes to register at the step **306**, then the consumer is prepared to complete a registration process at the step **306**. If at the step **306** the consumer declines to register, then the consumer is returned at a step **320** to a message informing the consumer that the host system's capabilities require registration and that the consumer may log out by using the back key of the consumer's browser.

Once the consumer is registered via the registration process, the consumer database **200** is updated at a step **321** and the consumer returned to a page at a step **304** reflecting the directory of options available to the consumer. Thus, the consumer at a series of steps may determine whether the consumer wishes to conduct various options. At a step **310**, the consumer may choose to search the sponsor database for incentive programs. The search may be by topic, keyword, company or other parameters. If the consumer wishes to search, then the consumer is transferred to a search algorithm in a step **311**.

Once the search is complete, or if the consumer does not wish to search, then at a step **312** the consumer chooses whether the consumer wishes to link to an incentive program. If the consumer wishes to link to an incentive program, then the consumer is linked by a hypertext link to the incentive program in a step **313**. Upon completion of the incentive program, or upon execution of the back key of the consumer's web browser **50**, the consumer is returned to the directory at a step **304**, at which point the consumer has the various steps and options available.

If the consumer does not wish to search, or to link to an incentive program, at the steps **310** and **312**, then the consumer may elect to query the consumer database **200** at a step **314**. At a step **315**, the consumer may, in querying the database, determine information about the consumer's participation in past incentive programs, the status of the consumer's participation in such incentive programs, including whether the consumer has won prizes and the nature of the prizes, and the number of points the consumer has accumulated in loyalty programs offered by sponsoring companies. Upon completion of the query, the consumer is returned to the directory at the step **304** and is offered the various options again. If the consumer does not wish to search, link to an incentive program, or query a database, the consumer may also, at a step **316**, elect to view information regarding incentive programs. If so, at a step **317** the consumer is linked to pages containing information, including the rules of participation in incentive programs, a description of the consumer site, and other information regarding the host system. At a step **318**, the consumer may also choose to link to the sponsor site **194** by responding affirmatively to a prompt that queries whether the consumer

wishes to become a sponsor in the host system. Upon the completion of each of the steps **310**, **312**, **314**, **316** and **318** the consumer is returned to the directory at the step **304** and offered all of the options again. If the consumer does not select any of the options, then the consumer may log out at a step **320**, which may be completed by use of the back key in the consumer's browser, or by entering a URL for a different site in the browser.

Referring to FIG. **23**, participation of the sponsor in the present system may be understood by reference to a flow chart **708**. At a step **710** a sponsor decides to sponsor an incentive program. The host system determines whether the firm has established an account at a step **712**. If not, the sponsor registers at a step **714** and an account is created at a step **716**. Once an account is established, at a step **716** the firm selects or builds an incentive program online. The sponsor account is updated in the sponsor database at a step **718**. The sponsor then queries the award database **204** at a step **720**. The sponsor selects the award at a step **722**. The sponsor account is updated at a step **724** to associate the award with the incentive program. The sponsor pays for the incentive program and any award units, as described more particularly below at a step **726**. The sponsor account is then activated to reflect a new promotion at a step **728**.

Referring to FIG. **9**, participation of a sponsor in the method and system of the present invention may be further depicted by a flow chart **330**. First, at a step **332** the sponsor locates the sponsor site **194** at which time a sponsor home page **195** is depicted, which is a series of home pages, which may be HTML pages stored in the data management, storage and retrieval application **44** of the sponsor site **194** located on the host system and dedicated to sponsor activities. Upon entering the home page, the sponsor is prompted at a step **334** to enter the sponsor's name. Next, at a step **336** the host computer **18** conducts a search of the sponsor database **202** to determine whether the sponsor is registered as a member of the host system. If at the step **336** the sponsor is found to be in the database, then the sponsor is prompted at a step **337** to enter the sponsor's password, using a conventional password utility. Upon entering the password at the step **337**, the sponsor is sent to a directory at a step **339**. If the sponsor is not found in the database at the step **336**, then the sponsor is sent to a step **338** at which the sponsor is prompted to register as a member of the host system. If, at the step **338**, the sponsor wishes to register, then the sponsor is sent to a registration algorithm at the step **341**. Upon completion of the registration algorithm **341** the sponsor is returned to the step **339** at which point the system displays the directory. If at the step **338** the sponsor does not wish to register, then the sponsor is prompted in a message at a step **343** to log out of the system at a step **356**.

At the step **339** the sponsor is prompted with various options reflected by the steps **340**, **342**, **344**, **348**, **350**, **352**, **354** and **355**. Upon completion of any of these steps, the sponsor is returned to the directory at the step **339** so that any step may be repeated as desired by the sponsor.

Options available to the sponsor are as follows. At a step **340** the sponsor may choose to review information regarding the host system, including information regarding rules and regulations of incentive programs, the requirements for the sponsor to participate in the host system, and the like. At a step **342**, the sponsor may choose to launch an incentive program. If the sponsor chooses to launch an incentive program, the sponsor is prompted to indicate whether the sponsor wishes to view samples at a step **343**. If the sponsor wishes to view samples, the sponsor is given the opportunity at a step **345** to view sample incentive programs of various



types, such as scratch-and-win games, treasure hunts, sweepstakes and the like.

Once the sponsor has viewed samples, or if the sponsor does not wish to view samples, the sponsor is prompted to indicate whether the sponsor wishes to purchase a pre-packaged incentive program of the type displayed in the samples at the step **344**. If at the step **344** the sponsor wishes to purchase an incentive program, then the sponsor is transferred to the algorithm for purchase of an incentive program which is reflected by off-page connector "I" in FIG. **9**. Off-page connector "I" connects to similar off-page connector "I" in FIG. **10**, which depicts the algorithm for buying a prepackaged incentive program.

Upon completion of buying a prepackaged incentive program, or if the sponsor does not wish to buy a prepackaged incentive program, the sponsor is prompted at a step **348** to indicate whether the sponsor wishes to build a new incentive program. If the sponsor wishes to build a new incentive program, then the sponsor is transmitted to a set of algorithms that permit the sponsor to build an incentive program or programs. The connection to the incentive program builder function is depicted by off-page connector "J" in FIG. **9** which connects to connector "J" of FIG. **11**, which depicts the incentive program building function.

If the sponsor has bought an incentive program at the step **344** or built an incentive program at the step **348** then the sponsor is prompted at a step **352** to select a prize or group of prizes. Selection of a prize is depicted in a flow chart **402** in FIG. **12**. The connection between FIG. **9** and FIG. **12** is depicted by off-page connector "K".

Upon completion of the prize selection function, the sponsor is returned to the directory of the step **339** and may choose again to view information or launch an incentive program at steps **340**, **342**. If the sponsor wishes to view information the sponsor may link to HTML pages containing such information at a step **341**. If these steps are not desired, another option is to choose at a step **350** to query the sponsor database. If at the step **350** the sponsor chooses to query the database, then at a step **353** the host-computer **18** conducts a search of the sponsor database for various information, such as the nature of incentive programs offered by the sponsor, the participation of the consumers in the incentive programs, the prizes associated with each incentive program, and the like.

Next, at a step **354**, the sponsor may choose to query the consumer database **200**. If the sponsor wishes to query the consumer database **200** at the step **354**, then at a step **357** the host computer **18** conducts a search of the consumer database **200** for various information relating to consumer's participation in the sponsor's incentive programs. For example, such information may include demographic or psychographic information about the types of consumers who are participating in the sponsor's incentive programs. For example, the sponsor may be able to determine the median age of consumers who are participating in the sponsor's incentive programs. Upon completion of a query, or if the sponsor does not wish to execute a query at the steps **350** or **354**, the sponsor may, at a step **355**, link at a step **359** to the consumer site **192**. Again, upon completion of each of the steps **340**, **342**, **350**, **354** and **355**, the sponsor is offered all of the options again. If none of the options are selected, then the sponsor is prompted to log out at the step **356**.

Referring to FIG. **10**, the steps by which a sponsor may buy a pre-packaged incentive program are included in a flow chart **358**. Upon choosing to buy a prepackaged incentive program at the step **344** of FIG. **9**, the sponsor is presented

with a menu at a step **360** of FIG. **10**. Next, at a step **362** the sponsor is prompted to select a type of incentive program. Incentive programs may classified into different types, such as intra-firm or inter-firm, games or chance or games or skill, etc. Incentive programs may also have different implementations. Implementations include conventional incentive program games such as bingo, scratch-and-win, treasure hunt, sweepstakes, and the like, other computer games, such as Tetris or pinball, or surveys or questionnaires. On selecting a type of incentive program, the sponsor is prompted at a step **364** to enter parameters that are associated with that type of incentive program, such as the duration of the incentive program, the number of winners who may participate in the incentive program, the frequency of winning, and the like. Next, at a step **368** the pre-packaged incentive program is transmitted to the sponsor by electronic mail or other file transfer protocol, so that the sponsor can download the incentive program on the sponsor's own server. Alternatively, the code could be mailed on a disk with instructions for downloading into the sponsor's own site. The sponsor can be sent instructions on creating an HTML tag to the sponsor site, informing the host of the tags. The host can then add the incentive program to the consumer site with a hypertext link to the incentive program on the site. Next, the sponsor database is updated at a step **370** reflecting the presence of a new incentive program for that sponsor. Next, at a step **372**, the host computer **18** updates the consumer home page **193** of the consumer site **192** to reflect the presence of a new incentive program and a link to the new incentive program. Upon completion of the purchase the sponsor is returned by off-page connector "I" to the step **339** of FIG. **9**.

Referring to FIG. **11**, the steps for building a new incentive program are depicted in a flow chart **374** which is connected by off-page connector "J" to FIG. **9**. The sponsor is first prompted to view a menu of incentive program at a step **378**. Next, at a step **380**, the sponsor is prompted to select a type of incentive program or a combination of types of incentive program. Next, at a step **382** the sponsor is prompted to define parameters for the incentive program or combination of incentive programs. Next, at a step **384**, an incentive program builder function of an application program running on the host computer **18** builds an application program that executes an incentive program of the type defined in the step **382**. Next, in a step **388** the incentive program that was built is transmitted to the sponsor by conventional means such as electronic mail, disk or file transfer, so that the sponsor can install the new incentive program on the sponsor's server for the sponsor's own site. Next, the sponsor database is updated to reflect the presence of a new incentive program at a step **390**. Next, at a step **392**, the consumer home page **193** of the consumer site **192** is updated to reflect the presence of the new incentive program. Upon completion of the incentive program building functions of the flow chart **374**, the sponsor is returned to the flow chart of FIG. **9**, as reflected by off-page connector "J."

Referring to FIG. **12**, a flow chart **402** depicts the prize selection process. If a sponsor has either bought an incentive program at the step **344** of FIG. **9** or has built a new incentive program at the step **348** of FIG. **9**, then the sponsor is prompted to select prizes for the incentive program at a step **352**. FIG. **12** is connected to FIG. **9** by offpage connector "K". Referring to FIG. **12**, at a step **404** the sponsor is prompted to view a menu of available prizes. The menu may be divided by types of prize, companies offering the prize, or other categories. The sponsor may find an appropriate prize by choosing at a step **406** to conduct a search.

If the sponsor chooses to search at the step **406**, then the sponsor is transferred at a step **408** to the award database **204** and provided with conventional search algorithms for searching the award database by type of prize, retailer, party offering the prize, mode of fulfillment, or other topics or keywords. Upon completion of the search, or if the sponsor wishes to select the prize directly from the menu, the sponsor is then prompted at a step **410** to select a prize by clicking on the appropriate prize. Prize selection requires the sponsor to enter various data for each incentive program, including the number of prizes, the frequency of winning, relative prize weighting (e.g., grand prize, second prize, etc.). When a consumer wins, then the prize is selected based on an algorithm that depends on the selected prize frequency. Each prize also must have a selected mode of fulfillment, which is entered by the sponsor at the step **410** through a menu, a set of icons, or the like. Next, at a step **412** the sponsor is prompted to pay for the prize. Payment may be by any conventional means, such as electronic transmission of the sponsor's credit card number. Next, the sponsor is prompted to associate the prize with the appropriate incentive program at a step **414**, identifying the frequency of winning, type of prize and other information for the incentive program. Once purchase is made, the award database is updated to reflect that the prize has been purchased. Next, the sponsor database is updated by the host computer **18** to reflect the association of the prize with the incentive program at a step **416**. Next, the award database is updated by the host computer **18** at a step **418** to reflect the purchase of the prize by the sponsor. Upon association of the prize and updating of the databases, the sponsor is returned to the directory at the step **339** of FIG. **9**.

Referring to FIG. **13**, the steps necessary for retailer participation in the method and system of the present invention are described in a flow chart **450**. Sponsors, the host, catalog companies and other parties may also participate in the system according to these steps. To participate in the method and system of the present invention, the retailer first logs in at a step **451** and locates the award site **198** in a step **452**, at which point the retailer home page **197** is displayed offering various options to the retailer. The retailer is then prompted at a step **454** to enter the retailer's name. Next, at a step **456**, the host computer **18** searches the award database to determine whether the retailer's name is included in the database. If at the step **456** the retailer's name is in the database, then the retailer is prompted at a step **460** to enter the retailer's password, after which the retailer is sent to a step **464** at which a directory of options is displayed to the retailer.

If the retailer's name is not in the award database **204** at the step **456**, then the retailer is sent to a step **462** at which the retailer is prompted to register. Upon registration, the award database **204** is updated to reflect the presence of the retailer. The retailer is assigned a unique identification number and is permitted to select a password with a conventional password utility. Next, the retailer is sent to the step **464** at which a directory of options is available. The primary option available to the retailer is at the step **465** in which the retailer builds the award database **204**. The award database **204** is built by the retailer's entering data regarding retailer inventory available for selection as prizes into the award database **204**. The data may be entered by the retailer by an input/output device, or through a direct link to the retailer inventory system and through gateway programs and application programs that may be customized to update the award database automatically upon updating of the retailer inventory system at a step **468**. The award database **204**

includes information regarding prizes, such as the prices of prizes and the geographic location of individual prizes that are available for incentive programs.

Once the retailer has completed any changes to be made to the award database **204** at the steps **465** and **468**, the retailer may also select other options at the steps **466**, **467**, **469**, **471** and **472**. Upon completion of any of the steps **465**, **466**, **467**, **468**, **469**, **471** or **472** the retailer is returned to the step **464**, at which the retailer may again select any of these steps. At the step **466** the retailer may choose to view information regarding participation in the host system and other information regarding incentive programs in which case a link is made to HTML page with the information in a step **473**. At the step **467**, the retailer may elect to link in a step **475** to the consumer's site to participate in incentive programs. At the step **469**, the retailer may elect to link in a step **477** to the sponsor's site to act as a sponsor in addition to being a retailer. At the step **471**, the retailer may elect to query the award database **204** in a step **479** to determine the current status of the prizes in the database. At a step **472**, the retailer may elect to update the award database **204** in a step **481** by adding or deleting prizes or changing prices or fulfilment options; however, these activities may also be controlled by the host of the host system. If the retailer does not wish to execute any further steps among the steps **465**–**472**, the retailer may log out, which may be accomplished by entering the back key on the retailer's web browser **50**.

Referring to FIG. **14**, a flow chart **419** depicts the steps by which a prize is awarded upon successful completion of an incentive program. When the consumer participates in an incentive program, as depicted in FIG. **8**, successful participation in the incentive program, which may be accomplished by clicking on icons in a pre-determined order, or other "win-eligible" activities, as defined by the parameters of the incentive program, results in a "win" message being sent by the application program of the incentive program to the consumer database **200**. At a step **422** the host computer **18** queries the consumer database **200** to determine whether a "win" message is associated with the consumer's name in the consumer database **200**. After a win message is determined, an algorithm queries the sponsor database to determine the promotion implementation method and to determine the form of win message, if any, that is required. Next, at a step **424**, the host system determines via a query to the sponsor database **202** what prize or group of prizes has been purchased for the particular incentive program won by the consumer, given what prizes have been won and the predetermined frequency of winning particular prizes. If a particular prize cannot be fulfilled without undue burden; that is, if no retail location is near enough to the consumer's address, then a catalog prize may be automatically substituted. Next, in a step **426**, the consumer database **200** is updated to reflect the association of the prize or group of prizes with the name of the consumer and the consumer database **200**. Next, at a step **428** the sponsor database **202** is updated to reflect the association of the prize with the consumer and the fact that the prize should be removed as an eligible prize from the sponsor database **202**. Next, at a step **430**, the award database **204** is updated to reflect the association of the prize with the particular consumer who has won the prize. Next, at a step **432**, the award database **204** may be queried to determine the available geographic locations of prizes of the type won by the consumer.

Next at a step **434**, the host computer **18** executes an algorithm that selects the appropriate fulfillment option for the prize. In particular, by comparing the geographic information of the consumer in the consumer database **200** and the information in the award database **204**, the host computer **18** identifies the nearest retail location for fulfillment of the prize or, if no location is suitable, the prize may be mailed to the consumer. The unique prize information is uploaded from a sub-segment of the award database **204** to a card processor, who may be a third party, which permits the prize to be cleared via a card network, such as a credit card network. Alternatively, prize winners and the amounts or prizes won by the winners may be uploaded to the card processor, and the prize or award could be verified by a verification process whereby the retailer or merchant can query the award database **204** online or by phone and receive a confirmation number for the prize for auditing purposes. Verification can also take place via the upload to a network with card processing and verification built in. Next, at a step **436**, the information regarding a retailer location for purchase of the prize is transmitted to the consumer. Finally, when the consumer goes to the retail location, the consumer displays the consumer's electronic card **11** which includes the personal identification number that permits the retailer to confirm that the consumer is the consumer who has participated in the incentive program and has won the prize. Confirmation is obtained by a query of the award database **204** that is conducted by the retailer, either by telephone to the host, or by a computer query to the award database **204**. Confirmation may come from a processor verifying the amount and particular item (e.g., SKU or product number match) at the particular store associated with the winning consumer with credit on a credit or debit account. Thus, the merchandise won by the consumer is easily obtained by the consumer at the most convenient retail location.

A more detailed description of the system for an embodiment of the present invention is set forth below, including a description of computer systems and code that may be used to accomplish the functions described herein.

Once a consumer has registered as a consumer member of the host system, the consumer's name, address, password, and PIN may be sent to a third party provider of electronic payment cards. The electronic payment card provider may then issue the card **11** to the consumer. The card **11** may have a magnetic strip coded for the PIN number or password that links the consumer to the consumer's entry in the consumer database **200**. The card **11** may be any conventional electronic payment card, or may be a microchip-embedded smart card, in which case additional data selected from the consumer database **200** may be included for access by retailers verifying prize information.

Referring again to FIGS. **2**, **3** and **8**, the apparatus and method that permits a consumer's participation in the host system is described in more detail. In order to participate in the system, the consumer logs on to the consumer computer **12**, which may be any "client" computer in a client/server system. The consumer computer **12** includes the CPU **20**, ROM **22**, I/O interface **28**, I/O Device **24**, RAM **40**, modem **54**, and storage device **45**. The consumer computer **12** further includes the operating system **42**, which controls the applications running on the consumer computer **12**, such as the data management, storage and retrieval application **44**, the web browser **50**, the communications application **52** and the other applications. The consumer computer **12** is preferably equipped with a graphical user interface, permitting the user to click on icons, buttons, highlighted text, or the like in order to initiate functions. References in this application to "icons," "buttons" or "links" should be understood to include any mechanism that permits the user to initiate a function by locating the cursor at an associated screen

location and clicking a mouse, striking the "ENTER" key, or otherwise selecting the function. Thus, the operating system **42** is preferably an operating system capable of supporting such an interface, such as WINDOWS 95, UNIX or the MacIntosh. The consumer computer **12** is connected by the modem **54** to the telecommunications connection **38** of a network, which may be the Internet, an intranet, or any other computer network. The consumer computer **12** may, in an alternative embodiment, constitute a dedicated terminal, such as an ATM or kiosk, that is capable of inputting of data and connecting to the consumer site **192**. References to the Internet in this application should be understood to cover embodiments of the invention using any computer network.

In order to participate, the consumer logs onto the consumer computer **12** and initiates the web browser **50**, which may be any conventional browser, such as NetScape Navigator, Microsoft Explorer, or the like. Due to the graphical nature of many incentive program games, the browser is preferably one that supports a graphical user interface.

The browser **50** permits the consumer computer **12** to connect to the host gateway **19** over the telecommunications connection **38**. Thus, the consumer may locate the consumer site **192** by entering the URL for the consumer site **192** in the browser **50**. The browser then transmits a message, in the form of a package of data according to a network protocol, such as the HTTP protocol or the FTP protocol, to the host computer **18**. The host gateway **19** of the host computer **18** is capable of receiving messages according to the HTTP protocol. Thus the host gateway **19** may be an HTTP server. The host computer **18** may be an HTTP server, or may be another server linked to an HTTP server. The host computer **18** may thus be any conventional server, such as DEC server with a UNIX operating system. The host computer **18** and the browser **50** permit communication between the computers in the form of data transmitted according to the HTTP protocol (or other conventional protocol). Data may be transmitted in various forms. One important form of transfer is pages of data coded in the HyperText Mark-up Language ("HTML"). HTML is the language used to prepare hypertext documents for distribution on the World Wide Web for viewing by client computers, such as the consumer computer **12**. HTML contains commands, known as "elements" or "tags", to mark text as headings, paragraphs, lists, quotations, and the like. HTML also has tags for including images within documents, for including fill-in forms that accept user input, and for including hypertext links connecting documents being viewed to other HTML documents or other resources on the web, such as databases or FTP sites. The hypertext link feature allows the user to click on a string of highlighted text and access a new document, an image, a film clip or other resource from a computer located at a remote location. HTML specifies the location of other resources through URL's, which instruct a browser to find the designated resources. Conventional web browsers **50** are all equipped with the capability of reading and executing hypertext links coded in HTML documents.

Referring to FIG. **8**, the consumer links to the consumer site by entering the URL for the consumer home page **193** into the consumer's browser **50**. The consumer site **192** consists of a set of pages coded in the HTML language. The browser interprets and displays graphical and text images from the HTML pages on the consumer's personal computer. The pages are linked by hypertext links so that pointing and clicking on the hypertext link in the consumer home page **193** connects the client to a page associated with the hypertext link, so that the computer displays a new



HTML page to the consumer. Thus, each of the functions accomplished in the flow chart **300** of FIG. **8** may be selected by initiating a hypertext link, button, or graphical icon that describes the link. For example, a consumer may choose to search by clicking a button labeled "search", or a line of highlighted text with the word "search." Similarly, the consumer may execute the step **312** of linking to an incentive program by clicking on the text string describing the incentive program. When the consumer logs on to the consumer home page **193**, the consumer is initially prompted to enter the consumer's name. This may be accomplished by displaying an HTML page that includes a table on which the consumer's name is entered through the input/output device of the client computer. A JAVA applet or application may also provide this function. Once the consumer presses "Enter" or "submit" to execute the entering of the name, the program calls a program that searches the consumer database **200** for the consumer's name.

While HTML is suitable for preparing documents to be reviewed by the client computer and for accepting user input, such as the consumer's name, additional software is necessary or desirable in order to process information entered through the HTML page. Interactive HTML-based applications are typically prepared through use of a program according to the common gateway interface "CGI" specification, or a "CGI script." The CGI specification defines the mechanisms by which HTTP servers communicate with gateway programs. Gateway programs such as CGI scripts essentially transfer processing of data that is inputted through HTML documents to application programs running at a particular site. These application programs typically include specific functionality that is not easily incorporated into a universal server, such as an HTTP server, although application programs can be run on the HTTP server itself. Thus, when an application program is required to process data entered through the HTML page, it is typically done through a gateway program such as a CGI script. For example, when the user name is entered in the step **308** of the flow chart **300** of FIG. **8**, the HTTP server calls a CGI script which instructs an application program to search the consumer database **200** to determine whether the consumer is listed in the database.

Consumer database **200** searching is accomplished through any common search application, which may be included within the database program used to build the consumer database **200**. For example, the consumer database **200** may be an Oracle database with an Oracle application which permits searching of the Oracle databases. If at the step **309** the name is found in the consumer database **200**, then the HTTP server is instructed by the application program to display an HTML page that prompts the user to input the user's password at the step **311**. If the user's name is not found on the consumer database **200** at the step **309**, then the HTTP server causes the system to display an HTML page that queries whether the consumer wishes to register as a member of the host system in a step **306**. The HTML page includes a "yes" button and a "no" button, or similar ability to respond in the affirmative or negative to the query. Such buttons may be graphical objects coded by an application suitable for running in a web page, such as a Java applet. When the user responds with a "no", the HTTP server displays an HTML message that indicates that registration is required in order to participate in the site, and the user is logged out of the site at a step **320**.

If the user indicates the desire to register, then the HTTP server displays an HTML page that may include a table format for input of data by the consumer necessary for

registration. Upon registration via the inputted data on the HTML page, the HTTP server calls a CGI script which calls an application program to update the consumer database **200** to add the consumer to the consumer database **200** and to add records in the database that reflect the data entered through the HTML page at registration step. Once the consumer has entered a name and password, or a new consumer has registered, the consumer is sent to step **304** of FIG. **8**. The step **304** of viewing a directory is accomplished by the HTTP server of the host computer **18** displaying an HTML page that displays various icons that permit the user to select available options. Thus, the steps **310**, **312**, **314**, **316** and **318** may be selected by clicking a hypertext link that is associated with a string of text or icon that reflects the desired step.

Upon registration, the information entered by the consumer is stored in the consumer database **200** for retrieval and updating, and the information is also sent, by conventional means, such as electronic mail, file transfer protocol or the like, to a provider of electronic cards. The electronic card provider then issues a card **11** containing the identification of the consumer that is associated with the password assigned to the consumer by an application program that is called by the CGI script upon completion of the registration process. It should be noted that the application program may be an application in any programming language, such as C ++initiated by CGI script, or may be a program such as a Java applet, designed to run within a web page. The application code for the registration process may also register the user for a global pool of incentive programs stored on the sponsor database **202** and record the consumer's participation in the global incentive program pool. It should be noted that the incentive programs that are built or purchased through the sponsor system as described elsewhere herein are coded to permit a consumer to enter an incentive program at a different site without requiring additional registration or additional entering of a name or password. That is, the registration routine of the incentive program running on a sponsor's site automatically initiates, by a CGI script or similar application, a query to the consumer database **200** to confirm that the user is a registered consumer. Upon receiving confirmation that the user is a consumer of the host system, the application program automatically registers the consumer for the incentive program, avoiding unnecessary multiple registrations for different incentive programs by the same consumer. Alternatively, the consumer may initially register at a particular sponsor's site, in which case registration is effective for all sites, because the registration routine automatically updates the consumer database **200**.

Referring still to FIG. **8**, the step **310** of searching the sponsor database **202** for incentive programs by topic or by keyword may be accomplished by initiating a hypertext link designated as "search" or the like that appears as a graphical icon or button on the Consumer Home Page. Selecting the "search" function initiates a link to the HTTP server **188**, at which time a gateway program, which may be programmed according to the common gateway interface (CGI) specification, via a CGI script, turns over processing to an application program running on the server for conducting a search. The application program is a conventional search engine, such as those available on the World Wide Web. The search engine permits the user to search the sponsor database **202** for incentive programs by company, type of prize, type of incentive program or other parameters of the user's choosing.

A directory of sites appears in graphical format on the consumer home page **193**, in the form of hypertext links to selected sites that have Incentive program games. Sites include sites of sponsor members of the host system, as well as third party sites. The directory may be an HTML page, with the links listed as unordered list elements within the page, and with each element of the list comprising a hypertext link identifying the URL to a site associated with the link. Thus, a string of text describing or naming a particular incentive program may be included within a hypertext link coded in HTML, so that clicking on the description or name causes the HTTP server **188** of the host computer **18** to call the site associated with the URL. The directory can also consist of a series of linked HTML pages in menu format, so that the consumer can select categories, such as types of prizes, types of incentive programs, directory topic, such as industry, or specific sponsoring companies, by clicking on associated strings of text or icons that cause the HTTP server to display other HTML pages that display further menu items, down to the level of the individual incentive program. The incentive programs displayed on the consumer site **192** are automatically updated by application programs that update the sponsor database **202** to reflect new Incentive programs and changes in Incentive program offerings.

Incentive programs other than host incentive programs may consist of application programs of any type such as computer games and may be accessed through a gateway program, such as a CGI script. A consumer would typically return to the consumer site **192** after participating in such an incentive program by using the "Back" function of a browser.

The consumer site may include graphical icons, buttons, and highlighted text strings that permit the user to select current incentive programs of the host, which are designated as host incentive programs by any convenient means, such as association with an asterisk or formatting as "<STRONG>" elements within HTML. The icons may be HTML hypertext links or may be programmed through the use of embedded programs that can run inside World Wide Web pages, such as Java applets. Selection of the icon initiates a link that causes the server to display a new HTML page for the relevant incentive program. The relevant incentive program may be programmed in any language suitable for building incentive programs, such as Java, C++, or the like. A CGI Script may be used as a gateway to connect to the application program for the incentive program. Host incentive programs may be of a wide variety of types, but have common characteristics of defining "win-eligible" activities for the user and being capable of transmitting the message that a consumer has won a particular incentive program. Win-eligible activities are coded in the application program of the incentive program, so that predetermined user input results in a win or loss for the consumer. Various implementations may exist to reflect the underlying algorithm to determine a win or loss. For example, a scratch-and-win game may be coded so that a prize is displayed if the user clicks on the correct icon, or a message to try again is displayed if the user selects another icon. Any host incentive program is required to include, as part of the program, an algorithm that instructs the HTTP server to send a message to the consumer database **200** that updates the consumer database **200** to reflect that the consumer has won that incentive program.

In order to participate in an incentive program, the consumer simply selects the incentive program by searching or by initiating the hypertext link associated with the incentive program on the directory on the consumer site **192**. The incentive program resides on the incentive program developer's server and may be an application program in any of

a variety of programming languages, such as C++ or Java. The link to the application program may be accomplished by a gateway program, such as a CGI script. Participation in the incentive program may include entering information, clicking on predetermined icons in a predetermined order, or simply visiting a site. A variety of incentive programs are known, such as conventional "scratch-and-win," "treasure hunt," "sweepstakes," "tic-tac-toe" and the like.

Consumers may also choose, in the step **314**, to obtain information about their status by initiating a link entitled "Query," or the like, which may be an icon programmed by a Java applet, a hypertext link, or similar application capable of running within a web page. Upon the consumer's initiating a query, the HTTP server displays a new HTML page that includes a table of defined search fields that can be completed by the consumer, such as name, password, incentive program status, and the like. Upon completion of desired search fields, the initiation of the query calls a gateway application, such as a CGI script, which runs an application program that searches the consumer database **200**, retrieves the information in response to the searched fields, and displays a new HTML page reflecting the updated information. For example, the consumer may wish to know the number of points achieved in a loyalty program of a particular sponsoring company or sponsor between two dates. The table would permit entry of two dates and the name of the sponsoring company, and the application program would search the consumer database **200** for points awarded to the identified Consumer between the designated dates. The search program and database may be implemented by any conventional database program, preferably a program capable of dynamic data structures, such as an Oracle database program. The system would then display a new HTML page with the searched information in a predetermined graphical format.

At the consumer site **192**, the consumer may also link to various information through hypertext links that appear as graphical icons or highlighted text, as reflected by the step **316** of FIG. **8**. The information may be contained in HTML pages and may include information about the host system, information about membership, information about the rules for various incentive programs, and the like. If the consumer wishes to become a sponsor, the consumer may link, at the step **318**, to the sponsor site **194**.

Referring still to FIG. **8**, the step **310** of searching the sponsor database **202** for incentive programs by topic or by keyword may be accomplished by initiating a hypertext link designated as "search" or the like that appears as a graphical icon or button on the Consumer Home Page. Selecting the "search" function initiates a link to the HTTP server **188**, at which time a gateway program, which may be programmed according to the common gateway interface (CGI) specification, via a CGI script, turns over processing to an application program running on the server for conducting a search. The application program is a conventional search engine, such as those available on the World Wide Web. The search engine permits the user to search the sponsor database **202** for incentive programs by company, type of prize, type of incentive program or other parameters of the user's choosing.

Incentive programs other than host incentive programs may consist of application programs of any type and may be accessed through a gateway program, such as a CGI script. A consumer would typically return to the consumer site **192** after participating in such an incentive program by using the "Back" function of a browser.

A more detailed description of the participation of a sponsor in the method and system of the present invention may be accomplished by reference to FIGS. **2**, **9**, **10**, and **11**. Referring to FIG. **4**, the sponsor computer includes the CPU **58**, ROM **60**, I/O device **62**, I/**0** interface **64**, RAM **68**, bus **63**, data storage device **75**, and modem **90**. As with the consumer computer **12**, the sponsor computer **14** further includes the operating system **42**, which controls the applications running on the consumer computer **12**, such as the data management, storage and retrieval application **44**, the web browser **50**, the communications application **52** and the other applications. The sponsor computer **14** is preferably equipped with a graphical user interface, permitting the user to click on icons, buttons, highlighted text, or the like in order to initiate functions. Thus, the operating system **42** is preferably an operating system capable of supporting such an interface, such as WINDOWS 95, or the MacIntosh. The sponsor computer **14** is connected by the modem **90** to the telecommunications connection **38** of a network, which may be the Internet, an intranet, or any other computer network.



Referring to FIG. **2**, the sponsor site **194** is preferably a site located on the World Wide Web. Thus, as is the consumer site, the sponsor site **194** is located as a series of files stored on the HTTP server **188** of the host computer **18**. The sponsor home page **195** is an HTML document stored on the server **188**, which is linked to a network, preferably the Internet. The sponsor home page **195** maybe reached by message packets from a browser of the sponsor computer **14**, a hypertext link from consumer home page **193** or other web site, or on-line connection from dedicated terminal, such as kiosk or ATM. The message may be sent according to standard protocols, such as FTP or HTTP protocols.

The sponsor home page **195** displays an HTML page that graphically displays a list or directory of hypertext links, graphical icons, or buttons that represent actions that can be taken or that consist of links to other web pages containing information of the type indicated by the links. The sponsor site **194** may include a series of HTML pages linked by hypertext links in a menu format, so that clicking on a link associated with particular subject matter causes the HTTP server to display HTML pages that have further information or links regarding that subject matter.

Referring to FIG. **9**, upon entering the site, sponsors are prompted to enter a name in an HTML page at the step **334**. The HTML page then calls a gateway program, such as a CGI script, to call a database program, such as an Oracle database program, to search the sponsor database **202** for the sponsor's name at the step **336**. If the name is found, then the HTTP server is instructed by the application program to display an HTML page prompting the sponsor to enter the sponsor's password at the step **337**. Upon entry of the correct password, the user is transmitted to the step **339** at which the sponsor may view a directory of options in the form of an HTML page. If the sponsor's name is not found at the step **336** in the sponsor database **202**, then the HTTP server **188** is instructed by the application program to display an HTML page querying the sponsor at a step **338** whether the sponsor wishes to register and providing "yes" and "no" icons or buttons permitting the sponsor to answer in the affirmative or negative. If the sponsor indicates "no" by clicking on the appropriate icon, then the HTTP server **188** is instructed to display an HTML page containing a message informing the sponsor that registration is required and to transfer the sponsor to the log-out step **356**.

If, at the step **338**, the sponsor wishes to register and indicates so by clicking the "yes" icon as similar indication of assent, the HTTP server calls an application program via a CGI script or similar gateway program that displays an HTML page, Java applet, or the like containing a table for

input of data necessary for incentive program, such as sponsor name, the contact person, the addresses of existing sites desired to be listed, descriptions of the sites, description of incentive program, awards, and other information relating to the incentive program. Completion of the table initiates an application program, such as a Java applet or HTML document, that updates the sponsor home page to include any listed incentive programs among those listed in the site and to place a hypertext link to the incentive program on the sponsor home page. Completion of the table also initiates an application program, such as an Oracle program, to update the sponsor database **202**, which may be an Oracle database, to reflect the information provided by the sponsor.

In an alternative embodiment, the sponsor may also register by completing a table generated by an application program supplied on a disk or on-line, in which case the information may be downloaded to a disk and sent by electronic mail to the host computer **18** for manual input of the information necessary to list the incentive program in the sponsor home page.

Once a sponsor has entered the sponsor's password at the step **337**, or a sponsor has registered at the step **341** of FIG. **9**, the sponsor may select various options that are associated with icons or buttons, which may be hypertext links or Java applets, or displayed as an HTML page, at the step **339**. The sponsor may choose, at the step **342**, to launch an incentive program by clicking on a link associated with the option to launch an incentive program, which causes the HTTP server **188** to display a new HTML page containing text that offers the sponsor the choice, in the form of additional hypertext links, graphical icons, or buttons to view samples of prepackaged incentive programs, to buy a prepackaged incentive program, or to build an incentive program using the host system's incentive program building application. These choices may be initiated by clicking on the icon or link associated with the choice and are reflected in steps **344**, **348** and **352** of FIG. **9**. The icon or link may be coded by a JAVA applet or similar application running within a web page.

If the sponsor elects to view samples of an incentive program by selecting the appropriate icon in the step **343**, the HTTP server **188** displays an HTML page that lists a menu of types of available sample incentive programs in the form of hypertext links. Clicking the hypertext link for a sample causes the HTTP server to access samples. Samples may be displayed in the form of HTML pages. Interactive samples may be programmed in the form of Java applets or application programs that are accessed through a gateway application, such as a CGI script. Upon completion of viewing, the sponsor is returned to the step **339** and may select other options from the directory.

If the sponsor wishes to buy a prepackaged incentive program, the sponsor may initiating a link that causes the HTTP server **188** of the host computer **18** to display an HTML page, Java applet, or the like that includes icons, buttons or links associated with each incentive program. Upon selecting an incentive program, a hypertext link is initiated that calls an HTML page that provides a table for completion by the user through the keyboard or mouse. The user is asked to complete the table by defining various predetermined parameters that depend on the incentive program. Parameters may include start date, eligibility parameters, duration of the incentive program, and the like. Once an incentive program is selected by clicking on an icon, button, or the like, which may be programmed by a Java applet or similar method, the sponsor is prompted to pay for the incentive program by credit card or electronic funds transfer. Once payment is confirmed, an application program sends a file containing the incentive program by electronic mail to the sponsor, who can then download the incentive program at the sponsor's site. The application program may also be used to update the sponsor database **202** to reflect the new incentive program via the HTTP server **188**. The application program also updates the sponsor home page **195** at the sponsor site **194** to list the incentive program and to provide a link to the URL for the incentive program.



The incentive programs are prepackaged application programs, typically written in languages suitable for conventional, graphics-based, on-line computer games, such as Java or C++. Incentive programs may be any type of program that results in a "winning" activity. Typical incentive programs include scratch-and-win, sweepstakes, treasure hunt, instant win, and loyalty programs. Incentive programs may include question and answer formats, such as trivia games, or may involve completion of a survey. Incentive programs may also include proprietary computer games, such as TETRIS, pinball, or the like. Any computer program that results in a successful outcome can serve as an incentive program, as long as the program is capable of generating a "win" statement after successful completion of a predefined activity. In addition, prepackaged incentive programs may be customized by permitting the sponsor to select from a menu of available icons; for example, a scratch-and-win incentive program may include the logo or trademark of a company, including the sponsor company, which permits an advertising function directly within the incentive program. The logo may be downloaded by the sponsor to a disk and sent to the host computer **18** by electronic mail, in which case the operator of the host computer **18** may insert the logo as a graphical image file, such as a JPEG or GIF image, into the code for the incentive program via a standard routine, such as a C or C++ image insertion routine. Alternatively, the sponsor may select a logo from a menu generated by the incentive program application. It is also possible to include JPEG or GIF images or logos to replace parts of the graphics of third party computer games for inclusion in incentive programs. Images may also be rotated periodically via an image server, so that different images appear in the same graphical portions from time to time. Incentive programs may also be computer games licensed from third party game providers. The incentive programs are preferably designed to obtain and hold close attention of the consumer to the information on the screen.

If the sponsor chooses, at the step **339** of FIG. **9**, to build an incentive program by clicking the appropriate icon, the HTTP server **188** of the host computer **18** displays an HTML page in which the sponsor is prompted to input parameters for the incentive program, which may be accomplished by data entry in an HTML table format, or may be accomplished through a Java applet or Java application. Sponsors may select from a menu of different incentive program types by clicking on icons associated with the incentive programs. Types of incentive programs are predetermined by the operator of the host system. As with prepackaged incentive programs, the incentive programs that are build by the host system may be of any type, ranging from computer games, such as TETRIS and pinball, to question and answer or trivia games, to surveys, to scratchand-win, treasure hunt, sweepstakes, customer loyalty programs and other typical incentive programs. Combinations of different types of incentive programs may be selected; for example, an incentive program may be built in which the consumer plays a pinball game in which the consumer is eligible to win customer loyalty points, and upon winning enough points,

the consumer is eligible for a sweepstakes prize. Alternatively, a consumer could complete a survey in order to become eligible to play a scratch-and-win game.

Once sponsors select the incentive program type or combination of types, by initiating Java applets or link for each type or types, the HTTP server **188** may cause the host computer **18** to display HTML pages that prompt the sponsor to enter, in table format, the parameters for the incentive program. The tables may be generated as HTML pages, with each incentive program or combination or incentive programs being associated with a different HTML page that displays a table requesting information relating to predefined parameters that are necessary to generate the incentive program. For example, if the sponsor selects a sweepstakes incentive program, the sponsor is prompted to indicate the number of winners, and the frequency of winning. Once the parameters are entered at the step **382** of FIG. **11**, the HTTP server **188** updates the sponsor database **202** via a gateway program, such as a CGI script, to a database application program, such as an Oracle database program, to reflect the presence of the new incentive program. The HTTP server **188** also updates the sponsor home page by providing a new hypertext link or icon permitting the consumer to link to the incentive program.

The parameters that may be selected by the sponsor can be categorized by a number of different characteristics, as more particularly set forth on the table of FIG. **20**. Incentive programs may be divided into a number of different classifications, which can be associated with pull-down menus, icons, tables or other formats for selection or data input by the sponsor building the incentive program. Thus, the sponsor may select the general type of incentive program, which may be within the sponsor's firm or outside the sponsor's firm. Inside the firm, employees are typically rewarded for certain actions by winning prizes or points. Outside the firm, consumers typically earn rewards or win or earn awards or prizes by playing games of chance or games of skill. The sponsor can select the target of the incentive program, which can, for example, be employees, suppliers, or customers of the sponsor. The sponsor can select from a set of common descriptions of incentive programs from a list including employee morale programs, promotions, incentive programs, sweepstakes, giveways, games, and coupons. The sponsor can select from a selection of descriptive types of incentive programs, such as online testing, attendance monitoring, games of skill, such as trivia, games of chance (submit to win), and customer services (surveys, questionnaires, and the like). Games of skill are embodied by an algorithm that determines whether a "win" has occurred based on the play of the game by the consumer. Games of chance are typically embodied by algorithms that determine, based on a random number generator or similar algorithm, whether the consumer has won before the consumer plays. The sponsor can select whether the incentive program is short-term, such as with an instant win incentive program, or long-term, such as in a sweepstakes, performance reward program, employee loyalty program, or customer loyalty program. The sponsor can select from a wide variety of visual or graphical implementations for incentive programs, including, without limitation buttons, hypertext links, banners, scratch-and-win games, puzzles, pinball, text games, and other text and graphics. Any text or graphical element that can appear in a computer game or text screen could be implemented as part of the selected graphics of an incentive program. The graphical or text implementation objects can also constitute individual incentive programs themselves. Single incentive program types can also be combined to build larger, combined incentive programs. The sponsor can also define other "win-eligible" activities, such as clicking the URL for the sponsor's site, spending a certain amount of time on a particular web page, or the like. Finally, the sponsor can select from a wide variety of prize types, including merchandise, cash, services, discounts, coupons, and points (such as loyalty points). The host embodies the choices in each of the above areas, as well as any other classifications, as parameters that can be selected by the sponsor who is interacting with the incentive builder program; thus, by interacting with a simple graphical user interface, the sponsor can easily build an incentive program having the desired visual effects and having code associated with those effect to execute a running incentive program of the type represented by the visual effects. Once the sponsor has selected all parameters, the incentive builder program can build the incentive program that satisfies all of the parameters, by combining preexisting code for each of the individual components into larger files that embody the entire incentive program.



Referring to FIG. **11**, at the step **384** the HTTP server **188** of the host computer **18** also initializes an application program that builds the underlying code for the incentive program. The application program may be programmed in a language for building incentive programs, such as C++. The application program inserts algorithms and generates code to create an incentive program satisfying the parameters entered by the sponsor. The code is a series of statements, such as C++ statements, each statement reflecting the implementation of one of the incentive program parameters defined by the sponsor. For example, a sweepstakes incentive program would include, as a step in the generated code, the generation of a random number, as well as the selection of a winner based on the random number. Once the incentive program is complete, the sponsor may pay for the incentive program by electronic funds transfer, credit card, or the like. Once the payment is confirmed, a file containing the code for the incentive program is transmitted, in the step **388**, to the sponsor for downloading on the sponsor's site, whether by electronic mail, an HTTP link, or similar conventional transmission. As with the prepackaged incentive programs bought by the sponsor, the incentive program must be capable of generating a signal indicating that a consumer has won. The "win" signal calls an application program that updates the consumer database **200** to reflect that the consumer has won the prize associated with the incentive program and the application program updates the sponsor database **202** to reflect that the prize associated with the incentive program has been won by the customer. An HTML page is generated for the individual consumer indicating whether a win or loss has occurred and, in the case of a win, identifying the prize and fulfillment option.

The incentive program builder could also be implemented as standalone software, with a front end menu similar to the HTML pages described above for selecting an incentive program or combination of incentive programs, so that the program, which may be a C++ program or similar program, builds code based on the predetermined parameters of the incentive program. Code could then be downloaded into files containing complete incentive programs for installation on a user's site, or stored on the sponsor database of the host system, where upon action by the consumer, a CGI call may be made to the sponsor database to verify parameters and constraints to determine whether a win has occurred.

Additional details regarding an embodiment of the incentive program builder are as follows. The incentive program builder permits the sponsoring company to quickly and

efficiently design incentive programs. The incentive program builder is a computer automation tool. The incentive program builder may be provided either as a set of interactive web pages, on the host server, by which a sponsoring company defines an incentive program by going from page to page, or as a stand-alone software application, with menu fields and a substantially empty field where incentive program pieces and objects are placed as the incentive program is built. The incentive program builder may include a graphical user interface through which the sponsor designs the incentive program.

Designing an incentive program entails specifying parameters for the incentive program. When all parameters for the incentive program are specified, the incentive program builder creates a set of files that embody the incentive program. An incentive program in the network embodiment consists of a number of different components, each of which is built by the incentive program builder. First, a series of pages, such as HTML pages, permit the consumer to view the graphics of the incentive program. The HTML pages permit dynamic actions to appear to the consumer. Thus, by flashing a series of HTML pages to the consumer, the appearance of motion can be created. For example, a series of pages depicting a pinball machine can be displayed, with the moving parts of the pinball machine and the pinball itself being positioned slightly differently in each page, creating a sense of dynamic motion as pages are sequentially displayed. This approach is the same as in any conventional Internet computer game that includes moving graphical images. The images are created through a series of GIF or JPG files that are displayed when called by the application program for the incentive program. In addition to including dynamic graphical images, the HTML pages of the incentive program that are viewed by the consumer can include static graphical images, text, and fields for completion of tables, or surveys. That is, the graphical interface for the end consumer can contain any combination of text and images typical of any computer game or incentive program.

An incentive program also includes records in the consumer database **200** and the sponsor database **202**. Thus, for each incentive program, information identifying the incentive program, the beginning date of the incentive program, the ending date of the incentive program, and any other information regarding the incentive program may be stored in the appropriate database. The information regarding the incentive program is automatically sent to the appropriate databases upon initial building of an incentive program. In addition, the incentive programs are designed to send a message to update the appropriate databases when an incentive program is played; that is, when the consumer interacts with the front end pieces that appear on the HTML page of the incentive program.

The graphics or text representations of the incentive program may include front end pieces, or objects, that are graphical representations of the objects that are part of the incentive program. Front end objects could include graphics for a scratch-and-win game, a table for completion of a survey, a submit button for entry into a sweepstakes, or the like. By clicking on the appropriate front end pieces, the user can play the game, complete the survey, or otherwise participate in the incentive program that appears on the HTML pages. The sponsor, in using these incentive program builders, can create the graphical objects by clicking and dragging from menus and placing objects in the empty space of the screen.

The front end graphical objects of the incentive program are connected to code. Code, which may be JAVA, CGI



script, or other code suitable for running on a web page defines the function of a given object. For example, the suitable code makes the clicking of a pointer on a particular scratch-and-win game look like the consumer is actually scratching a surface. In addition to programming the appropriate display of HTML pages to reflect dynamic interaction with the incentive program, the code permits instructions to the databases for updating. In a sweepstakes game, for example, clicking the submit button may result in a graphical movement of the submit button that is created by presenting a new HTML page with a slightly different location for the submit button; menu or like, underlying code sends a message to the databases that a consumer has entered the sweepstakes. The code also determines algorithms for determining the winner of an incentive program; that is, the code sends a "win" statement to the databases which leads to the association of the prize or prizes for that incentive program with the consumer's identification in the consumer database **200**.

To define an incentive program, the sponsor interacts with the user interface of the incentive program builder. In an embodiment of the invention, the user interface includes a substantially blank screen with a series of buttons or pull down menus that permit the user to build the incentive program. By clicking on the appropriate button or selecting the appropriate item from the menus, the user can define the characteristics of a particular incentive program and click and drag objects to desired places on the screen. When the sponsor has elected to build an incentive program, the incentive program is assigned a unique numeric identification code, which permits retrieval of all information relevant to the incentive program from the databases. Next, the sponsor is permitted to select appropriate objects for participation in the incentive program. The selection of the objects can be made by pull down menus, buttons, or the like. Upon selection of a particular object, a graphical representation of the object is displayed on the formerly substantially blank portion of the screen. Thus, if the sponsor selects a scratch-and-win implementation of an incentive program, the program will display a graphical scratch-and-win game on the screen. The promoter is then able to select by buttons or menus various aspects of the incentive program; for example, the user can select the appropriate icons for the scratch-and-win game, including corporate logos of the user or other companies that provide an advertising function. Similarly, if the sponsor wishes to provide a survey, then selection of a survey type of incentive program from the menu results in a survey table appearing in the substantially blank portion of the screen, and the sponsor is prompted to enter questions to be completed in the survey in the appropriate fields. Once the questions are submitted through the sponsor's input/output device, the questions appear on the screen as they will appear to the consumer.

The objects that the sponsor can select can be of any type, including objects coded by the host, or objects obtained from third parties, such as proprietary computer games. Thus, the user may select a proprietary game, such as TETRIS, or pinball, which would result in the graphical representations of that game appearing in the substantially blank portion of that screen. The graphical representations that appear on the screen are automatically associated with the appropriate code in the case of any objects with which the consumer is expected to interact in playing the incentive program. Thus, in the scratch-and-win example, not only does the graphical representation of a scratch-and-win game appear on the formerly blank portion of the screen, a file is created in which the code for implementing the scratch-and-win game

is associated with the graphical representation and the incentive program's unique ID number.

A sponsor can build any combination of incentive programs by including various graphical representations, or objects, on the screen. The sponsor is also permitted to design combinations of incentive programs, so that, for example, successful completion of a given incentive program results in eligibility to participate in another incentive program. The sponsor is also asked to define the beginning and ending dates of the incentive program, so that a single incentive program can be offered in different series of time periods, such as once per month. Many different variations of incentive programs can be envisioned, such as programs in which completion of a questionnaire in each of a series of months results in eligibility for a prize drawing for each month, as well as a grand prize for those who enter an incentive program in all three different months. Other examples would include completion of surveys, successful answering of questionnaires, successful completion of computer games, and any other type of activity that results in a "win" for the consumer.

Any incentive program may be provided, as long as some algorithm for determining a winner is available. Thus, a sweepstakes-style incentive program accumulate entries over a defined period of time and award prizes according to a probability algorithm that relies on a random number generator. Alternatively, incentive programs may be customer loyalty programs in which consumers accumulate points for performing certain actions, and the accumulation of a defined number of points permits eligibility for a prize. Obviously, incentive programs may be combinations of types; thus, successful completion of a customer loyalty program might render a consumer eligible for a sweepstakes prize, or victory in a sweepstakes might provide customer loyalty points for a prize. Incentive programs may also be parallel, in that victory in a sweepstakes might provide an immediate prize, as well as points in a customer loyalty incentive program.

The algorithms for determining successful participation in a program are conventional algorithms such as those in any computer game. These predetermined algorithms are associated with the graphical objects with which the user interacts in playing the incentive program. Thus, by clicking a menu or filling out a table identifying the parameters of the incentive program, and submitting those parameters, the sponsor instructs the incentive program builder to display the type of incentive program that has been selected on the screen and to associate the appropriate code with those programs.

The programs for a given incentive program are also associated with incentive program rules, which define eligibility for participation in the program. For example, an algorithm would provide a requirement that the consumer enters the consumer's age, if the incentive program is offered by a sponsor who can only provide incentive programs to those over a certain age. Any other eligibility rules can be entered by the sponsor in defining the eligibility requirements. The incentive program builder also includes a verification algorithm that determines whether data entered for eligibility requirements by the consumer satisfy the incentive program rules. Thus, the incentive program would include code to display a table in which the user must complete the user's age, and the verification algorithm would automatically be initiated upon entry into the incentive program by the consumer to determine eligibility according to the incentive program rules that are embodied in the algorithms created upon building the incentive program.

The winning rules are also embodied in algorithms that are stored in connection with the incentive programs. Thus, upon completion of an incentive program, a file is created that includes the graphical images that the consumer will see upon playing the incentive program, rules for eligibility for the incentive program, a verification algorithm for determining that the eligibility requirements have been satisfied, algorithms for determining whether the consumer has successfully completed the incentive program, and algorithms for controlling the objects that appear to the user and for updating the various databases to reflect creation of a new incentive program and successful completion of an incentive program. The incentive program builder thus permits the sponsor either through stand alone software or through a series of web pages to select through menus from a library of available incentive program objects, and to build a graphical representation of a incentive program, which is then automatically associated with code that creates the dynamic incentive program.

Referring to FIG. **19**, an example of a graphical display of an HTML page from an incentive program builder is depicted. Thus, in a menu **900**, the sponsor may click and drag various objects **902**. The object could include a background field **904** for a scratch-and-win game, as well as various game pieces **906** and win symbols **908** that can be placed in the game by clicking and dragging on the icons that represent the objects. When an object is clicked or dragged, the object may appear in a display field **910**. Thus, a user may select the object **904** for a scratch and win game, select a game piece **906** from the menu, and add the game where desired on the background field **904**. The user may similarly select a win symbol **908**, which may be text stating "WIN," or may be any other symbol. The game pieces and win symbols, as well as the background, may be or may include graphical branded images, such as trademarks and logos. When the win symbol and the game pieces are in place, the game can be saved, in which case the system generates the necessary code to run a scratch and win game that has the appearance of the game on the display **910**.

In an embodiment of the invention the files for an incentive program are stored as conventional graphics and computer code files. In an alternative embodiment of the invention the files that are created upon building an incentive program may be embodied in the form of two different sets of computer code. Thus, an interpreter, typically written in a language such as C, creates a series of numeric tables, with each numeric table representing a logical element of computer code. Thus, the number "**77**" in a table could represent a logical "if" statement, and a number associated with that number could represent an action to be taken if the "if" statement is true and a different number could be associated with the case in which the "if" statement is false. Thus, any of the logical operators, such as "plus", "minus", "greater-than", "less-than", "not-equal-to", "equal to" or other logical operaters can be represented by numbers. An interpreter program thus permits the logical elements of a computer program, such as if statements, sub-routines, "do while" statements, "while" statements, and the like, to be represented as a table of numbers, where entry of a particular number can connect to other rows or columns of the table with further logical statements. Thus, an entire logical computer program may be reflected in a table of appropriately interconnected numbers.

In addition to an interpreter program which builds tables that reflect logical statements, an executor program may be prepared that executes the underlying computer program by reference to the tables. The combination of the interpreter

program and the executor program permits entire incentive programs to be reflected in the numerical tables which can be run as computer programs through object code of the executor program. Thus, incentive programs that are provided as files to sponsor companies may remain proprietary to the host who developed the incentive program; that is, while the sponsor company may run the particular incentive program, the sponsor company does not have access to the code for the underlying incentive program, except in table format, which requires substantial knowledge about the interpreter program so that the incentive program is not easily be copied. The combination of the interpreter program and the executor program is essentially a new computer language for building incentive programs.

Referring again to FIGS. **2**, **5** and **13**, the apparatus and method that permits a retailer's participation in the host system is described in more detail. In order to participate in the system, the retailer logs on to the retailer computer **16**, which may be any "client" computer in a client/server system. The retailer computer **16** may include the typical components of a client computer, as depicted in FIG. **5**, including the CPU **92**, ROM **94**, I/O interface **100**, I/O Device **98**, RAM **102**, modem **124**, and storage device **109**. The retailer computer **16** further includes the operating system **42**, which controls the applications running on the retailer computer **16**, such as the data management, storage and retrieval application **44**, the web browser **50**, the communications application **52** and the other applications. The retailer computer **16** is preferably equipped with a graphical user interface, permitting the user to click on icons, buttons, highlighted text, or the like in order to initiate functions. Thus, the operating system **42** is preferably an operating system capable of supporting such an interface, such as WINDOWS 95, or the MacIntosh. The retailer computer **16** is connected by the modem **124** to the telecommunications connection **38** of a network, which may be the Internet, an intranet, or any other computer network.

In order to participate, the retailer logs onto the retailer computer **16** and initiates the web browser **50**, which may be any conventional browser, such as NetScape Navigator, Microsoft Explorer, or the like. Due to the graphical nature of many Incentive program games, the browser is preferably one that supports a graphical user interface.

The browser **50** permits the retailer computer **16** to connect to the host gateway **19** over the telecommunications connection **38**. Thus, the retailer may locate the award site **198** by entering the URL for the award site **198** in the browser **50**. The browser then transmits a message, in the form of a package of data according to a network protocol, such as the HTTP protocol or the FTP protocol, to the host computer **18**. The host gateway **19** of the host computer **18** is capable of receiving messages according to the HTTP protocol. Thus the host gateway **19** may be an HTTP server. The host computer **18** may be an HTTP server, or may be another server linked to an HTTP server. The host computer **18** may thus be any conventional server, such as UNIX server. The host computer **18** and the browser **50** permit communication between the computers in the form of data transmitted according to the HTTP protocol (or other conventional protocol).

The award site **198** is preferably a site located on the World Wide Web. Thus, as are the consumer site **192** and the sponsor site **194**, the award site is located as a series of files stored on the HTTP server **188** of the host computer **18**. The retailer home page **197** is an HTML document stored on the server **188**, which is linked to a network, preferably the Internet. The retailer home page **197** may be reached by



message packets from a browser of the retailer computer **16**, a hypertext link from the consumer home page **193** or the sponsor home page **195** or other web site, or on-line connection from dedicated terminal, such as a kiosk or ATM. The message may be sent according to standard protocols, such as FTP or HTTP protocols.

The retailer home page **197** displays an HTML page that graphically displays a list or directory of hypertext links, graphical icons, or buttons that represent actions that can be taken or that consist of links to other web pages containing information of the type indicated by the links. The award site **198** may include a series of HTML pages linked by hypertext links in a menu format, so that clicking on a link associated with particular subject matter causes the HTTP server to display HTML pages that have further information or links regarding that subject matter.

Upon entering the award site **198**, retailers are prompted to enter a name in an HTML page at the step **454**. The HTML page then calls a gateway program, such as a CGI script, to call a database program, such as an Oracle database program, to search the award database **204** for the retailer's name at the step **456**. If the name is found, then the HTTP server is instructed by the application program to display an HTML page prompting the retailer to enter the retailer's password at the step **460**. Upon entry of the correct password, the user is transmitted to the step **464** at which the retailer may view a directory of options in the form of an HTML page. If the retailer's name is not found at the step **456** in the award database **204**, then the HTTP server **188** is instructed by the application program to display an HTML page querying the retailer at a step **462** whether the retailer wishes to register and providing "yes" and "no" icons or buttons permitting the retailer to answer in the affirmative or negative. If the retailer indicates "no" by clicking on the appropriate icon, then the HTTP server **188** is instructed to display an HTML page containing a message to inform the retailer that registration is required and to transfer the retailer to the log-out step **472**.

If, at the step **462**, the retailer wishes to register and indicates so by clicking the "yes" icon, the HTTP server calls an application program via a CGI script or similar gateway program that displays an HTML page, Java applet, or the like containing a table for input of data necessary for entry as a retailer in the host system, such as retailer name, the contact person, the prizes desired to be listed, prices of prizes and other information relating to the merchandise to be offered as incentive program awards. Completion of the table initiates an application program, such as a Java applet or HTML document, that updates the retailer home page to include any listed prizes among those listed in the site and places a hypertext link to the prizes on the retailer home page **197**. Completion of the table also initiates an application program, such as an Oracle program, to update the award database **204**, which may be an Oracle database, to reflect the information provided by the retailer.

In an alternative embodiment, the retailer may also register by completing a table generated by an application program supplied on a disk or on-line, in which case the information is downloaded to a disk and sent by electronic mail to the host computer **18** for manual input of the information necessary to list the incentive program in the retailer home page **197**.

Once a retailer has entered the retailer's password at the step **460**, or a retailer has registered at the step **462** of FIG. **13**, the retailer may select various options that are associated with icons or buttons, which may be hypertext links or Java applets, displayed as an HTML page at the step **464**.

At a step **465**, the retailer may choose to build or update the record for the retailer in the award database **204**. If the retailer chooses to build or update the award database **204**, the HTTP server **188** causes an HTML page to be displayed that may prompt the retailer to enter data in a table format. Once the data in entered, a CGI script or gateway application calls a database program, such as an Oracle database program, to update the award database to reflect new prizes, prices, fulfillment options and the like that are entered into the table. A CGI script also calls an application to update the award site **198** to add links to the new prizes.

The award database **204** may also be built by a connection, through an electronic data interchange connection **126** custom interface, to the retailer's proprietary inventory system **212**. That is, the retailer may permit the HTTP server **188** to query the retailer's inventory system **212** to determine merchandise available for incentive programs, locations of merchandise, or other information. Thus, the award database **204** may be maintained to keep a current list of retailer inventory of prizes associated with the retailer, including the specific location of a product in inventory.

One important item of data entered by the retailer at the step **465** via completion of HTML pages or obtained directly by the HTTP server through the electronic data interchange connection **126** with the retailer inventory system **212** is the geographic location of prizes of specific types. This data assists in award fulfillment, as described below.

Referring to FIG. **18**, an example of a data structure for the award database **204** may be understood. The data included in the award database **204** for a particular retailer may include various records, such as the name **862**, address **864**, e-mail address **866**, phone number **868**, identification address **870** of the HTTP server of the retailer computer **16**, password **872**, and account number **874**. The data included in the award database **204** may further include sub-records associated with each award offered by the retailer. Thus, an award data sub-record **876** may exist for, which may include further sub-records **877** for each award that include the information necessary to identify an award, associate the award with a win-eligible activity of an incentive program, and associate a fulfillment option with the award. Thus, a price sub-record **878** may include the price for the award. A geographic sub-record **880** may identify the geographic locations, such as the ZIP code, at which the award is available. A fulfillment sub-record **882** may include information necessary to identify fulfillment options for the award. A billing sub-record **884** may include further sub-records that include historical billing information for each sponsor who has purchased an award for offering in connection with an incentive program.

In a typical retailer inventory system **212**, an in-store intranet connects the inventory system to the point of sale apparatus, such as a computer or cash register. Most retail systems are client/server systems with the point of sale terminals utilizing the same hardware as the cash terminals, the clients, or as stand-alone clients. For individual store inventory systems, the server has an inventory database application that is accessed by each of the clients for query for product availability and that is updated based on purchases for inventory replenishment. Most of the in-store systems also have customer database connectivity in order to monitor purchasing behavior as well as perform point of sale direct response campaigns.

Large retailers typically link stores via a frame-relay, leased line or satellite networks. Smaller firms may utilize a local area network infrastructure, whereas all of the terminals are connected and transfer information to a central location, which has a mainframe, which has inventory as well as customer database information stored. In instances where inventory is centrally managed, the server is connected via a secure gateway to a central inventory application stored on mainframe or workstation.

An embodiment of the present invention would include a retail-based information management and inventory system that consists of data communications equipment and a central server based on open systems technology. The server would perform gateway switching to outside third parties (such as credit card issuers or fulfillment card issuers, check verification services, EDI services, and the like) as well as enterprise users (host, server or client-based users) for in-house applications, including those that access customer databases. The inventory system in question would be enterprise-wide and would allow for the basic inventory tracking (stock keeping unit, SKU, availability) and replenishment applications as well as newer consumer purchasing pattern databases. The central server could perform gateway switching to outside third parties including credit card or check authorization as well as electronic fulfillment companies.

The award site **198** may also include hypertext links permitting the retailer to view information in the form of HTML documents in the step **466**, to link to the consumer site **192** in the step **467**, and to link to the sponsor site **194** in the step **469**. The award site may also permit the retailer to query the award database **204** via a gateway program, such as a CGI script, that calls a database program, such as an Oracle database program. Thus, the retailer may determine what prizes are in the database, the prices or locations of such prizes, and other information.

Referring to FIG. **14**, the system for awarding prizes is more particularly described. When a consumer wins an incentive program, a "win" message is sent at the step **422** by the application program for the incentive program. A database program, such as an Oracle program, then updates the consumer database **200** in the step **426**, to reflect that the consumer has won the incentive program. The database program also updates the sponsor database **202** at the step **428** to reflect that the incentive program has been won. The database program also updates the award database **204** to reflect that the particular consumer has won the incentive program. The application program then queries the award database to determine the closest geographic location of the retailer to the consumer's address from the consumer database **200**. The consumer is then sent a message by the application program, in the form of an HTML page, indicating the prize won and the location of the retail store at which the consumer can pick up the prize by displaying the card **11**.

The retail redemption method of fulfillment is further described. The primary components of the fulfillment portion of the process may be the retailer data input into the award database, identification of winner at the point of sale terminal via the use of a fulfillment card and billing of the incentive card company via the card issuer.

It should be understood that the award database is a collection of rewards and prizes that are a part of the incentive program of the present invention. These prizes (for promotional programs) or rewards (for incentive programs) can be products, services, discounts, points or other prizes or rewards. FIG. **22** is a flow chart **650** depicting the basic steps of award fulfillment. At a step **652**, for each award or reward several important pieces of data may be stored in the award

database. At a step **654** an incentive program is established, as described above. At a step **656**, the consumer wins an award, and at a step **658**, the award is redeemed at a retailer using a card. The details of the award database and the retail fulfillment are more particularly described below.

The items stored in the award database may include the method of fulfillment (i.e. by a third party, by a sponsor or by a retailer), identification numbers of the item, which may be accomplished by utilizing the retailer's inventory identifying data, a description of the item and the number of items available. In the case of retailer redemption, additional items could include a number assigned to the merchant, the merchant's store number, and the geographic location of the award or reward items, which may be sorted by zip code or area code. The prize or reward and all of the corresponding identifying or classifying information can be characterized as an award unit. An understanding of the award unit is important, because consumers may win award units, not just awards. The award unit information can be input and stored in the award database via traditional methods such as manual input via a keyboard or mouse or other automated methods such as electronic data interchange or transfer/upload from a retailer network. In each case, a filtering and verification procedure could ensure that award or prize identification data is complete and accurate. All prizes or promotion awards could be paid for in advance by the sponsoring firm.

As described above, via an interface (and after selection or design of an incentive program) a sponsor could select an award unit to be associated with a particular sponsor incentive program, and the subsequent association will be stored in the sponsor database **202**. Also included in the sponsor database is a collection of the parameters and constraints that define winning conditions for a given incentive program participant. The sponsor could also input its own awards and associated information (description, fulfillment method, etc.) in order to define the award units to be associated with the sponsor's incentive program or programs.

An example of a data structure for the sponsor database **202** may be understood by reference to FIG. **16**. The data included in the sponsor database **202** for a particular sponsor may include various records, such as the name **822**, address **824**, e-mail address **826**, phone number **828**, identification address **830** of the HTTP server of the sponsor computer **14**, password **832**, and account number **834**. The data included in the sponsor database **202** may further include sub-records associated with each incentive program for the sponsor. Thus, an incentive program data sub-record **836** may include additional sub-records **838** that include the defining algorithms and parameters for each incentive program offered by the sponsor. A winning sub-record **840** may include further sub-records **842** that include information regarding win-eligible activities by consumers in each of the sponsor's incentive programs. An award sub-record **844** may include sub-records **846** that record awards or loyalty points won or earned through consumer participation in each of the sponsor's incentive programs. A demographic and psychographic sub-record **848** may include sub-records **850** that include information obtained from consumer's through the consumer's participation in each of the sponsor's incentive programs, such as survey-completion and question-and-answer incentive programs. A billing sub-record **852** may include further sub-records **854** that include historical billing information for the sponsor for each of the sponsor's incentive programs.

A key component of the retail based redemption process is the electronic card **11** for redemption of specific prepaid products and services. The electronic card **11** may use magnetic strip technology for encoding and reading of information, or similar functionality may be achieved with a bar code, chip, smart card or other electronic card-based technology. The primary function of the card is to provide an electronic identification procedure at the check-out counter or point of sale (POS) whereby the identification information can be compared with an award winner's award information in order to authorize payment by the incentive company (via an issuer) for a particular product or service. The winning consumer's award information may include the name, identification number of the consumer and the identification of the award, e.g., the stock keeping unit, or SKU.

The electronic card **11** may carry only one-half of the data desired to authorize fulfillment, namely, the information for verifying the winning consumer. Re-loadable card technology may include both the consumer identification, the particular item to be redeemed, the monetary credit for the item and other information. Where part of the information is stored on the electronic card **11**, the other part of the information desired for authorization, verifying that the particular items or items that have been retrieved are the same items to be awarded to the cardholder, may required interaction with the retailer inventory system. Matching or verification of both pieces of information may trigger authorization and subsequent payment by the incentive company via the card issuer.

A record of the fulfilled transaction in the form of a transaction record can be aggregated for transfer to the issuer for settlement. The card issuer may be traditional issuers such as financial institutions or dining and entertainment card companies such as Discover or American Express.

A number of benefits are derived in comparison to current fulfillment procedures, as follows. The system still does not require substantial sums of working capital tied up with inventory or capital expenditures for property to house the inventory. Sponsors are able to target awards for giveaway by demographic preferences or geography. Sponsors able to incent with multiple products of various price points efficiently. The systems provides a natural paper trail for auditing purposes. The system creates increased traffic to retail outlets, even though the promotion may begin in cyberspace. The card is not necessarily a credit card and thus misuse or fraud should be kept to a minimum. The card is not necessarily a debit card as there may be no value on the card. It is potentially more functional than an in-store card because it may be acceptable across several chains or merchants or restaurants, etc., but it is similar in that it tags a purchase in order to store information about consumer purchasing behavior. The system provides more flexibility than normal discount or membership cards because it is for specific use. The system provides added benefits for merchants by card institution. Also, for fulfillment of specific items (including discounts), the system can replace some forms of regular product fulfillment, lessening the need and often saving time over shipping, etc. Further, manufacturers could launch promotions across multiple store networks with a single fulfillment card. Also, the card could enable smaller merchants to offer in-store promotions, sharing the cost to support a customer card program. A benefit of the present system over other applications such as ATM networks is that the present system can build promotions that are more powerful than just an instant win opportunity for swiping a card; the system can actually promote particular actions, such as opening of a particular account type, for example. Also, for example, the host company can launch a promotion over a supermarket intranet launched from the internet.

Referring to FIG. **24**, a flow chart **500** is provided. At a step **502** a consumer joins the host system online. Upon registering online, by phone, by mail or by other means, a consumer file is generated and stored in the consumer database at a step **504**. The consumer is assigned a unique identification number at a step **508**. Consumer account information would include name, age, address, chosen password, zip code, area code, home phone number, work number and e-mail address. All of the database information would be stored in a file behind a secure firewall in a step **510**. Upon receipt and verification of the information the incentive firm assigns a consumer account number. The name address and account number of the consumer/member is forwarded to card issuer in a step **512** for encoding and embossing with an assigned card number. The card issuer generates card numbers and the incentive firm keeps a copy of the card numbers associated with particular members. While membership numbers are to be permanent, a particular card number is associated with membership numbers. The electronic card **11** is encoded and embossed at a step **514** and mailed to the consumer along with other information on the club, including rules and regulations at a step **518**.

A registered consumer participates in an incentive program online at a step **520**. The consumer may win at a step **522**, in which case the consumer is instructed at a step **524** to go to store Y located a given distance from the consumer's home to pick up the award unit. (The host system uses an application program to match geographic information of an award with the geographic information of a consumer winner. If a consumer wins and no prizes are located nearby, a substitute method or prize may occur for the approximate value of the original award.) The consumer may then visit the store at a step **528**. Once in the store, the participant locates the item that is described at a step **530** and proceeds with the item and several others to the check-out counter (point of sale). All of the items that have been purchased have been scanned in as well. The consumer may present the electronic card **11** to the cashier at a step **532**, after which the cashier may scan the card **11** at a step **534**.

Having presented the card **11**, a dual matching of authorization process commences at a step **538**. Card data is used to search a table of award units and winning consumer ID numbers. Having matched the consumer ID with a winning ID, the final part of the match search is checking the items scanned to see if it matches the award unit. If both the consumer ID and the award unit is a match, the product is authorized to be claimed according the prize rules in the table. If it is a winner's redemption, the award is deducted from the bill of the consumer, to be paid for by the incentive company; if a discount, the discount is taken on the amount of a particular item(s) or for the entire purchase as appropriate. Finally, all of the winning transactions and the name and ID's of the consumers that came to pick up the prizes are uploaded or presented (paper) in a batch for payment by the issuer. The funds may be paid by the issuer or directly from the incentive company via an electronic transfer or funds or other means. Once a consumer's award is authorized, the consumer may exit with the award at a step **540**.

In an embodiment of the invention, a retailer, restaurateur or other merchant with an electronic inventory tracking and consumer database keeping capabilities is assumed, as depicted in the flow chart **542** of FIG. **25**. In this case, after the consumer wins at a step **544** a data entry is made in the winner's file at a step **546** and the incentive firm uploads the winner's file to the retail system's customer database at a step **548**; thus, incentive firms give the retailer a customer.



The incentive firm confirms the award units versus the award units submitted previously inputted to the award database, particularly in case of a need for substitution on the retail level and to avoid consumer-merchant dispute.

Next, the consumer receives instructions at a step **552** to visit a retail store, and the consumer presents the card **11** at a point-of-sale terminal at a step **554**. When the card is scanned, the retail system software locates and confirms that the consumer is a pre-registered fulfillment card customer at a step **558**. Then it checks to match any item (product or service) that was scanned via the point of sale terminal with the pre-paid item in their consumer database record at a step **560**. If the consumer does not appear in the database, then a check is made of the input at a step **562**. If the input was correct, but the item was not found, the consumer is referred to the issuer at a step **564**. If the consumer is registered as a winner, then the consumer presents the card **11** for the given promotion at a step **568**. The system then identifies the prize in the retailer inventory system **212** at a step **570**. A query is made to the winner's file at a step **572** to match the prize to the winner. At a step **574** a check is made to determine if the award is at the point of sale. If at a step **576** the award is available, the consumer is notified at a step **578** and the consumer is given the prize. If the award is not available at the step **576**, the system checks for an equivalent substitute at a step **580**. If no equivalent is available, the consumer is referred to the issuer at a step **582**. Otherwise, the consumer is provided a substitute at a step **584**. If the award is available, or a substitute is available, then the retailer credits the consumer's bill for the amount of the award or applies a discount at a step **586**. The consumer receives an authorization code on a receipt at a step **588**. The consumer may then exit with the award at a step **590**. If the item has been presented by the time of the total, the system deducts full amount for prize won or applies a discount as appropriate. The winner's file has the specification. The winner's file is a consumer database record and indicates the availability of in-store credit for a particular item or items or a discount.

If the consumer is a winner, but failed to retrieve the winning item, the transaction printout will provide the note for the product to be retrieved. The fulfilled transactions data, including the incentive firm ID, number of the persons, the name of the persons, and products or services won will collected at a step **592** and uploaded at a step **594** periodically via a batch file to the incentive firm via the issuer for remittance of funds, less any transaction costs as contracted. The incentive firm may then confirm the award at a step **596** and fulfill funds to the retailer at a step **598**.

The same can be accomplished with varying degrees of merchant sophistication, including single store merchants with manual inventory tracking procedures. The system for a less sophisticated merchant may be seen in a flow chart **600** at FIG. **26**. When the consumer wins at a step **602**, a data entry is created in a winner's table at a step **604** in the consumer database and the winner's table is updated online at a step **606**. In the case of these less sophisticated merchants, upon presentation of an item at check-out they would be able to access the award database by dedicated line dial-up, or phone call, and after imputting the store's password, would have online access to a winner's file that have items to redeem in their store as well as the card numbers and individuals that have won the information.

At a step **608** the consumer is instructed to visit a retailer to obtain a prize. The consumer presents the card **11** or a promotional item at a step **610**. The retailer dials the winner's database at a step **612**, inputs the card ID number

at a step **614**, and determines a match at a step **616**. In the absence of a match at the step **616**, the retailer checks the input at a step **618** and, still failing a match, refers the consumer to the issuer at a step **620**. If a match occurs at the step **616**, the retailer inputs the stock keeping unit number, or SKU at a step **622** and queries the consumer database for a match at a step **624**. Absent a match after checking for correct input at a step **626**, the retailer refers the consumer to the issuer at a step **628**. If a match occurs, the retailer receives an authorization code online or by phone from the host system at a step **630**. The retailer then provides a receipt at a step **632** that is signed by the consumer, in which case the consumer may then exit the store with the award.

Next, at a step **634** award transactions are collected, and at a step **636** are sent to the incentive firm by the issuer. The issuer confirms the award units and ID numbers at a step **638** and pays the funds to the retailer at a step **640**.

If after inputting the particular product or service ID of the item presented and the card identification number for the consumer, there is a match with the winning consumer and award unit information, an authorization number will be given for the merchant. A picture ID of the cardholder may also be required by the less sophisticated inventory system in the case of a lack of electronic verification procedures. The merchant will then present all of the transaction records with the authorization codes to the issuer for payment.

A further depiction of the databases of the current invention may be accomplished by reference to FIG. **15**. The consumer database **200** may be a conventional database, such as an Oracle database. An application program, such as an Oracle Program controls the input of data into the database, the structure of data records in the database, and the modification of or addition to data in the database. The consumer database **200** consists of records for each registered consumer. Thus, a record is initially added to the database upon registration by a consumer. The database is then updated as new consumers are added, and the record for each customer is updated upon the occurrence of specific events, including participation in an incentive program, winning an incentive program, completion of a survey, and the like. Each event that requires an update of the consumer database **200** calls the application program necessary to modify the relevant records in the consumer database **200**. The data structures of the consumer database **200** are dynamic; that is, the structures permit different incentive programs to access different data. Thus, the sponsor may customize an incentive program by requiring the consumer to complete a survey of information desired by the sponsor and the consumer database **200** will store and permit manipulation and retrieval of such information.

The sponsor database **202** may also be a conventional database, such as an Oracle database. An application program, such as an Oracle Program, controls the input of data into the database, the structure of data records in the database, and the modification of or addition to data in the database. The sponsor database **202** consists of records for each registered sponsor, as well as associated records for each incentive program of the sponsor, and each prize purchased by the sponsor and associated with each incentive program. Thus, a record is initially added to the database upon registration by a sponsor. The database is then updated as new sponsors are added, and the record for each sponsor is updated upon the occurrence of specific events, including consumer participation in an incentive program, consumer's winning an incentive program, purchase of an incentive program, building of an incentive program, selection of a prize, selection of a fulfillment option, and the like. Each event that requires an update of the sponsor database calls the application program necessary to modify the relevant records in the sponsor database.

The award database **204** is also a conventional database, such as an Oracle database. An application program, such as an Oracle Program controls the input of data into the database, the structure of data records in the database, and the modification of or addition to data in the database. The award database consists of records for each registered retailer, as well as associated records for the retailer, including the prizes offered by the retailer, the prices of such prizes, the geographic location of the prizes, and any other information entered by the retailer, including information directly provided to the award database **204** through an electronic data interchange **126** connected by a custom interface with the inventory system **212** of the retailer. An application program connects the award database to the retailer's inventory system, so that each prize recorded in the award database can be tied, by an inventory number or SKU, to the exact item, or type of items, in the inventory of the retailer. In particular, the award database **204** can identify the geographic location of the prize, so that an application program can determine the closest geographic location of the retailer to the location of the consumer who has won a particular prize. The database is then updated as new retailers are added, and the record for each retailer is updated upon the occurrence of specific events, including a retailer's adding a new prize, purchase of a prize, a consumer winning a prize, selection of a fulfillment option, and the like. Each event that requires an update of the award database calls the application program, such as an Oracle program, necessary to modify the relevant records in the award database.

Referring to FIG. **21**, a flow chart **660** depicts the flow of information among the components of the present invention. The consumer database **200** permits a query at a step **662** to determine whether a consumer has won a prize. The consumer database accesses the winner's file at a step **664** and identifies the fulfillment method associated with the winner at a step **668**. Next, at steps **670**, **672** and **674**, the host system creates a file of the information obtained in the query for a retailer, a sponsor, or a third party. If the fulfillment is to be by a third party, the information is mailed at a step **676** to the third party for fulfillment. If the sponsoring firm is to fulfill the prize, the file is mailed at a step **678** to the sponsor. Otherwise, the retail database **204** is parsed by retailer at a step **680** and the file is transferred to the appropriate retailer at a step **682**. The retailer verifies that the cardholder is the winner of the prize at a step **684**, and the consumer collects the prize at a step **686**. At a step **688**, the retailer completes a report. At a step **690**, the retailer creates a file of information regarding prizes fulfilled. At a step **692**, the retailer uploads the file and supplies it to the incentive firm. At a step **694** the incentive firm verifies the information and pays the retailer.

From the consumer perspective, at a step **696**, the consumer is issued a card. The consumer wins a promotion at a step **698** and is instructed, at a step **700** to retrieve the prize. At a step **702**, the consumer collects the prize and, at a step **704**, presents the prize to the retailer for fulfillment, at which point the retailer verifies and awards the prize at the steps **684** and **686**.

While the invention has been disclosed in connection with the preferred embodiments shown and described in detail, various modifications and improvements thereon will become readily apparent to those skilled in the art. Accordingly, the spirit and scope of the present invention is to be limited only by the claims.

What is claimed is:

1. A system for incentive program generation, comprising:

a network;

a sponsor computer connected to the network;

a host computer connected to the network, the host computer having a server;

an incentive application builder program, running on the server;

a database of objects associated with parameters of an incentive application program; and

an interface of the incentive program builder application for sponsor entry of parameters for an incentive program; wherein the sponsor builds an incentive program by interacting with the application program.

2. The system of claim 1, wherein the incentive application program comprises:

an editor for generating an electronic file containing code for the incentive program;

a classifying application program for classifying the code in numbers that represent the elements of the code; and

a generator application program for generating tables of the numbers that represent the code for the incentive program.

3. The system of claim 1, further comprising:

an award association application program for associating an award with an incentive program.

4. The system of claim 1, further comprising:

a game piece, associated with the incentive application program, wherein the game piece comprises a branded image of a provider of an incentive program.

5. The system of claim 1, further comprising:

a fulfillment automation application program for associating a fulfillment method with the award.

6. The system of claim 2, further comprising:

an executor application that is capable of interpreting the tables and executing the code.

7. A method for generating an incentive program, comprising:

providing a computer;

providing an incentive program builder application of such computer;

providing a database of objects associated with parameters of an incentive program;

providing an interface of the incentive program builder application for user entry of parameters for an incentive program;

associating an object with each parameter entered by the user; and

generating an incentive program comprising the objects associated with all of the parameters entered by the user.

8. The method of claim 7, further comprising:

generating an electronic file containing code for the incentive program;

classifying the code in numbers that represent the elements of the code; and

generating tables of the numbers that represent the code for the incentive program.

9. The method of claim 8, further comprising:

providing an executor that is capable of interpreting the tables and executing the code.

10. A system for incentive program generation and award fulfillment, comprising:

a host computer connected to a network;

a client computer of a consumer connected to the network;

a sponsor computer of a sponsor connected to the network;

an incentive participation application program for participation by the consumer in an incentive program, wherein the participation may be in incentive programs of a plurality of sponsors;

a server of the host computer;

a web site, located on the server of the host computer, wherein the consumer may participate in an incentive program via the web site;

a database of the host computer of awards associated with the incentive participation application programs;

an award association application program for associating an award with an incentive program;

a fulfillment automation application program for associating a fulfillment method with an award;

an electronic card for fulfillment of an award, having memory for storing information associated with the consumer, wherein the information may be a personal identification number or information associated with the consumer's participation in an incentive program; and

an incentive builder application program, running on the server of the host computer, wherein the sponsor may build an incentive program by interacting with the incentive builder application program, wherein the incentive builder application program comprises a database of objects associated with incentive programs, wherein each object is associated with an action that is associated with the incentive program, an interface for permitting a sponsor to enter parameters associated with an incentive program, an object association application for associating objects with the parameters entered by a sponsor and building a file comprising the objects associated with all of the parameters entered by a sponsor, an editor for generating an electronic file containing code for the incentive program, a classifying application program for classifying the code in numbers that represent the elements of the code, a generator application program for generating tables of the numbers that represent the code for the incentive program, and an executor application that is capable of interpreting the tables and executing the code.

11. The system of claim 10, further comprising:

a graphical image file that is displayed in connection with an object, wherein the graphical image file is a branded image, wherein the object is a game piece in an incentive program, wherein the object is displayed upon winning an incentive program, wherein the graphical image file may change, and wherein the graphical image file that is displayed depends on characteristics of the user.

12. A method of providing incentive program generation and award fullfillment, comprising:

providing a host computer connected to a network;

providing a client computer of a consumer connected to the network;

providing a sponsor computer of a sponsor connected to the network;

providing an incentive participation application program for participation by the consumer in an incentive

program, wherein the participation may be in incentive programs of a plurality of sponsors;

providing a server of the host computer;

providing a web site, located on the server of the host computer, wherein the consumer may participate in an incentive program via the web site;

providing a database of the host computer of awards associated with the incentive participation application programs;

associating an award with an incentive program;

associating a fulfillment method with an award;

providing an electronic card for fulfillment of an award, having memory for storing information associated with the consumer, wherein the information may be a personal identification number or information associated with the consumer's participation in an incentive program; and

providing an incentive builder application program, running on the server of the host computer, wherein the sponsor may build an incentive program by interacting with the incentive builder application program, wherein the incentive builder application program comprises a database of objects associated with incentive programs, wherein each object is associated with an action that is associated with the incentive program, an interface for permitting a sponsor to enter parameters associated with an incentive program, an object association application for associating objects with the parameters entered by a sponsor and building a file comprising the objects associated with all of the parameters entered by a sponsor, an editor for generating an electronic file containing code for the incentive program, a classifying application program for classifying the code in numbers that represent the elements of the code, a generator application program for generating tables of the numbers that represent the code for the incentive program, and an executor application that is capable of interpreting the tables and executing the code.

**13**. The method of claim **12**, further comprising:

displaying a graphical image file in connection with an object, wherein the graphical image file is a branded image, wherein the object is a game piece in an incentive program, wherein the object is displayed upon winning an incentive program, wherein the graphical image file may change, and wherein the graphical image file that is displayed depends on characteristics of the user.

**14**. A method of incentive program generation, comprising:

providing a host computer connected to a network for hosting a sponsor having a sponsor computer connected to the network;

providing an incentive application builder program, running on the host computer;

providing a database of objects associated with parameters of said incentive application builder program; and

providing an interface of the incentive program builder application for sponsor entry of parameters for an incentive program; wherein the sponsor builds an incentive program by interacting with the application program.

**15**. A method of claim **14**, further comprising:

providing a database of awards associated with the incentive program; and

automating fulfillment of awards for the incentive program, wherein automating fulfillment permits the sponsor to select and enter a mode of fulfillment selected from a plurality of possible modes for a specific award won in an incentive program, determines a fulfillment location for the specific award pursuant to the selected fulfillment mode and updates the database of awards to reflect the selection of the award and the determination of the fulfillment location.

* * * * *

US006061660C1

(12) EX PARTE REEXAMINATION CERTIFICATE (10496th)

# United States Patent

Eggleston et al.

(10) Number: US 6,061,660 C1

(45) Certificate Issued: Feb. 6, 2015

(54) **SYSTEM AND METHOD FOR INCENTIVE PROGRAMS AND AWARD FULFILLMENT**

(75) Inventors: **York Eggleston**, Baltimore, MD (US); **Andrey Ukhov**, Washington, DC (US)

(73) Assignee: **Kroy IP Holdings LLC**, Baltimore, MD (US)

**Reexamination Request:**
No. 90/013,245, May 19, 2014

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **6,061,660** |
| Issued: | **May 9, 2000** |
| Appl. No.: | **09/040,490** |
| Filed: | **Mar. 18, 1998** |

**Related U.S. Application Data**

(60) Provisional application No. 60/063,180, filed on Oct. 20, 1997, provisional application No. 60/067,776, filed on Dec. 10, 1997.

(51) **Int. Cl.**
***G06Q 30/00*** (2012.01)

(52) **U.S. Cl.**
USPC .................. **705/14.12**; 705/14.36; 705/14.39

(58) **Field of Classification Search**
USPC ................................ 705/14.12, 14.36, 14.39
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/013,245, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Jason Proctor

(57) **ABSTRACT**

A method and system for providing incentive programs over a computer network is provided in which a host may provide sponsoring companies with the capability to buy prepackaged or self-built incentive programs, offer such incentive programs to consumers, provide sponsoring companies and retailers with the capability to associate prizes with incentive programs, provide sponsoring companies, retailers and consumers with convenient fulfillment of prizes, and store and manipulate databases regarding all of the foregoing.



# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims **1**, **2**, **4**, **7** and **14** are determined to be patentable as amended.

New claims **16**-**115** are added and determined to be patentable.

Claims **3**, **5**, **6**, **8**-**13** and **15** were not reexamined.

**1**. A system for incentive program generation, comprising:

a network;

a sponsor computer connected to the network;

a host computer connected to the network, the host computer having a server;

an incentive *program builder* application [builder program], running on the server;

a database of objects associated with parameters of [an] *the* incentive [application] program *builder application*; and

an interface of the incentive program builder application for sponsor entry of parameters for an incentive program[;],

wherein the sponsor builds an incentive program by interacting with the [application] *incentive* program *builder application,*

*wherein the host computer is configured to receive first input from a plurality of sponsors corresponding to the parameters for creating a plurality of incentive programs associated with the plurality of sponsors via the interface of the incentive program builder application from a plurality of sponsors, receive second input from a consumer selecting an incentive program from among the plurality of incentive programs, issue an award to the consumer corresponding to the selected incentive program, receive a request to validate the award from a sponsor among the plurality of sponsors associated with the selected incentive program, and validate the award,*

*wherein the host, the sponsor, and the consumer are different entities, and*

*wherein the host and the sponsor are different individuals or corporate entities.*

**2**. The system of claim **1**, wherein the incentive *program builder* application [program] comprises:

an editor for generating an electronic file containing code for the incentive program;

a classifying application program for classifying the code in numbers that represent the elements of the code; and

a generator application program for generating tables of the numbers that represent the code for the incentive program.

**4**. The system of claim **1**, further comprising:

a game piece, associated with the incentive [application] program, wherein the game piece comprises a branded image of a provider of an incentive program.



**7**. A method for generating an incentive program, comprising:

providing a computer;

providing an incentive program builder application of such computer;

providing a database of objects associated with parameters of an incentive program;

providing an interface of the incentive program builder application for [user] *sponsor* entry of parameters for an incentive program;

*receiving first input from a plurality of sponsors corresponding to the parameters for creating a plurality of incentive programs associated with the plurality of sponsors via the interface of the incentive program builder application from a plurality of sponsors;*

associating an object *in the database* with each parameter entered by the [user] *plurality of sponsors*; [and]

generating [an incentive program] *the plurality of incentive programs* comprising the objects associated with all of the parameters entered by the [user] *plurality of sponsors;*

*receiving second input from a consumer selecting an incentive program from among the plurality of incentive programs;*

*issuing an award to the consumer corresponding to the selected incentive program;*

*receiving a request to validate the award from a sponsor among the plurality of sponsors associated with the selected incentive program; and*

*validating the award.*

**14**. A method of incentive program generation, comprising:

providing a host computer connected to a network for hosting a sponsor having a sponsor computer connected to the network;

providing an incentive *program builder* application [builder program], running on the host computer;

providing a database of objects associated with parameters of said incentive *program builder* application [builder program]; [and]

providing an interface of the incentive program builder application for sponsor entry of parameters for an incentive program[;], wherein the sponsor builds an incentive program by interacting with the [application] *incentive* program *builder application;*

*receiving first input from a plurality of sponsors corresponding to the parameters for creating a plurality of incentive programs associated with the plurality of sponsors via the interface of the incentive program builder application from a plurality of sponsors;*

*receiving second input from a consumer selecting an incentive program from among the plurality of incentive programs:*

*issuing an award to the consumer corresponding to the selected incentive program;*

*receiving a request to validate the award from a sponsor among the plurality of sponsors associated with the selected incentive program; and*

*validating the award.*

*16. The system of claim 1, wherein the incentive program is a promotion of the sponsor offered to the consumer and facilitated by the host.*

*17. The system of claim 16, wherein the host computer is configured to host a website of the host through which the sponsor builds the incentive program.*

*18. The system of claim 17, wherein the interface is configured to allow the sponsor to build the incentive program by interacting with the interface through the website of the host.*

*19. The system of claim 18, wherein the sponsor interacting with the interface to build the incentive program comprises the interface receiving the sponsor entry of the parameters.*

*20. The system of claim 19, wherein the parameters comprise a duration of the incentive program.*

*21. The system of claim 19, wherein the parameters comprise a start date of the incentive program.*

*22. The system of claim 19, wherein the parameters comprise a number of consumers eligible to participate in the incentive program offered by the sponsor.*

*23. The system of claim 19, wherein the parameters comprise eligibility rules for permitting consumer participation in the incentive program.*

*24. The system of claim 19, wherein the parameters comprise an age of the consumer.*

*25. The system of claim 19, wherein the parameters comprise a location for fulfillment of the promotion.*

*26. The system of claim 19, wherein the parameters comprise merchandise offered by the sponsor to the consumer.*

*27. The system of claim 19, wherein the parameters comprise a discount offered by the sponsor to the consumer.*

*28. The system of claim 19, wherein the parameters comprise a service offered by the sponsor to the consumer.*

*29. The system of claim 16, wherein an interface of a website of the host receives consumer interaction to participate in the incentive program.*

*30. The system of claim 29, wherein the consumer interaction comprises the consumer registering at the website of the host.*

*31. The system of claim 29, wherein the website of the host is configured to provide a fulfillment location of the promotion based upon geographic location of the consumer.*

*32. The system of claim 29, wherein the website of the host is configured to provide a fulfillment location of the promotion based upon a geographic location selected by the consumer.*

*33. The method of claim 7, wherein the incentive program is a promotion of the sponsor offered to the consumer and facilitated by the host.*

*34. The method of claim 33, wherein the host computer is configured to host a website of the host through which the sponsor builds the incentive program.*

*35. The method of claim 34, wherein the interface is configured to allow the sponsor to build the incentive program by interacting with the interface through the website of the host.*

*36. The method of claim 35, wherein the sponsor interacting with the interface to build the incentive program comprises the interface receiving the sponsor entry of the parameters.*

*37. The method of claim 36, wherein the parameters comprise a duration of the incentive program.*

*38. The method of claim 36, wherein the parameters comprise a start date of the incentive program.*

*39. The method of claim 36, wherein the parameters comprise a number of consumers eligible to participate in the incentive program offered by the sponsor.*

*40. The method of claim 36, wherein the parameters comprise eligibility rules for permitting consumer participation in the incentive program.*

*41. The method of claim 36, wherein the parameters comprise an age of the consumer.*

*42. The method of claim 36, wherein the parameters comprise a location for fulfillment of the promotion.*

*43. The method of claim 36, wherein the parameters comprise merchandise offered by the sponsor to the consumer.*

*44. The method of claim 36, wherein the parameters comprise a discount offered by the sponsor to the consumer.*

*45. The method of claim 36, wherein the parameters comprise a service offered by the sponsor to the consumer.*

*46. The method of claim 33, further comprising:*

*receiving consumer interaction through a website of the host to participate in the incentive program.*

*47. The method of claim 46, wherein the receiving comprises:*

*receiving consumer registration information through the website of the host.*

*48. The method of claim 33, further comprising:*

*providing a fulfillment location of the promotion based upon geographic location of the consumer.*

*49. The method of claim 33, further comprising:*

*providing a fulfillment location of the promotion based upon a geographic location selected by the consumer.*

*50. The method of claim 14, wherein the incentive program is a promotion of the sponsor offered to the consumer and facilitated by the host.*

*51. The method of claim 50, wherein the host computer is configured to host a website of the host through which the sponsor builds the incentive program.*

*52. The method of claim 51, wherein the interface is configured to allow the sponsor to build the incentive program by interacting with the interface through the website of the host.*

*53. The method of claim 52, wherein the sponsor interacting with the interface to build the incentive program comprises the interface receiving the sponsor entry of the parameters.*

*54. The method of claim 53, wherein the parameters comprise a duration of the incentive program.*

*55. The method of claim 53, wherein the parameters comprise a start date of the incentive program.*

*56. The method of claim 53, wherein the parameters comprise a number of consumers eligible to participate in the incentive program offered by the sponsor.*

*57. The method of claim 53, wherein the parameters comprise eligibility rules for permitting consumer participation in the incentive program.*

*58. The method of claim 53, wherein the parameters comprise an age of the consumer.*

*59. The method of claim 53, wherein the parameters comprise a location for fulfillment of the promotion.*

*60. The method of claim 53, wherein the parameters comprise merchandise offered by the sponsor to the consumer.*

*61. The method of claim 53, wherein the parameters comprise a discount offered by the sponsor to the consumer.*

*62. The method of claim 53, wherein the parameters comprise a service offered by the sponsor to the consumer.*

*63. The method of claim 50, further comprising:*

*receiving consumer interaction through a website of the host to participate in the incentive program.*

*64. The method of claim 63, wherein the receiving comprises:*

*receiving consumer registration information through the website of the host.*

*65. The method of claim 50, further comprising:*

*providing a fulfillment location of the promotion based upon geographic location of the consumer.*

*66. The method of claim 50, further comprising:*

*providing a fulfillment location of the promotion based upon a geographic location selected by the consumer.*

*67. The method of claim 14, wherein the host computer is provided by a host through which the sponsor offers the incentive program to a consumer.*

*68. The method of claim 67, wherein the award is a coupon.*

*69. The method of claim 67, wherein the award is a coupon for redemption of merchandise or services at the sponsor.*

*70. The method of claim 67, further comprising:*

*providing the incentive program to a consumer based on the demographic information of a consumer.*

*71. The method of claim 67, further comprising:*

*providing the incentive program to a consumer based on the psychographic information of a consumer.*

*72. The method of claim 67, further comprising:*

*providing the incentive program to a consumer based on the demographic and psychographic information of a consumer.*

*73. The method of claim 67, further comprising:*

*providing a sponsor selected geographic location for fulfillment of the incentive program.*

*74. The method of claim 67, further comprising:*

*compensating the sponsor according to a value of the award, in response to validating the award.*

*75. The method of claim 14, wherein the sponsor builds the incentive program by interacting with the incentive program builder application to select a prepackaged incentive program comprising a set of preset parameters.*

*76. The method of claim 14, wherein the award comprises a coupon offered to the consumer by the sponsor.*

*77. The method of claim 14, wherein the award comprises a bearer instrument offered to the consumer by the sponsor.*

*78. The method of claim 14, wherein the award is redeemed in response to the validating.*

*79. The method of claim 14, wherein the award is redeemed by the sponsor.*

*80. The method of claim 14, wherein the award is redeemed by a retailer.*

*81. The method of claim 80, wherein the retailer and the host are a same individual or corporate entity.*

*82. The method of claim 81, wherein the issuing comprises issuing the award to the consumer in accordance with the incentive program based on inventory of the retailer in an inventory management system of the retailer.*

*83. The method of claim 80, wherein the sponsor and the retailer are a same individual or corporate entity.*

*84. The method of claim 83, wherein the issuing comprises issuing the award to the consumer in accordance with the incentive program based on inventory of the retailer in an inventory management system of the retailer.*

*85. The method of claim 14, wherein the issuing comprises issuing the award to the consumer in accordance with the incentive program based on inventory of the sponsor in an inventory management system of the sponsor.*

*86. The method of claim 14, wherein the award comprises a game piece, associated with the incentive program, wherein the game piece comprises a branded image of a provider of an incentive program.*

*87. A system for incentive program generation, comprising:*

*a network;*

*a sponsor computer connected to the network;*

*a host computer connected to the network, the host computer having a server;*

*an incentive program builder application, running on the server;*

*a database of objects associated with parameters of the incentive program builder application; and*

*an interface of the incentive program builder application for sponsor entry of parameters for an incentive program, wherein the sponsor builds an incentive program by interacting with the incentive program builder application,*

*wherein the host computer is provided by a host, the host computer configured to allow the sponsor to offer the incentive program to a consumer,*

*wherein the host, the sponsor, and the consumer are different entities,*

*wherein the host and the sponsor are different individuals or corporate entities,*

*wherein the incentive program is a promotion of the sponsor offered to the consumer and facilitated by the host,*

*wherein an interface of a website of the host receives consumer interaction to participate in the incentive program,*

*wherein the consumer interaction comprises a consumer request to search for promotions from among a plurality of promotions offered to the consumer by a plurality of sponsors.*

*88. The system of claim 87, wherein the consumer request comprises a request to search for the promotions using a name of the sponsor from among the plurality of sponsors.*

*89. The system of claim 87, wherein the consumer request comprises a request to search for the promotions using a type of promotion from among the plurality of promotions.*

*90. The system of claim 87, wherein the consumer request comprises a request to search a directory of promotions.*

*91. A method for generating an incentive program, comprising:*

*providing a computer;*

*providing an incentive program builder application of such computer;*

*providing a database of objects associated with parameters of an incentive program;*

*providing an interface of the incentive program builder application for user entry of parameters for an incentive program;*

*associating an object with each parameter entered by the user;*

*generating an incentive program comprising the objects associated with all of the parameters entered by the user;*

*wherein the computer is a host computer provided by a host through which a sponsor offers the incentive program to a consumer,*

*wherein the host, the sponsor, and the consumer are different entities, and*

*wherein the host and the sponsor are different individuals or corporate entities,*

*wherein the incentive program is a promotion of the sponsor offered to the consumer and facilitated by the host;*

*receiving consumer interaction through a website of the host to participate in the incentive program*

*wherein the receiving comprises:*

*receiving a consumer request to search for promotions from among a plurality of promotions offered to the consumer by a plurality of sponsors.*

*92. The method of claim 91, wherein the receiving a consumer request comprises:*

*receiving a request to search for the promotions using a name of the sponsor from among the plurality of sponsors.*

*93. The method of claim 91, wherein the receiving a consumer request comprises:*

*receiving a request to search for the promotions using a type of promotion from among the plurality of promotions.*

*94. The method of claim 91, wherein the receiving a consumer request comprises:*

*receiving a request to search a directory of promotions.*

*95. A method of incentive program generation, comprising:*

*providing a host computer connected to a network for hosting a sponsor having a sponsor computer connected to the network;*

*providing an incentive program builder application, running on the host computer; builder application;*

*providing a database of objects associated with parameters of said incentive program builder application;*

*providing an interface of the incentive program builder application for sponsor entry of parameters for an incentive program,*

*wherein the sponsor builds an incentive program by interacting with the incentive program builder application,*

*wherein the host computer is provided by a host, the host computer configured to allow the sponsor to offer the incentive program to a consumer,*

*wherein the host, the sponsor, and the consumer are different entities, and*

*wherein the host and the sponsor are different individuals or corporate entities,*

*wherein the incentive program is a promotion of the sponsor offered to the consumer and facilitated by the host; and*

*receiving consumer interaction through a website of the host to participate in the incentive program,*

*wherein the receiving comprises:*

*receiving a consumer request to search for promotions from among a plurality of promotions offered to the consumer by a plurality of sponsors.*

*96. The method of claim 95, wherein the receiving a consumer request comprises:*

*receiving a request to search for the promotions using a name of the sponsor from among the plurality of sponsors.*

*97. The method of claim 95, wherein the receiving a consumer request comprises:*

*receiving a request to search for the promotions using a type of promotion from among the plurality of promotions.*

*98. The method of claim 95, wherein the receiving a consumer request comprises:*

*receiving a request to search a directory of promotions.*

*99. The method of claim 95, further comprising:*

*issuing an award to the consumer corresponding to the incentive program;*

*receiving a request to validate the award; and*

*validating the award.*

*100. A method of incentive program generation and redemption, comprising:*

*providing a host computer, said host computer connected to a network for hosting a sponsor having a sponsor computer connected to the network;*

*providing an incentive program builder application, running on the host computer;*

*providing a database of objects associated with parameters of said incentive program builder application;*

*providing an interface of the incentive program builder application for sponsor entry of parameters for an incentive program offered to a customer, wherein the sponsor builds an incentive program by interacting with the interface of the incentive program builder application;*



*issuing an award to the consumer in accordance with the incentive program, wherein the incentive program is a promotion of the sponsor to the consumer facilitated by the host;*

*receiving, from the sponsor, a request to validate the award, wherein the award is received by the sponsor from the consumer;*

*validating the award using the database,*

*wherein the host, the sponsor, and the consumer are different individuals or corporate entities,*

*wherein the host computer is provided by a host through which the sponsor offers the incentive program to a consumer,*

*wherein the host computer hosts a website of the host through which the sponsor builds the incentive program; and*

*providing an interface of a website of the host, wherein the consumer interacts with the interface to participate in the incentive program,*

*wherein the website of the host provides to the consumer incentive programs of a plurality of sponsors.*

*101. A method of incentive program generation and redemption, comprising:*

*providing a host computer, said host computer connected to a network for hosting a sponsor having a sponsor computer connected to the network;*

*providing an incentive program builder application, running on the host computer;*

*providing a database of objects associated with parameters of said incentive program builder application;*

*providing an interface of the incentive program builder application for sponsor entry of parameters for an incentive program offered to a customer, wherein the sponsor builds an incentive program by interacting with the interface of the incentive program builder application;*

*issuing an award to the consumer in accordance with the incentive program, wherein the incentive program is a promotion of the sponsor to the consumer facilitated by the host;*

*receiving, from the sponsor, a request to validate the award, wherein the award is received by the sponsor from the consumer;*

*validating the award using the database,*

*wherein the host, the sponsor, and the consumer are different individuals or corporate entities,*

*wherein the host computer is provided by a host through which the sponsor offers the incentive program to a consumer; and*

*providing the number of awards that remain to be issued before issuing the award to the consumer.*

*102. The method of claim 101, further comprising:*

*providing the number of awards that remain to be issued after issuing the award to the consumer.*

*103. A method of incentive program generation, comprising:*

*providing a host computer connected to a network for hosting a sponsor having a sponsor computer connected to the network;*

*providing an incentive program builder application, running on the host computer;*

*providing a database of objects associated with parameters of said incentive program builder application; and*

*providing an interface of the incentive program builder application for sponsor entry of parameters for an incentive program,*

*wherein the sponsor builds an incentive program by interacting with the incentive program builder application,*

*wherein the host computer is provided by a host, the host computer configured to allow the sponsor to offer the incentive program to a consumer,*

*wherein the host, the sponsor, and the consumer are different entities,*

*wherein the host and the sponsor are different individuals or corporate entities,*

*wherein the incentive program is a promotion of the sponsor offered to the consumer and facilitated by the host; and*

*issuing an electronic card to the consumer, the electronic card storing information of the consumer for accessing the promotion of the sponsor offered to the consumer.*

*104. The method of claim 103, further comprising validating participation of the consumer in the promotion using the electronic card.*

*105. The method of claim 103, further comprising validating the award using the database and the electronic card.*

*106. The method of claim 103, wherein the electronic card indicates participation of the consumer in the promotion.*

*107. A method of incentive program generation and redemption, comprising:*

*providing a host computer, said host computer connected to a network for hosting a sponsor having a sponsor computer connected to the network;*

*providing an incentive program builder application, running on the host computer;*

*providing a database of objects associated with parameters of said incentive program builder application;*

*providing an interface of the incentive program builder application for sponsor entry of parameters for an incentive program offered to a customer, wherein the sponsor builds an incentive program by interacting with the interface of the incentive program builder application;*

*issuing an award to the consumer in accordance with the incentive program, wherein the incentive program is a promotion of the sponsor to the consumer facilitated by the host;*

*receiving, from the sponsor, a request to validate the award, wherein the award is received by the sponsor from the consumer;*

*validating the award using the database,*

*wherein the host, the sponsor, and the consumer are different individuals or corporate entities; and*



*issuing an electronic card to the consumer, the electronic card storing information of the consumer for accessing the promotion of the sponsor offered to the consumer.*

*108. The method of claim 107, further comprising validating participation of the consumer in the promotion using the electronic card.*

*109. The method of claim 107, wherein the validating comprises validating the award using the database and the electronic card.*

*110. The method of claim 107, wherein the electronic card indicates participation of the consumer in the promotion.*

*111. A method of incentive program generation, comprising:*

*providing a host computer connected to a network for hosting a sponsor having a sponsor computer connected to the network;*

*providing an incentive program builder application, running on the host computer;*

*providing a database of objects associated with parameters of said incentive program builder application;*

*providing an interface of the incentive program builder application for sponsor entry of parameters for an incentive program, wherein the sponsor builds an incentive program by interacting with the incentive program builder application;*

*receiving first input from a plurality of sponsors corresponding to the parameters for creating a plurality of incentive programs associated with the plurality of sponsors via the interface of the incentive program builder application from a plurality of sponsors;*

*receiving second input from a consumer selecting an incentive program from among the plurality of incentive programs;*

*issuing an award to the consumer corresponding to the selected incentive program;*

*receiving a request to validate the award; and*

*validating the award.*

*112. The method of claim 111, wherein the validating comprises validation with a database of goods or services from an inventory system.*

*113. The method of claim 111, wherein the validating comprises validation done against an award database.*

*114. The method of claim 111, wherein the validating comprises validation done with database of consumers.*

*115. The method of claim 111, wherein the validating comprises validation done against an award database, good or service from an inventory system and a database of consumers.*

* * * * *

# Exhibit 2

GROUPON®

# Merchant Center User Guide

The Merchant Center is designed to be your one-stop shop to manage your Groupon deals. Here you can track redemption, view statistics and demographic information, and record thoughts on your new customers.

# Using the Merchant Center

## 1. Log into Your Account

About a week before your deal runs, you'll receive an email with important information to help you prepare for your deal, including login credentials to access your Merchant account on Groupon.com.

Go to Groupon.com and in the upper right-hand corner, click "Sign In". Enter the login credentials you received in the "Getting Ready" email.

If you have not received your password five days before your deal, contact your account representative or your Merchant Manager.




## 2. Go to Merchant Center

On the right-hand side of the screen, you'll see the Admin Panel. Underneath the black header, click on "Go to Merchant Center".

You can also access the Merchant Center by clicking on the drop down menu in the top right-hand corner of the screen. Click on the arrow next to your name and scroll down to select any of the five sections.




## 3. The Dashboard Tab

The Dashboard is the homepage for the Merchant Center. Here you'll see all of the tools available to help you keep track of your deals and make the most out of your Groupon experience.



# Using the Merchant Center

## 4. Daily Deals Tab




The Daily Deals tab will list data on all of your featured Groupon deals, including the number of Groupons sold per deal, and the number of Groupons redeemed per deal.

Please note that if you are not using the mobile redemption option or redeeming Groupons within the Merchant Center, the number in the "units redeemed" field will be zero.

If you would like this field to reflect the actual number of Groupons redeemed, you can visit Section Seven: "Redeem Groupons".




Below each feature is a prompt to "View Deal Analytics". Click on this to see a high-level overview of your deal. This page will give you:

- The total number of purchases
- The demographics of purchases
- The deal details, including date and time of when the deal was launched and closed
- A map that demonstrates the location of purchasers
- A graph showing the peak purchase times of your deal

You can also click on "Calculate Deal ROI" to visit the ROI Calculator- a step-by-step wizard that estimates the return on investment (ROI) from your Groupon deal. For more information and instructions on how to use this tool, check out the ROI Calculator User Guide.

## 5. Now! Deals Tab




Groupon Now! is a new tool that lets you easily create and schedule your own deals, so you can get customers whenever you need them. Follow these steps to create a Now! deal:

### A. Create Your Now! Deal

Go to the Now! deals tab and click "New Deal." Define the

specifics of your deal, including:

- The retail value
- The discount
- The title
- The locations where customers can redeem their Groupons
- Any restrictions




## B. Schedule Your Deal

Here you will specify:

- When you want your deal to run
- How long you want your deal to last
- How many deals you want to sell
- Whether you want a deal to run once, or automate it to repeat

If you'd like to include your own image, please keep it simple—do not include logos, tags or any additional text. Our image dimensions are 440 x 267 pixels.




Please note that if you are not using the mobile redemption option or redeeming Groupons within the Merchant Center, the number in the "units redeemed" field will be zero.
If everything looks good, click "Launch Deal!" and you'll see it updated on your calendar. If you need to make any changes, you can click "go back" to return to the previous page and edit the deal.

After your deal is launched, here are some easy ways to manage your deal going forward:

1. **Edit:** Once your deal has launched, you can always go back and edit the schedule. Just click "edit" under current deals. You cannot change the terms of your deal while the deal is running, but you can change the days and times the deal will run.

2. **Preview:** Click "preview" whenever you want to see what your deal looks like to nearby Groupon subscribers.

3. **Pause/Resume:** If you want to stop your deal from appearing to customers, you can pause it. Simply click on "Pause" and your deal will be placed on hold until

# Using the Merchant Center

you decide to resume. However, please remember that any Groupons purchased while your deal was live must be accepted for redemption. Once you're ready to resume your deal, simply click on "Resume".
Please note that if you pause a deal during the redemption window, clicking "Resume" will cause it to resume in the next scheduled window.

Example: If your deal runs on Monday and Wednesday afternoons from 1-4, and you pause the deal on Monday at 1:30 but resume it at 2:00 the deal will remain paused on Monday and will become active again for Wednesday.




4. **Copy:** If you'd like to schedule another deal similar to the previous template you created, click "copy." This will allow you to use the same details while making edits to the terms and schedule. Use the "copy" function to quickly create multiple deals with similar terms.

5. **Close:** If you wish to terminate your deal forever, click "close." The deal will then be removed from your calendar and from the view of nearby subscribers. If you decide you'd like to launch the deal again later, you'll have to click "new deal" and start again to re-create your deal.

**C. Redemption**In the upper-right-hand corner you'll notice a link to "Download Now! Groupon Numbers." These numbers
are allocated specifically to customers who buy your deal. You have the option to use this list to crosscheck Groupons redeemed at your business.

Groupon Now! deals are marked automatically as redeemed when a customer prints a Now! deal or pulls it up on their mobile phone. Any questions about redemption for Now! deals can be directed to your Now! coordinator.

## 6. My Earnings

The My Earnings section details when you can expect your Groupon payments and the estimated value of each check. For more information on payment schedule, check with your account representative or merchant manager.

# Using the Merchant Center

## 7. Redeem Groupons Tab

Under this section, you are able to manually enter individual codes or enter a list of multiple codes. If you're using the mobile redemption application, your mobile application will sync automatically with the Merchant Center, so you don't need to worry about entering codes manually. When entering a code individually, you can also enter the total amount the customer spent. Entering this number allows you to track how much Groupon customers are spending at your business, enabling a better calculation of your deal's ROI through the Merchant Center's ROI Calculator.




Tip: Please note that we strongly encourage you to at least track a sample of your Groupon customers. Entering the dollar amounts of 100 Groupon bills within the Merchant Center will allow the calculator to deliver a more representative example of your ROI.

On the right-hand side, the statistics for all deals are listed in the "All Deals Summary" panel. Here, you can generate separate spreadsheets for all Groupon customers, all redeemed Groupon customers, or all unredeemed Groupon customers. The spreadsheets generated will include all of the Groupon numbers, as well as the total spend per customer if you've been tracking this information.

## 8. Business Profile Tab

Fill out your business profile, including the location(s) that are valid for the deal, and your payment information. The more information you provide, the better customers can imagine your business, and the more likely they'll be to buy your deals.



# Exhibit 3

**Infringement Claim Chart – Exhibit 3**
**for U.S. Patent No. 6,061,660 to York Eggleston, *et al*. (“the ’660 Patent”)**

Kroy IP provides this exemplary claim chart as Exhibit 3 to the Complaint, showing in an element-by-element manner the Accused Products compared to certain claims of the ’660 Patent. Kroy IP does not intend Exhibit 3 to be comprehensive or limiting and Kroy IP reserves its rights to pursue all available infringement arguments as this case progresses.

<table>
<tr><th>The ’660 Patent</th><th>Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”)</th></tr>
<tr><td>Claim 1:</td><td></td></tr>
<tr><td>[Preamble] A system for incentive program generation, comprising:</td><td>Groupon’s Merchant Platform website portal, mobile device application and backend servers provide merchants with Groupon’s Merchant Center for Groupon Store, Merchant Center for Now! Deal, and/or Deal Builder, a system for incentive program generation that allows businesses to construct Groupon deals on the Groupon platform.




https://www.youtube.com/watch?v=KVi9Apzt4CU</td></tr>
</table>

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| | (see below) |

**5. Now! Deals Tab**

Groupon Now! is a new tool that lets you easily create and schedule your own deals, so you can get customers whenever you need them. Follow these steps to create a Now! deal:

**A. Create Your Now! Deal**
Go to the Now! deals tab and click "New Deal." Define the




http://www.groupon.com/guides/merchant_center_user_guide.pdf

https://www.groupon.com/pages/merchant-terms-of-service-1

# Groupon Launches Deal Builder




Groupon Launches Deal Builder

Today, we're excited to announce the launch of Deal Builder, a self-service option for local businesses to build their own Groupon deal — that's available 24/7. The new Deal Builder platform guides local business owners through a step-by-step process and allows them to choose from a series of popular deal templates to construct a promotion that makes the most sense for their business.

Deal Builder is available for almost all local businesses, including health and beauty, service-oriented and activities-based businesses. Merchants can even choose which of their products or services they want to feature as part of their Groupon deal. Eventually, we'll expand this service to food & drink businesses.

https://www.groupon.com/merchant/blog/groupon-launches-deal-builder

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| | The Groupon’s Merchant Platform can be accessed from a desktop, laptop, or mobile device. |




https://play.google.com/store/apps/details?id=com.groupon.redemption&hl=en

**Merchant Tablet App**

- The new Groupon Merchant tablet app works in tandem with existing web and mobile tools so merchants can track and manage their Groupon campaigns across all of their devices. Businesses can use the app to redeem Groupons, monitor campaign performance, share positive feedback via social media and respond to customer service inquiries.
- iPad users can download the Groupon Merchant tablet app here (http://gr.pn/merchantipad), and Android users can download the app here (http://gr.pn/merchantandroid).

**Expanded Deal Builder Options**

- Businesses that use the popular Deal Builder self-service platform to create their Groupon promotion can now choose a customized discount that works the best for them.
- Merchants are now able to use their own images and descriptions to make their business and Groupon promotion standout.

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| | http://investor.groupon.com/releasedetail.cfm?releaseid=960719 |
| [a] a network; | Upon information and belief, Groupon utlizes servers to offer its Groupon offerings (*i.e.*, Deal Builder, Merchant Center for Now! Deals, and Merchant Center for Groupon Stores) that communicate with merchants and consumers via the internet or wireless networks.<br><br>https://www.groupon.com/merchant/blog/groupon-launches-deal-builder<br><br>https://www.youtube.com/watch?v=KVi9Apzt4CU<br><br>http://www.groupon.com/guides/merchant_center_user_guide.pdf<br><br>15. **COOKIES AND OTHER TRACKING DEVICES**<br><br>When you use the Groupon Sites, we collect certain information by automated or electronic means, using technologies such as cookies, pixel tags and web beacons, browser analysis tools and web server logs. As you use the Groupon Sites and applications, your browser and devices communicate with servers operated by us, our business partners and services providers to coordinate and record the interactivity and fill your requests for services and information.<br><br>The information from cookies and related technology is stored in web server logs and also in web cookies kept on your computers or mobile devices, which are then transmitted back to our Groupon Sites by your computers or mobile devices. These servers are operated and the cookies managed by us, our business partners or our service providers.<br><br>https://www.groupon.com/merchant/terms-of-use |
| [b] a sponsor computer connected to the network; | Upon information and belief, Groupon's central computer and backend server systems that manage Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder are connected to sponsor computers through the internet, including wireless networks. Deal Builder and Merchant Center for Groupon Stores can be accessed by merchants and customers from a desktop, laptop, or mobile device. |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| | Groupon Launches Deal Builder<br><br><br>Groupon Launches Deal Builder<br>Today, we’re excited to announce the launch of Deal Builder, a self-service option for local businesses to build their own Groupon deal — that’s available 24/7. The new Deal Builder platform guides local business owners through a step-by-step process and allows them to choose from a series of popular deal templates to construct a promotion that makes the most sense for their business.<br>Deal Builder is available for almost all local businesses, including health and beauty, service-oriented and activities-based businesses. Merchants can even choose which of their products or services they want to feature as part of their Groupon deal. Eventually, we’ll expand this service to food & drink businesses.<br><br>https://www.groupon.com/merchant/blog/groupon-launches-deal-builder<br><br>https://www.youtube.com/watch?v=KVi9Apzt4CU |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| | <br>https://play.google.com/store/apps/details?id=com.groupon.redemption&hl=en<br><br>https://www.groupon.com/merchant/center/login?redirect_uri=%2Fmerchant%2Fcenter%3Fmid%3Ddemo%26 |
| [c] a host computer connected to the network, the host computer having a server; | Upon information and belief, Groupon utilizes a host computer, which manages Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder. Groupon’s host computer is connected to the internet and to wireless networks. Upon information, Groupon’s host computer also has a server. |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| | Groupon Launches Deal Builder<br><br>Groupon Launches Deal Builder<br>Today, we’re excited to announce the launch of Deal Builder, a self-service option for local businesses to build their own Groupon deal — that’s available 24/7. The new Deal Builder platform guides local business owners through a step-by-step process and allows them to choose from a series of popular deal templates to construct a promotion that makes the most sense for their business.<br>Deal Builder is available for almost all local businesses, including health and beauty, service-oriented and activities-based businesses. Merchants can even choose which of their products or services they want to feature as part of their Groupon deal. Eventually, we’ll expand this service to food & drink businesses.<br><br>https://www.groupon.com/merchant/blog/groupon-launches-deal-builder<br><br>Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder can be accessed from a desktop, laptop, or mobile device.<br><br>http://www.groupon.com/guides/merchant_center_user_guide.pdf<br><br>https://www.youtube.com/watch?v=KVi9Apzt4CU |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| | <br><br>https://play.google.com/store/apps/details?id=com.groupon.redemption&hl=en<br><br>https://www.groupon.com/merchant/center/login?redirect_uri=%2Fmerchant%2Fcenter%3Fmid%3Ddemo%26<br>15. **COOKIES AND OTHER TRACKING DEVICES**<br><br>When you use the Groupon Sites, we collect certain information by automated or electronic means, using technologies such as cookies, pixel tags and web beacons, browser analysis tools and web server logs. As you use the Groupon Sites and applications, your browser and devices communicate with servers operated by us, our business partners and services providers to coordinate and record the interactivity and fill your requests for services and information.<br><br>The information from cookies and related technology is stored in web server logs and also in web cookies kept on your computers or mobile devices, which are then transmitted back to our Groupon Sites by your computers or mobile devices. These servers are operated and the cookies managed by us, our business partners or our service providers. |
| [d] an incentive program builder application, running on the server; | *See* Claim Preamble and Claim 1[c]. |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| [e] a database of objects associated with parameters of the incentive program builder application; and | Upon information and belief, Groupon maintains a database of objects associated with parameters for Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder.<br><br>Upon information and belief, Groupon’s Merchant Center for Groupon store website is linked to a database containing entries (“objects”) for many different “parameters” of each “deal,” e.g.:<br>(a) Name of the merchant<br>(b) “image” of the merchant (optional)<br>(c) the title of the deal;<br>(d) the retail value of the deal;<br>(e) the price of the deal;<br>(f) the amount of discount from retail the deal represents;<br>(g) Dates the “deal” is available<br>(h) the schedule of the deal (i.e., how long available);<br>(i) the number of deal units;<br>(j) the start and end dates of the deal;<br>(k) the locations where customers can redeem their Groupons;<br>(l) any restrictions on the deal.<br>https://www.youtube.com/watch?v=KVi9Apzt4CU<br><br>Upon information and belief, Groupon’s Merchant Center for Now! Deals website is linked to a database containing entries (“objects”) for many different “parameters” of each “deal”: |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
| --- | --- |
| | specifics of your deal, including:<br><br>▪ The retail value<br>▪ The discount<br>▪ The title<br>▪ The locations where customers can redeem their Groupons<br>▪ Any restrictions<br><br>**B. Schedule Your Deal**<br>Here you will specify:<br><br>▪ When you want your deal to run<br>▪ How long you want your deal to last<br>▪ How many deals you want to sell<br>▪ Whether you want a deal to run once, or automate it to repeat<br><br>If you'd like to include your own image, please keep it simple—do not include logos, tags or any additional text. Our image dimensions are 440 x 267 pixels.<br><br><br><br>http://www.groupon.com/guides/merchant_center_user_guide.pdf<br><br>Upon information and belief, Groupon's Deal Builder is linked to a database containing entries, the merchant chooses the type of service (parameter) which is associated with selectable objects that are in turn additional Groupon Deal parameters. |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| | <br>https://www.recode.net/2014/2/10/11623266/now-you-can-launch-a-groupon-deal-without-ever-talking-to-a-human<br><br>Additional parameters and associated objects are, for example, type of service, number that can be redeemed per voucher, expected price, and discount, as illustrated below using Groupon Merchant on Groupon’s mobile application. |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| | <br>http://fitsmallbusiness.com/how-to-advertise-on-groupon/ |

<table>
<tr><th>The ’660 Patent</th><th>Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”)</th></tr>
<tr><td></td><td></td></tr>
<tr><td>[f] an interface of the incentive program builder application for sponsor entry of parameters for an incentive program</td><td>Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder are interfaces that allow merchants to build customizable promotions.<br><br>Groupon Launches Deal Builder<br><br><br>Groupon Launches Deal Builder<br><br>Today, we’re excited to announce the launch of Deal Builder, a self-service option for local businesses to build their own Groupon deal — that’s available 24/7. The new Deal Builder platform guides local business owners through a step-by-step process and allows them to choose from a series of popular deal templates to construct a promotion that makes the most sense for their business.<br><br>Deal Builder is available for almost all local businesses, including health and beauty, service-oriented and activities-based businesses. Merchants can even choose which of their products or services they want to feature as part of their Groupon deal. Eventually, we’ll expand this service to food & drink businesses.<br><br>https://www.groupon.com/merchant/blog/groupon-launches-deal-builder</td></tr>
</table>

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| | specifics of your deal, including:<br><br>▪ The retail value<br>▪ The discount<br>▪ The title<br>▪ The locations where customers can redeem their Groupons<br>▪ Any restrictions<br><br>**B. Schedule Your Deal**<br>Here you will specify:<br><br>▪ When you want your deal to run<br>▪ How long you want your deal to last<br>▪ How many deals you want to sell<br>▪ Whether you want a deal to run once, or automate it to repeat<br><br>If you'd like to include your own image, please keep it simple—do not include logos, tags or any additional text. Our image dimensions are 440 x 267 pixels.<br><br><br><br><br>http://www.groupon.com/guides/merchant_center_user_guide.pdf |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
| --- | --- |
| | <br>https://www.youtube.com/watch?v=KVi9Apzt4CU |
| [g] wherein the sponsor builds an incentive program by interacting with the incentive program builder application, | Groupon’s Merchant Center for Groupon Store, Merchant Center for Now! Deals, and Deal Builder allow merchants to build (interact with) a customizable incentive program with an incentive program builder application. For example, Groupon’s Deal Builder allows users to choose the type of service and discount for the promotion. Additional parameters and associated objects are, for example, type of service, number that can be redeemed per voucher, expected price, and discount. |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| |  <br>https://www.recode.net/2014/2/10/11623266/now-you-can-launch-a-groupon-deal-without-ever-talking-to-a-human |

<table>
<tr><th>The ’660 Patent</th><th>Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”)</th></tr>
<tr><td></td><td>


<br>
http://fitsmallbusiness.com/how-to-advertise-on-groupon/
</td></tr>
</table>

<table>
<tr><th>The ’660 Patent</th><th>Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”)</th></tr>
<tr><td></td><td>
specifics of your deal, including:<br>
• The retail value<br>
• The discount<br>
• The title<br>
• The locations where customers can redeem their Groupons<br>
• Any restrictions<br>
<br>
B. Schedule Your Deal<br>
Here you will specify:<br>
<br>
• When you want your deal to run<br>
• How long you want your deal to last<br>
• How many deals you want to sell<br>
• Whether you want a deal to run once, or automate it to repeat<br>
<br>
If you’d like to include your own image, please keep it simple—do not include logos, tags or any additional text. Our image dimensions are 440 x 267 pixels.<br>
<br>


<br>
http://www.groupon.com/guides/merchant_center_user_guide.pdf
</td></tr>
</table>

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| | <br>https://www.youtube.com/watch?v=KVi9Apzt4CU |
| [h] wherein the host computer is configured to receive first input from a plurality of sponsors corresponding to the parameters for creating a plurality of incentive programs associated with the plurality of sponsors via the interface of the incentive program builder application from a plurality of sponsors,<br><br>[i] receive second input from a consumer selecting an incentive | Groupon receives input from multiple merchants related to Groupon’s various incentive programs, such as Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder. For example, www.groupon.com and Groupon Now! display thousands of restaurant, services, and other promotions, each of which includes promotion parameters. The promotions are displayed on the Groupon.com or Groupon app interfaces. This includes, but is not limited to “Local,” “Restaurants,” and “Things To Do” incentive programs or, for example, Beauty and Spas incentive programs. |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| program from among the plurality of incentive programs,<br><br>[j] issue an award to the consumer corresponding to the selected incentive program, receive a request to validate the award from a sponsor among the plurality of sponsors associated with the selected incentive program, and validate the award, | Local<br>Retail (3679)<br>Personal Services (2557)<br>Beauty & Spas (2246)<br>Health & Fitness (1749)<br>Food & Drink (1526)<br>Things To Do (1271)<br>Home Services (435)<br>Automotive (258)<br><br>The Groupon.com, Groupon Now!, or Groupon app also allows customers to select an incentive program amongst many other incentive programs. For example, a user may select the 90 minute massage incentive program below.<br><br> |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| | Once the promotion is selected, the user receives a "Groupon" or voucher (award) that the user can print out or present to the sponsor on a mobile device. Below is an exemplary Groupon voucher.<br><br><br>The merchant using, for example, Groupon Merchant can additionally send a request to validate the voucher (award). In order to validate the voucher (award), the sponsor can manually enter the Groupon number in the Redeem Groupon field below. Below is a screenshot of a non-expired valid Groupon. |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| | <br><br><br>Below is an example of a Groupon that has been previously used, and has expired, making the Groupon invalid for the specified award. |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| | <br><br>Merchants can also validate Groupon vouchers using the Groupon Merchant application from their mobile device by scanning the printed Groupon or by presenting the Groupon on a mobile device.<br><br>An example of a valid Groupon that has been validated using Groupon Merchant on a mobile device, is illustrated below. |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| |  |
| [k] wherein the host, the sponsor, and the consumer are different entities, and | Upon information and belief, the host (Groupon), the sponsor (Groupon merchant), and the consumer (Groupon customers) are all different entities. |
| [l] wherein the host and the sponsor are different individuals or corporate entities. | Upon information and belief, the host (Groupon) and sponsor (Groupon merchant) are also different corporate entities. |
| **Claim 10** | |
| A system for incentive program generation and award fulfillment, comprising: | *See* Claim 1 [Preamble]. |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| a host computer connected to a network; | *See* Claim 1[c]. |
| a client computer of a consumer connected to the network; | Groupon receives input from multiple merchants related to Groupon’s various incentive programs, such as Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder. The Groupon.com, Groupon Now!, or Groupon app also allows customers to select an incentive program amongst many other incentive programs from the customer’s desktop, laptop, or mobile device via the internet or wireless network. For example, www.groupon.com and Groupon Now! display thousands of restaurant, services, and other promotions, each of which includes promotion parameters.<br><br>*See also* Claim 1[i] and [j]. |
| a sponsor computer of a sponsor connected to the network; | *See* Claim 1[b]. |
| an incentive participation application program for participation by the consumer in an incentive program, wherein the participation may be in incentive programs of a plurality of sponsors; | *See* Claim 1[f] and [h]. |
| a server of the host computer; | *See* Claim 1[c]. |
| a web site, located on the server of the host computer, wherein the consumer may participate in an incentive program via the web site; | *See* Claim 1[c], [i], and [j]. |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| a database of the host computer of awards associated with the incentive participation application programs; | *See* Claim 1[e]. |
| an award association application program for associating an award with an incentive program; | Groupon receives input from multiple merchants related to Groupon's various incentive programs, including Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder. Upon information and belief, the various incentive programs are associated with "an award association application program" that associates an award with an incentive program. The Groupon.com, Groupon Now!, or Groupon app also allows customers to select an incentive program amongst many other incentive programs. For example, a user may select the 90 minute massage incentive program below.   Once the promotion is selected, the user receives a "Groupon" or voucher (award) that the user can print out or present to the sponsor on a mobile device. Below is an exemplary Groupon Voucher. |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| |    <br><br>The merchant using, for example, Groupon Merchant can additionally send a request to validate the voucher (award). In order to validate the voucher (award), the sponsor can manually enter the Groupon number in the Redeem Groupon field below. Below is a screenshot of a non-expired valid Groupon. |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| | <br><br><br>Below is an example of a Groupon that has been previously used, and has expired, making the Groupon invalid for the specified award. |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| | <br><br>Merchants can also validate Groupon vouchers using the Groupon Merchant application from their mobile device by scanning the printed Groupon or by presenting the Groupon on a mobile device. |
| a fulfillment automation application program for associating a fulfillment method with an award; | Groupon receives input from multiple merchants related to Groupon’s various incentive programs, including Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder. Upon information and belief, the various incentive programs are associated with “a fulfillment automation application program” that associates a fulfillment method with an award. The Groupon.com, Groupon Now!, or Groupon app also allows customers to select an incentive program amongst many other incentive programs. Once the promotion is selected, the customer receives a “Groupon” or voucher |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| | (award) that the customer can print out or present the sponsor on a mobile device. Below is an exemplary Groupon Voucher on a mobile device.     |
| an electronic card for fulfillment of an award, having memory for storing information associated with the consumer, wherein the | Groupon receives input from multiple merchants related to Groupon's various incentive programs, including Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder. Upon information and belief, the various incentive programs are associated with "an electronic card for fulfilment of an award." The |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| information may be a personal identification number or information associated with the consumer's participation in an incentive program; and | Groupon.com, Groupon Now!, or Groupon app allows customers to select an incentive program amongst many other incentive programs from, among other things, a mobile device or something equivalent. Moreover, once the promotion is selected, the customer receives a "Groupon" or voucher (award) that the customer can present to the merchant on a mobile device. Below is an exemplary Groupon Voucher on a mobile device.<br><br><br>Upon information and belief, the mobile device contains memory for storing information associated with the consumer, wherein the information may be a personal identification number |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| | or information associated with the consumer's participation in an incentive program. For example, a customer can download Groupon's mobile application through the Groupon page, where the customer has an account. The page will ask the customer to enter a 10-digit U.S. mobile number associated with the mobile device. Next, Groupon sends the customer a download link to his mobile phone for the app. After the customer installs the app and buys a Groupon (or award), the customer can go to the menu in the app corner where he will see three dots or a "G." The customer can then select "My Groupons." When the customer wants to use the Groupon with the merchant, the customer clicks the button to download it to the mobile device and shows the voucher to merchant.<br><br>http://www.wikihow.com/Use-a-Groupon-Voucher<br><br>https://www.groupon.com/mobile<br><br>Further, upon information and belief, Groupon utilizes a "card-linked deal" feature that allows a customer to receive rewards on a registered payment/credit card when he makes qualifying purchases. Upon information and belief, the "card-linked deal" feature is associated with Groupon's various incentive programs, including Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder.<br><br>https://www.groupon.com/pages/special-programs |
| an incentive builder application program, running on the server of the host computer, wherein the sponsor may build an incentive program by interacting with the incentive builder application program, wherein the incentive builder application program comprises a database of objects | *See* Claim 1[d], [h], [i], and [j].<br><br>Groupon receives input from multiple merchants related to Groupon's various incentive programs, including Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder. Upon information and belief, the various incentive programs are associated with "an editor for generating an electronic file containing code for the incentive program, a classifying application program for classifying the code in numbers that represent the elements of the code, a generator application program for generating |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| associated with incentive programs, wherein each object is associated with an action that is associated with the incentive program, an interface for permitting a sponsor to enter parameters associated with an incentive program, an object association application for associating objects with the parameters entered by a sponsor and building a file comprising the objects associated with all of the parameters entered by a sponsor, an editor for generating an electronic file containing code for the incentive program, a classifying application program for classifying the code in numbers that represent the elements of the code, a generator application program for generating tables of the numbers that represent the code for the incentive program, and an executor application that is capable of interpreting the tables and executing the code. | tables of the numbers that represent the code for the incentive program, and an executor application that is capable of interpreting the tables and executing the code.”<br><br>For example, Groupon’s Privacy Statement and Website Responsible Disclosure effective August 10, 2017 states that Groupon uses encryption technology in its communications with merchants and customers.<br><br>“Groupon has implemented an information security program that contains administrative, technical and physical controls that are designed to reasonably safeguard Personal Information. For example, we use industry-standard encryption technology to secure Financial Account Information.” https://www.groupon.com/privacy<br><br>“We encourage the use of encryption in your communications with us and ask that you encrypt your message to us whenever possible. Our public PGP key can be downloaded from here and is located at the bottom of this page.” https://www.groupon.com/pages/responsible-disclosure<br><br>Upon information and belief, Groupon utilizes encryption technology when it communicates with merchants through its various incentive programs, including Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder.<br><br>Although source code discovery is required to confirm, upon information and belief, Groupon utilizes source code that is associated with the merchant’s entering of parameter information about a deal in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder. Although source code discovery is required to confirm, upon information and belief, Groupon obtains parameter information from the merchant from Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder through the generation of tables or something equivalent for transmission to Groupon. Although source code discovery is required to confirm, upon information and belief, Groupon obtains specifics (*i.e.*, code related to the generated table of something equivalent) about the deal from the merchant’s entering of parameter information, combines said specifics with code on Groupon’s side, and launches/executees said combined |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| | code for viewing of the deal by customers on Groupon.com, Groupon Now!, and/or Groupon’s mobile application. |
| **Claim 16:** | |
| The system of claim 1, wherein the incentive program is a promotion of the sponsor offered to the consumer and facilitated by the host. | *See* Claim 1 [Preamble] and [g]. |
| **Claim 17:** | |
| The system of claim 16, wherein the host computer is configured to host a website of the host through which the sponsor builds the incentive program. | *See* Claim 1 [Preamble] and [g] and claim 16. |
| **Claim 18:** | |
| The system of claim 17, wherein the interface is configured to allow the sponsor to build the incentive program by interacting with the interface through the website of the host. | *See* Claim 1 [Preamble], [f], and [g] and claim 17. |
| **Claim 19:** | |
| The system of claim 18, wherein the sponsor interacting with the interface to build the incentive program comprises the interface | *See* Claim 1 [Preamble], [f], and [g] and claim 18. |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| receiving the sponsor entry of the parameters. | |
| **Claim 20:** | |
| The system of claim 19, wherein the parameters comprise a duration of the incentive program. | *See* Claim 19.<br><br>Upon information and belief, Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder include the ability to specify the start/end of promotion, such that the Groupon can expire. *See* Claim 1[e].<br><br>Below is a screenshot of Groupon Merchant showing a Groupon that is not eligible for award because the Groupon has expired.<br><br><br> |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| **Claim 21:** | |
| The system of claim 19, wherein the parameters comprise a start date of the incentive program. | *See* Claim 19.<br><br>Upon information and belief, Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder include the ability to specify the start/end of promotion, such that the Groupon can expire. *See* Claim 1[e].<br><br>Below is a screenshot of Groupon Merchant showing a Groupon that is not eligible for award due to its expiration.<br><br> |
| **Claim 25:** | |
| The system of claim 19, wherein the parameters comprise a | *See* Claim 19. |

<table>
<tr><th>The ’660 Patent</th><th>Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”)</th></tr>
<tr><td>location for fulfillment of the promotion.</td><td>Upon information and belief, Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder include a parameter that includes a location where customers redeem the voucher.<br><br></td></tr>
<tr><td>Claim 27:</td><td></td></tr>
<tr><td>The system of claim 19, wherein the parameters comprise a discount offered by the sponsor to the consumer.</td><td>See Claim 19.<br><br>Upon information and belief, Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder allow the merchant to select a discount offered to the consumer. For example, the screenshot of Groupon’s Deal Builder below shows a discount applied of 52%.</td></tr>
</table>

<table>
<tr><th>The ’660 Patent</th><th>Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”)</th></tr>
<tr><td></td><td>

<br>
http://fitsmallbusiness.com/how-to-advertise-on-groupon/</td></tr>
<tr><td>Claim 28:</td><td></td></tr>
<tr><td>The system of claim 19, wherein the parameters comprise a service</td><td>See Claim 1[e] and claim 19.</td></tr>
</table>

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
| --- | --- |
| offered by the sponsor to the consumer. | Upon information and belief, Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder allow merchants to build promotions related to services, including, for example, dry-cleaning.<br><br> |
| **Claim 29:** | |
| The system of claim 16, wherein an interface of a website of the host receives consumer interaction to participate in the incentive program. | *See* Claim 1[f], [g], [h], [i], and [j] and claim 16.<br><br>Upon information and belief, Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder allow the consumer to select a Groupon and choose a promotion by, for example, clicking View Deal, selecting a particular option, and selecting “Buy.”<br><br> |

| The ’660 Patent | Disclosure in Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder (“Accused Products”) |
|---|---|
| |  |
| **Claim 30:** | |
| The system of claim 29, wherein the consumer interaction comprises the consumer registering at the website of the host. | *See* Claim 29.<br><br>Groupon receives input from multiple merchants related to Groupon’s various incentive programs, including Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder. In order to purchase a promotion from the various incentive programs, including Groupon’s Merchant Center for Groupon Stores, Groupon’s Merchant Center for Now! Deals, and Groupon’s Deal Builder, the customer must register on the Groupon websites, such as Groupon.com, Groupon Now!, or Groupon app, and provide other details, such as payment. |

| The '660 Patent | Disclosure in Groupon's Merchant Center for Groupon Stores, Groupon's Merchant Center for Now! Deals, and Groupon's Deal Builder ("Accused Products") |
|---|---|
| |   |