IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KROY IP HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 17-1405 (MN) |
| GROUPON INC., | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

WHEREAS, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 39) in this action on October 9, 2018;

WHEREAS, the Report and Recommendation recommends that the Court DENY three motions: (1) Groupon, Inc.'s Motion to Dismiss (D.I. 10), (2) Groupon, Inc.'s Motion to Transfer (D.I. 17), and (3) Kroy IP Holdings, LLC's Alternative Motion for Stay of Decision Pending Jurisdictional and Venue-Related Discovery (D.I. 26);

WHEREAS, Kroy IP Holdings, LLC filed objections to the Report and Recommendation (D.I. 41) pursuant to Federal Rule of Civil Procedure 72(b)(2) in the prescribed period as to the Motion to Dismiss only; and

WHEREAS, no other objections were filed.

THEREFORE, IT IS HEREBY ORDERED this 1st day of November 2018 that the Report and Recommendation is ADOPTED as to the Motion to Transfer (D.I. 17) and the Motion for Stay (D.I. 26) and those motions are DENIED. The Court will address the Motion to Dismiss in due course.

The Honorable Maryellen Noreika
United States District Court Judge