IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KROY IP HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1405-MN |
| | ) |
| GROUPON, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT REGARDING
OUTCOME OF PENDING *INTER PARTES* REVIEW PROCEEDINGS**

In accordance with this Court's Order (D.I. 94) dated May 2, 2019 staying this litigation in light of two IPR proceedings (IPR2019-00044 and IPR2019-00061) pending before the Patent Trial and Appeal Board (PTAB), Plaintiff, KROY IP HOLDINGS, LLC, and Defendant, GROUPON, INC., hereby submit the following report on the outcome of those proceedings:

1.  On April 16, 2020, the PTAB issued final written determinations in both IPR proceedings. The PTAB declared all challenged claims unpatentable. *See* Exhs. A (Final Written Decision in IPR2019-00044 declaring unpatentable claims 1, 7, 10, 12, 14, 16–21, 25, 27–30, 67–69, 87, and 101) and B (Final Written Decision in IPR2019-0061 declaring unpatentable claims 1, 7, 14, 16–21, 25, 27–30, 67–69, 87, and 101)). None of the challenged claims were found patentable.

2.  As more fully set forth in the attached decisions, the PTAB determined that each of the challenged claims was invalid as anticipated and/or obvious in light of numerous prior art references and combinations thereof.

3.  In its May 2, 2019 Order, this Court stayed the current litigation until the IPR proceedings were resolved, "including any appeal to the United States Court of Appeals for the Federal Circuit." D.I. 94; *see also* Oral Order dated June 21, 2019 (terminating all deadlines

pending IPR proceedings, "including any appeal to the United States Court of Appeals for the Federal Circuit.").

4. Currently, the deadline for filing a request for rehearing is May 18, 2020 and the deadline for filing a notice of appeal is June 18, 2020. The present stay remains in effect.

5. Pursuant to Court's Scheduling Order (D.I. 50), on March 29, 2019, Plaintiff served its Initial Claim Chart on Defendant asserting claims challenged in the earlier filed IPR petitions, together with others not included in those petitions. As a consequence, claim nos. 75-76, 88-89, 91-93, 95-97, 100, 102-104, and 107-111 ("Non-IPR Asserted Claims"), were not addressed in the PTAB's Final Written Decisions.

6. Defendant asserts these claims do not differ materially, if at all, from those found unpatentable. Plaintiff disagrees with Defendant's characterization.

7. Plaintiff has not yet made a final determination as to whether it will appeal the PTAB's Final Written Decisions as to Claims 1, 7, 10, 12, 14, 16–21, 25, 27–30, 67–69, 87, and 101, and reserves the right to petition the Court to lift the stay and proceed on the Non-IPR Asserted Claims.

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Stephanie E. O'Byrne* | /s/ *Andrew C. Mayo* |
| David E. Moore (#3983) | Steven J. Balick (#2114) |
| Bindu A. Palapura (#5370) | Andrew C. Mayo (#5207) |
| Stephanie E. O'Byrne (#4446) | 500 Delaware Avenue, 8th Floor |
| Hercules Plaza, 6th Floor | P.O. Box 1150 |
| 1313 N. Market Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 654-1888 |
| (302) 984-6000 | sbalick@ashbygeddes.com |
| dmoore@potteranderson.com | amayo@ashbygeddes.com |
| bpalapura@potteranderson.com | |
| sobyrne@potteranderson.com | *Attorneys for Defendant Groupon, Inc.* |

*Attorneys for Plaintiff Kroy IP Holdings, LLC*

| | |
|---|---|
| *Of Counsel:* | *Of Counsel:* |
| Jonathan K. Waldrop<br>Darcy L. Jones<br>Marcus A. Barber<br>John W. Downing<br>Heather S. Kim<br>Jack Shaw<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br>Tel: (650) 453-5170 | Thomas L. Duston<br>Tiffany D. Gehrke<br>Ryan N. Phelan<br>MARSHALL, GERSTEIN AND BORUN LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL  60606-6357<br>(312) 474-6300 |
| Hershy Stern<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>Tel: (212) 506-1700 | |
| Rodney R. Miller<br>KASOWITZ BENSON TORRES LLP<br>1349 West Peach tree Street, Suite 1500<br>Atlanta, GA 30309<br>Tel: (404) 260-6080 | |

Dated: April 23, 2020

*Of Counsel:*

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
Jack Shaw
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel: (650) 453-5170

Hershy Stern
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700

Rodney R. Miller
KASOWITZ BENSON TORRES LLP
1349 West Peach tree Street, Suite 1500
Atlanta, GA 30309
Tel: (404) 260-6080

*Of Counsel:*

Thomas L. Duston
Tiffany D. Gehrke
Ryan N. Phelan
MARSHALL, GERSTEIN AND BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL  60606-6357
(312) 474-6300

Dated: April 23, 2020