**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KROY IP HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-1405-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GROUPON INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF KROY IP HOLDINGS, LLC'S
NOTICE OF SUBSEQUENT DEVELOPMENT**

Pursuant to D. Del. LR 7.1.2(b), Kroy IP Holdings, LLC ("Kroy") submits this Notice of Subsequent Development to the parties' recent Joint Status Report (D.I. 95). Kroy timely filed notice(s) of appeal related to the Final Written Decision(s) for IPR2019-00044 and IPR2019-00061. As the Court is aware, IPR2019-00044 and IPR2019-00061 did not address all asserted claims in this action. Specifically, claim nos. 75-76, 88-89, 91-93, 95-97, 100, 102-104, and 107-111 ("Non-IPR Asserted Claims"), were not addressed in the Patent Trial and Appeal Board's Final Written Decisions. Although Kroy continues to assert that the Non-IPR Asserted Claims are patentably distinct from the claims address in Final Written Decision(s) IPR2019-00044 and IPR2019-00061, at this time, Kroy does not seek to have the Court lift the stay entered on May 2, 2019, but reserves the right to do so in the future.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Jonathan K. Waldrop<br>Darcy L. Jones<br>Marcus A. Barber<br>John W. Downing<br>Heather S. Kim<br>Jack Shaw<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br>Tel: (650) 453-5170<br><br>Hershy Stern<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>Tel: (212) 506-1700<br><br>Dated: July 22, 2020<br>6814490 / 44459 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Stephanie E. O'Byrne*<br>  David E. Moore (#3983)<br>  Bindu A. Palapura (#5370)<br>  Stephanie E. O'Byrne (#4446)<br>  Hercules Plaza, 6th Floor<br>  1313 N. Market Street<br>  Wilmington, DE 19801<br>  Tel: (302) 984-6000<br>  dmoore@potteranderson.com<br>  bpalapura@potteranderson.com<br>  sobyrne@potteranderson.com<br><br>*Attorneys for Plaintiff Kroy IP Holdings, LLC* |