IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KROY IP HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-1405-MN |
| v. | ) |
| | ) |
| GROUPON INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT REGARDING OUTCOME OF FEDERAL CIRCUIT
APPEAL OF *INTER PARTES* REVIEW PROCEEDINGS**

In accordance with this Court's Order (D.I. 94) dated May 2, 2019 staying this litigation in light of two IPR proceedings (IPR2019-00044 and IPR2019-00061) pending before the Patent Trial and Appeal Board (PTAB), Plaintiff, KROY IP HOLDINGS, LLC, and Defendant, GROUPON, INC., hereby submit the following report on the outcome of those proceedings and the subsequent appeal in the United States Court of Appeals for the Federal Circuit:

1.  On April 16, 2020, the PTAB issued final written determinations in both IPR proceedings. The PTAB declared all challenged claims unpatentable. *See* D.I. 95-1, Exhs. A (Final Written Decision in IPR2019-00044 declaring unpatentable claims 1, 7, 10, 12, 14, 16–21, 25, 27–30, 67–69, 87, and 101) and B (Final Written Decision in IPR2019-0061 declaring unpatentable claims 1, 7, 14, 16–21, 25, 27–30, 67–69, 87, and 101)). None of the challenged claims were found patentable.

2.  As more fully set forth in the cited decisions, the PTAB determined that each of the challenged claims was invalid as anticipated and/or obvious in light of numerous prior art references and combinations thereof.

3. In its May 2, 2019 Order, this Court stayed the current litigation until the IPR proceedings were resolved, "including any appeal to the United States Court of Appeals for the Federal Circuit." D.I. 94; *see also* Oral Order dated June 21, 2019 (terminating all deadlines pending IPR proceedings, "including any appeal to the United States Court of Appeals for the Federal Circuit.").

4. Plaintiff timely filed an appeal of the final written decisions on both IPR proceedings. On June 14, 2021, the Federal Circuit affirmed the PTAB final written decisions pursuant to Rule 36. The Federal Circuit issued the formal mandate returning this case to the PTAB on August 4, 2021.

5. Pursuant to Court's Scheduling Order (D.I. 50), on March 29, 2019, Plaintiff served its Initial Claim Chart on Defendant asserting claims challenged in the earlier filed IPR petitions, together with others not included in those petitions. As a consequence, claim nos. 75-76, 88-89, 91-93, 95-97, 100, 102-104, and 107-111 ("Non-IPR Asserted Claims"), were not addressed in the PTAB's Final Written Decisions.

6. Defendant asserts these claims do not differ materially, if at all, from those found unpatentable. Plaintiff disagrees with Defendant's characterization.

7. Plaintiff, in consultation with counsel, is in the process of determining whether to proceed on the Non-IPR Asserted claims and an efficient process to do so before this Court. The present stay remains in effect.

8. Plaintiff will reach resolution on how to proceed in the next 30 days and communicate their decision to Defendant by no later than November 29, 2021. If Plaintiff intends to pursue this case, the parties will submit a proposed schedule by December 15, 2021.

Dated: October 29, 2021

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| /s/ Stephanie E. O'Byrne | /s/ Andrew C. Mayo |
| David E. Moore (#3983) | Steven J. Balick (#2114) |
| Bindu A. Palapura (#5370) | Andrew C. Mayo (#5207) |
| Stephanie E. O'Byrne (#4446) | 500 Delaware Avenue, 8th Floor |
| Hercules Plaza, 6th Floor | P.O. Box 1150 |
| 1313 N. Market Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 654-1888 |
| (302) 984-6000 | sbalick@ashbygeddes.com |
| dmoore@potteranderson.com | amayo@ashbygeddes.com |
| bpalapura@potteranderson.com | |
| sobyrne@potteranderson.com | *Attorneys for Defendant Groupon, Inc.* |
| *Attorneys for Plaintiff Kroy IP Holdings, LLC* | |

*Of Counsel:*

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
Jack Shaw
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel: (650) 453-5170

Hershy Stern
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700

*Of Counsel:*

Thomas L. Duston
Tiffany D. Gehrke
Ryan N. Phelan
Kwanwoo Lee
MARSHALL, GERSTEIN AND BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

7452480/44459